HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>IMPULSE MEDIA GROUP, INC.,<br>a Washington corporation<br><br>   Defendant. | **No. CV05 1285 L**<br><br>NOTICE OF APPEARANCE |

TO:  CLERK OF THE ABOVE-ENTITLED COURT;
AND TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL NAMED HEREIN;

  YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE THAT Robert S. Apgood of CarpeLaw PLLC hereby appears as in the above entitled cause of action as attorney for Defendant, IMPULSE MEDIA GROUP, INC., without waiving objections as to failure of service, improper service, or want of jurisdiction, and requests that copies of all further papers and pleadings herein, except original process, be served upon the undersigned attorney at the address below stated.

//

//

//

NOTICE OF APPEARANCE - 1

**CARPELAW** PLLC
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

1  DATED this 19th day of September 2005.

2                                         CARPELAW PLLC

3                                         s/ Robert S. Apgood
                                         WSBA # 31023
4                                         CARPELAW PLLC
                                         2400 NW 80th Street #130
5                                         Seattle, WA 98117-4449
6                                         Telephone: (206) 624-2379
                                         Facsimile: (206) 784-6305
7                                         E-mail: rob@carpelaw.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF SERVICE

I, Robert S. Apgood, hereby make the following Declaration from personal knowledge that on September 19, 2005, I electronically filed the foregoing

NOTICE OF APPEARANCE

with the Clerk of the Court using the CM/ECF system. In accordance with their ECF registration agreement and the court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys:

| Brian C. Kipnis | Jeffrey I. Steger |
|---|---|
| Asst. U.S. Attorney | Office of Consumer Litigation |
| District of the Western District of Washington | U.S. Dept. of Justice |
| 700 Stewart Street | P.O. Box 386 |
| Seattle, WA 98101-1271 | Washington, D.C. 20044 |
|  | (Courtesy copy by electronic mail) |

I herby declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

EXECUTED this 19th of September 2005 at Seattle, Washington.

CARPELAW PLLC

*s/ Robert S. Apgood*
WSBA # 31023
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
E-mail: rob@carpelaw.com