HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMPULSE MEDIA GROUP, INC., a Washington corporation<br><br>Defendant. | **No. CV05 1285 L**<br><br>CERTIFICATE OF SERVICE OF UNITED STATES OF AMERICA'S FIRST REQUEST FOR INTERROGATORY ANSWERS AND RESPONSES AND OBJECTIONS THERETO |

I, Robert S. Apgood, hereby certify from personal knowledge that on December 29, 2005, I caused to be delivered the following documents:

1. UNITED STATES OF AMERICA'S FIRST REQUEST FOR INTERROGATORY ANSWERS AND RESPONSES AND OBJECTIONS THERETO, and

2. this CERTIFICATE OF SERVICE

by depositing the same into the United States Postal Service, first-class, postage pre-paid, addressed to the below-named attorneys. I further filed a copy of the Certificate of Service with the Clerk of the Court for the United States District Court for the District of Arizona by CM-ECF. In accordance with their ECF registration agreement and the court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys:

| | |
|---|---|
| Brian C. Kipnis<br>Asst. U.S. Attorney | Jeffrey I. Steger<br>Office of Consumer Litigation |

CERTIFICATE OF SERVICE - 1

**CARPELAW** PLLC
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

| | | |
|---|---|---|
|1| Western District of Washington | U.S. Dept. of Justice |
|2| 700 Stewart Street | P.O. Box 386 |
| | Seattle, WA 98104 | Washington, D.C. 20044 |
|3| (Certificate of Service only) | |

4  I herby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

5

6  EXECUTED this 29th of December 2005 at Seattle, Washington.

CARPELAW PLLC

*s/ Robert S. Apgood*
WSBA # 31023
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
E-mail: rob@carpelaw.com