HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

       Plaintiff,

     v.

IMPULSE MEDIA GROUP, INC., a
Washington corporation

       Defendant.

**No. CV05 1285 L**

CERTIFICATE OF SERVICE OF
DEFENDANT'S RESPONSES TO
PLAINTIFF'S FIRST SET OF REQUESTS
FOR PRODUCTION

    I, Robert S. Apgood, hereby certify from personal knowledge that on December 29, 2005, I caused to be delivered the following documents:

    1.    UNITED STATES OF AMERICA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND RESPONSES AND OBJECTIONS THERETO, and

    2.    this CERTIFICATE OF SERVICE

by shipping same via Federal Express, carriage pre-paid, addressed to the below-named attorneys. I further filed a copy of the Certificate of Service with the Clerk of the Court for the United States District Court for the Western District of Washington by CM-ECF. In accordance with their ECF registration agreement and the court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys:

CERTIFICATE OF SERVICE - 1

**CARPELAW** <sup>PLLC</sup>
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

Brian C. Kipnis                              Jeffrey I. Steger
Asst. U.S. Attorney                          Office of Consumer Litigation
Western District of Washington               U.S. Dept. of Justice
700 Stewart Street                           P.O. Box 386
Seattle, WA 98104                            Washington, D.C. 20044
(Certificate of Service only)

I hereby declare under penalty of perjury under the laws of the United States of America
that the foregoing is true and correct.

EXECUTED this 29th of December 2005 at Seattle, Washington.

CARPELAW PLLC

*s/ Robert S. Apgood*
WSBA # 31023
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
E-mail: rob@carpelaw.com

CERTIFICATE OF SERVICE  - 2