# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**IMPULSE MEDIA GROUP, INC.**,<br>a Washington corporation,<br><br>Defendant. | No. CV05-1285L<br><br>NOTICE OF APPEARANCE |

PLEASE NOTE the appearance of Lauren E. Hash, Trial Attorney, United States Department of Justice, as an attorney of record for Plaintiff, United States of America, in the above-referenced matter. Please forward copies of all pleadings, correspondence, etc. to undersigned counsel.

Dated: May 22, 2006

*/s/ Lauren Hash*
Lauren E. Hash
Trial Attorney
Department of Justice,
Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044
Tel: (202) 353-1991
Fax: (202) 514-8742
lauren.hash@usdoj.gov

Notice of Appearance
CV05-1285L                    -1-

U.S. Department of Justice
P.O. Box 386
Washington, DC  20044
(202) 353-1991