# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**IMPULSE MEDIA GROUP, INC.,**<br><br>a Washington corporation,<br><br>Defendant. | **No. CV05-1285L**<br><br>**JOINT MOTION FOR LEAVE TO FILE OVERLENGTH BRIEFS and TO FILE DOCUMENTS UNDER SEAL**<br><br>NOTE ON MOTION CALENDAR: August 29, 2006 |

Plaintiff United States of America and Defendant Impulse Media Group, Inc., by and through their undersigned counsel, hereby file this Joint Motion for Leave to File Overlength Briefs and to File Documents Under Seal in conjunction with the parties' Motions for Summary Judgment due September 5, 2006.

This case presents matters of first impression regarding the Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003 ("CAN-SPAM"), 15 U.S.C. § 7701 *et seq*. Consequently, Plaintiff and Defendant seek an enlargement of the number of pages permitted for briefs as set forth in Local Rule CR 7(e) in the following amounts:

      1. Motion for Summary Judgment: 35 pages;

      2. Opposition in Response: 35 pages;

      3. Reply: 15 pages.

The parties also seek permission for the United States to file under seal three exhibits to the United States' Motion for Summary Judgment pursuant to the Protective Order entered in

MOTION TO FILE OVERLENGTH
BRIEFS and TO FILE DOCUMENTS
UNDER SEAL
CV05-1285L                    -1-

Department of Justice
P.O. Box 386
Washington, DC  20044
(202) 353-1991

Dockets.Justia.com

this case (Docket # 10). These three exhibits have been marked Confidential by the Defendant due to personal identifying information contained in the exhibits.

Dated: August 29, 2006

| | |
|---|---|
| CarpeLaw PLLC<br>*s/ Robert S. Apgood*<br>Pro Hac Vice<br>2400 NW 80th Street #130<br>Seattle, WA 98117-4449<br>Telephone: (206) 624-2379<br>Facsimile: (206) 784-6305<br>E-mail: rob@carpelaw.com | Lauren E. Hash<br>*s/ Lauren E. Hash*<br>Trial Attorney<br>Department of Justice<br>Office of Consumer Litigation<br>P.O. Box 386<br>Washington, D.C. 20044<br>Tel: (202) 353-1991<br>Fax: (202) 514-8742<br>lauren.hash@usdoj.gov |

MOTION TO FILE OVERLENGTH
BRIEFS and TO FILE DOCUMENTS
UNDER SEAL
CV05-1285L

-2-

Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 353-1991