**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**IMPULSE MEDIA GROUP, INC.,**<br><br>a Washington corporation,<br><br>    Defendant. | **No. CV05-1285L**<br><br>**PROPOSED ORDER** |

**IT IS ORDERED** that the United States and Impulse Media Group, Inc., are granted permission to file overlength briefs.  The page limits set forth in Local Rule CR 7(e) are enlarged to:

    1. Motion for Summary Judgment: 35 pages;

    2. Opposition in Response: 35 pages;

    3. Reply: 15 pages.

IT IS FURTHER ORDERED that the United States is granted permission to file under seal three exhibits to the United States' Motion for Summary Judgment.


Dated this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER ON MOTION TO
FILE OVERLENGTH BRIEFS and TO
FILE DOCUMENTS UNDER SEAL
CV05-1285L                                          -1-

Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 353-1991

1
2  Presented by:
3  CarpeLaw PLLC                              Lauren E. Hash
   *s/ Robert S. Apgood*                      *s/ Lauren E. Hash*
4  Pro Hac Vice                               Trial Attorney
   2400 NW 80th Street #130                   Department of Justice
5  Seattle, WA 98117-4449                     Office of Consumer Litigation
   Telephone: (206) 624-2379                  P.O. Box 386
6  Facsimile: (206) 784-6305                  Washington, D.C. 20044
   E-mail: rob@carpelaw.com                   Tel: (202) 353-1991
7                                             Fax: (202) 514-8742
                                              lauren.hash@usdoj.gov
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 PROPOSED ORDER ON MOTION TO                Department of Justice
   FILE OVERLENGTH BRIEFS and TO              P.O. Box 386
   FILE DOCUMENTS UNDER SEAL                  Washington, DC 20044
   CV05-1285L                      -2-        (202) 353-1991