05-CV-01285-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMPULSE MEDIA GROUP, INC.,<br><br>a Washington corporation,<br><br>Defendant. | No. CV05-1285L<br><br>ORDER |

**IT IS ORDERED** that the United States and Impulse Media Group, Inc., are granted permission to file overlength briefs. The page limits set forth in Local Rule CR 7(e) are enlarged to:

1. Motion for Summary Judgment: 35 pages;

2. Opposition in Response: 35 pages;

3. Reply: 15 pages.

**IT IS FURTHER ORDERED** that the United States is granted permission to file under seal three exhibits to the United States' Motion for Summary Judgment.

Dated this 30th day of August, 2006.

/s/ M.J. Lasnik

UNITED STATES DISTRICT JUDGE

~~PROPOSED ORDER~~ ORDER ON MOTION TO
FILE OVERLENGTH BRIEFS and TO
FILE DOCUMENTS UNDER SEAL
CV05-1285L                          -1-

Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 353-1991