UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>  Plaintiff,<br><br>  v.<br><br>**IMPULSE MEDIA GROUP, INC.,**<br><br>a Washington corporation,<br><br>  Defendant. | No. **CV05-1285L**<br><br>**UNITED STATES' EXHIBIT LIST FOR MOTION and MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

## EXHIBIT LIST

**Exhibit 1** - Declaration of Allyson Himelfarb

**Exhibit 2** - Declaration of David Vetter

**Exhibit 3** - Declaration of Chad Bundy

**Exhibit 4** - IMG's Response to United States of America's First Request for Interrogatory Requests

**Exhibit 5** - IMG's Program Agreement for Affiliates

**Exhibit 6** - IMG Domain Names

Plaintiff's Motion for
Summary Judgment
Exhibit List
CV05-1285L

U.S. Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 353-1991

**Exhibit 7** - Excerpts from Adam Welch deposition

**Exhibit 8** - Excerpts from Josh Mackey deposition

**Exhibit 9** - Excerpts from Seth Schermerhorn deposition

**Exhibit 10** - List of Affiliate Payment Information

**Exhibit 11** - Filed Under Seal

**Exhibit 12** - Filed Under Seal

**Exhibit 13** - Filed Under Seal

**Exhibit 14** - non-electronically filed CD-ROM; contains Attachments A-Q to the Declaration of Allyson Himelfarb

**Exhibit 15** - non-electronically filed CD-ROM; contains the universe of email messages that the United States contends violate CAN-SPAM and the Adult Labeling Rule

**Exhibit 16** - Hosted Full Page Ads, Response No. 11 to Document Requests

**Exhibit 17** - Hosted Half Page Ads, Response No. 11 to Document Requests

**Exhibit 18** - Movies of the Day, Response No. 11 to Document Requests

**Exhibit 19** - Sample emails notifying IMG affiliate of sale

**Exhibit 20** - Affiliate Terms and Conditions of Subscription, Response No. 16 to Document Requests

By:  /s/ Lauren E. Hash
     Lauren E. Hash
     Trial Attorney

Plaintiff's Motion for                                    U.S. Department of Justice
Summary Judgment                                          P.O. Box 386
Exhibit List                                              Washington, DC  20044
CV05-1285L                                                (202) 353-1991

Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044
Telephone: (202) 353-1991
Facsimile: (202) 514-8742
Lauren.Hash@usdoj.gov

Plaintiff's Motion for
Summary Judgment
Exhibit List
CV05-1285L

U.S. Department of Justice
P.O. Box 386
Washington, DC  20044
(202) 353-1991