1
2
3
4
5
6

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON

7

8    **UNITED STATES OF AMERICA,**

9       Plaintiff,

10       v.

11    **IMPULSE MEDIA GROUP, INC.,**
   a Washington corporation,

12

13       Defendant.

**No. CV05-1285L**

**Declaration of Chad R. Bundy**

14

15      I, Chad R. Bundy, declare as follows:

16     1.     I am an attorney at Preston Gates & Ellis, LLP. I have knowledge of the facts

17 set forth in this declaration, and I am competent to testify thereto.

18     2.     I represent Microsoft Corporation in certain matters relating to unsolicited

19 commercial e-mail, commonly referred to as "spam." In that regard, I have access to a secure

20 database of e-mail messages collected by Microsoft to analyze whether mail coming into its

21 MSN and MSN Hotmail services complies with its Terms of Use and Anti-Spam Policy.

22     3.     The e-mail in that database comes from a substantial number of MSN Hotmail

23 e-mail accounts that are owned by Microsoft (the "Hotmail trap accounts"). These Hotmail

24 trap accounts were established by Microsoft in its efforts to combat spam.

25     4.     In or around November 2004, February 2005, and April 2006, I was asked to

26 perform searches of the Hotmail trap accounts on behalf of the Federal Trade Commission

United States' MSJ Exhibit 3
DECLARATION OF CHAD R.
BUNDY - 1
Case No. CV05-1285L

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Dockets.Justia.com

1 ("FTC"). The FTC requested unsolicited "spam" e-mail messages that contained certain

2 specific domain names or other search terms. In addition, the FTC requested unsolicited

3 "spam" e-mail messages advertising websites associated with Impulse Media Group, Inc.,

4 ("IMG").

5      5.     Through Microsoft's vendor who maintains the database, I requested and

6 received all of the e-mail messages matching the FTC search terms, along with Excel

7 spreadsheets containing the header information for each e-mail message.

8      6.     Many of the received messages caught in the Hotmail trap accounts contained

9 images within the message body. In order to preserve the images in those messages – in the

10 event that the image source became inactive -- I forwarded the email messages to another

11 vendor to make copies of the messages in Adobe PDF format. Adobe PDF files look exactly

12 like original documents, and the Adobe PDF copies of the e-mails reflect what a recipient of

13 the e-mails would have seen at the time.

14      7.     I ran the e-mail messages through a utility tool to extract all the Uniform

15 Resource Locators ("URLs") from each of the messages. The URLs, commonly referred to as

16 the "links" in the e-mail messages, show the websites or Internet locations to which a viewer

17 would be directed if he clicked on the links in the e-mails. Results for these extractions were

18 saved in Excel spreadsheets.

19      8.     Using the publicly available web capture utility tool, HTTrack, I created

20 HTML web captures of some of the URLs. An HTTrack HTML web capture allows a user to

21 download a website from the Internet to a local directory, building recursively all directories,

22 getting HTML, images, and other files from the server to the user's computer. HTTrack

23 arranges the original site's relative link-structure. It essentially captures a "mirror image" of

24 the website, and stores it on the user's computer. By opening a page of the "mirrored"

25 website, a user can browse the site from link to link, as if he were viewing it online.

26      9.     In some instances, web captures of the URLs were also made using the Adobe

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  Acrobat web capture utility.  Adobe Acrobat web captures create PDF files of the URLs.

2  Adobe PDF files look exactly like original documents and show what a user would see at the

3  website at the time of the capture.

4          10.      Using the HTTrack web captures, I created Excel spreadsheets summarizing

5  the HTML web captures of the URLs.  The summaries noted messages URLs, redirect URLs,

6  if any, and the ultimate destination URL.

7          11.      Finally, by uploading the data to the Preston Gates & Ellis ".ftp" server, I

8  provided to the FTC the email messages, PDF email messages, HTTrack HTML and Adobe

9  web captures, and all Excel spreadsheets summarizing the email messages and web captures.

10

11

12  I declare under penalty of perjury that the foregoing is true and correct:

   EXECUTED this   8ᵗʰ   day of August, 2006 at   Seattle, WA   .

13

14

15  CHAD R. BUNDY

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF CHAD R.
BUNDY - 3
Case No. CV05-1285L

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022