domains

1mpulse.com
360bucks.com
360bucks.net
360cash.net
actionsluts.com
adidasblog.com
adultblogtraffic.com
allcoolsex.com
allnightfuck.com
allprosex.com
alltightbabes.com
amaramania.com
amateuronrequest.com
analonrequest.com
apexporn.com
artguns.com
asaptraffic.com
asianonrequest.com
asspoint.com
atomsex.com
automaticpussy.com
babekabob.com
badblogger.com
bananafucker.com
bareblog.com
bayscene.com
beaveroo.com
benchfuck.com
berryblog.com
beyondblog.com
bisexualonrequest.com
bitchflicks.com
bitchlets.com
bitchomatic.com
blackalert.com
blackbabepics.com
blackboss.com
blackebonysluts.com
blackgal.com
blackgirlsgonewild.com
blackhardcorefree.com
blackhardcoreporn.com
blackonrequest.com
blackpixxx.com
blacksdowhites.com
blacksexhardcore.com
blogbeyond.com
blogflicks.com
blogflics.com
bloghoes.com
blogmargin.com
blogstrips.com
blowjobsonrequest.com
bonusgalleries.com
boobookidy.com
bootycakes.com
bravegirls.com
brightpussy.com
broadbandtrailer.com
broadbandtrailers.com
brokeherpussy.com
brownpackage.com
browseporno.com

Page 1

domains

budgetporno.com
buffyblog.com
bugfuckers.com
cellscents.net
cellsmell.com
cellsmell.net
cellsmelly.com
cellsmelly.net
chicktrick.com
chromepussy.com
clameaters.com
clamslayer.com
clearclips.com
cockyfuck.com
coldfuck.com
coolsexgalleries.com
corinadavis.com
cozycunts.com
creamandcoffee.com
creamingcunts.com
creampieonrequest.com
cumshotonrequest.com
datingvoice.com
denofsex.com
dirtbagsex.com
dirtyandsick.com
dirtytours.com
discountfuck.com
dudemovies.com
e2257.com
ebony17.com
ebonyhead.com
ebonypussys.com
extraclips.com
fandaid.com
fandaid.net
fatmixes.com
fetishonrequest.com
fiercefuck.com
flyclips.com
freshblack.com
freshphone.net
fuckahooker.com
fuckcircle.com
fuckclock.com
fuckedgirlz.com
fuckedsenseless.com
fuckfreebies.com
fuckglove.com
fuckhammer.com
fukmovies.com
funfrat.com
funtit.com
furysex.com
gallerysurfer.com
gangbangonrequest.com
gasracer.com
gatorporn.com
gayfantasia.com
getcheddar.com
gotaugust.com
gutterbox.com
gutterdoll.com

Page 2

domains

gutterwatch.com
hackedit.com
hardcoreonrequest.com
helpfulsex.com
honestpussy.com
hotsexpage.com
impulsemediagroup.com
interracialonrequest.com
iriveradult.com
iriveradultmovies.com
irivergay.com
irivergaymovies.com
irivermovie.com
iriverporn.com
iriverxxxmovies.com
jackedit.com
jackoffpro.com
jesustraffic.com
jizzhat.com
jizzhub.com
jizzjock.com
jizzlickers.com
jugglesex.com
lastweekend.com
latinaonrequest.com
lesbianonrequest.com
lookatsmut.com
machoblog.com
mackaroon.com
matureonrequest.com
melodyhart.com
menonrequest.com
milfuniversity.com
mixbucks.com
myblogsex.com
mydailysex.com
myfuckmovies.com
mysexdiet.com
mysextalk.com
mywhitedicks.com
nastyblowout.com
nastycafe.com
nastyfinds.com
nastygoods.com
nastyhunt.com
nastypeak.com
nastypleasure.com
nitromania.com
nitroporn.com
noobieblog.com
onehandsurfers.com
onrequestbucks.com
onrequestnetwork.com
orbgalleries.com
orbmovies.com
ourtapes.com
p2pclips.com
paysitedeal.com
perkysex.com
pgirlz.com
pgirlz.net
phatmixes.com
phonecamsluts.com

Page 3

domains

phonecamsluts.net
phonefreshener.com
phonefreshener.net
phonescent.com
phonescent.net
phonescents.net
picpimps.com
picsurfer.com
pimpbeaver.com
pixclips.com
pornafide.com
pornagio.com
pornanchor.com
pornanswer.com
pornaphile.com
pornbrain.com
porncavern.com
porncupid.com
porndingo.com
porndummy.com
pornfling.com
pornfog.com
pornfools.com
pornhermit.com
pornohog.com
pornstaronrequest.com
proautoart.com
prostockmedia.com
provenporn.com
pspblue.com
pushblog.com
pussyfarting.com
pussymasters.com
pussypalm.com
pussytree.com
rachelsrevenge.com
ratdvdmovies.com
ratdvdporn.com
ratdvdsex.com
realblogsex.com
realityonrequest.com
reallydirty.com
rentonproperties.com
rentonproperty.com
rollblog.com
saberscout.com
sadiiq.com
scenesearcher.com
screwedyou.com
seapocket.com
seapockets.com
seattlepocketbike.com
seattlepocketbikes.com
securitymovies.com
serafox.com
sethjr.com
sethsr.com
sexbiscuit.com
sexbreaker.com
sexbulb.com
sexcarpet.com
sexcrystal.com
sexdust.com

domains

sexgoon.com
sexjava.com
sexjot.com
sexlayer.com
sexnookie.com
sexrazor.com
sexsamestreet.com
sexsyrup.com
sextavern.com
shemaleonrequest.com
simplegalleries.com
sinpimps.com
sixnineporn.com
smellphone.net
smut360.com
smut360.net
smutarea.com
smutbrowser.com
smutlinker.com
smutpatrol.com
softcoreonrequest.com
sonicstreams.com
sortedgalleries.com
soulcash.net
soulcashgalleries.com
soulcashtraffic.com
spinnerbabes.com
stealmovies.com
stockautoart.com
supernitro.com
surfersource.com
sweetcreampie.com
tastytranny.com
teengirlblog.com
teeniebopperz.com
teensonrequest.com
testporn.com
thatsadude.com
titsonrequest.com
tokensex.com
toxicpussy.com
trafficgreen.com
trafficmovers.com
trailerserver.com
triplexsoul.com
twomore.com
voyeuronrequest.com
webrokein.com
xcunts.com
xxxsalsa.com
xxxsupport.net
xxxtext.net
youjackoff.com