Adam Joseph Welch                  June 30, 2006

**Page 6**

1 that may impair his ability to remember.
2      Are you on any medication right now that could
3 impair your ability to remember today?
4    A. No.
5    Q. Is there any reason you can think of why you
6 will not be able to answer my questions fully and
7 truthfully?
8    A. No.
9    Q. Please state your current residential address.
10    A. 4105 B 26th Avenue S.W., Seattle, Washington,
11 98106.
12    Q. Mr. Welch, do you have a criminal record?
13    A. No, I don't.
14    Q. Have you ever served in the military?
15    A. No, I don't. No, I have not.
16    Q. Did you review any documents in preparation for
17 today's deposition?
18    A. No, other than the subpoena.
19    Q. Did you bring any documents with you today?
20    A. No.
21    Q. Did you talk to anyone other than your lawyer,
22 Mr. Freeman, in preparation for today's deposition?
23    A. I talked to Seth a little bit about what was
24 going on.
25    Q. What did you discuss with Seth?

**Page 7**

1    A. I discussed what to expect as far as what this
2 is all about kind of thing.
3    Q. Did you discuss anything substantive related to
4 IMG with Mr. Schermerhorn?
5    A. Substantive?
6    Q. Did you talk to him about the deposition
7 process?
8    A. Yes. Mostly the process. What to expect,
9 basically, whether, you know, to be dressed up or that
10 kind of thing.
11    Q. Anything else?
12    A. No.
13    Q. I'm going to define a few terms for you that I
14 might use today so we'll be on the same page.
15      If I use the term "sexually-oriented material"
16 today I will mean any material that depicts
17 sexually-explicit conduct unless the depiction constitutes
18 a small, insignificant part of the whole, the remainder of
19 which is not primarily devoted to sexual matters.
20      Do you understand this definition?
21    A. Yes, I do.
22    Q. And if I use the term "sexually-explicit
23 conduct" today I will mean actual or simulated sexual
24 intercourse including genital-genital, oral-genital,
25 anal-genital, or oral-anal whether between persons of the

**Page 8**

1 same or opposite sex, bestiality, masturbation, sadistic
2 or masochistic abuse, or lascivious exhibition of the
3 genitals or pubic area of any person.
4      Do you understand this definition?
5    A. Yes. That's quite a definition.
6    Q. I'm going to use the abbreviation "IMG" for
7 Impulse Media Group today.
8      Do you understand that?
9    A. Sure.
10    Q. Please describe IMG's business.
11      MR. APGOOD: Objection. Calls for
12 speculation.
13    A. Okay. We run pay sites and affiliate program.
14    Q. When you say "we," is that IMG?
15    A. Well, I don't work there anymore, but, yes.
16 IMG, that's what they do for their primary business.
17    Q. And when were you employed at IMG?
18    A. Let's see. May 2003 to November 2005, I
19 believe. I think that's right.
20    Q. And what were the circumstances of your
21 departure from IMG?
22    A. Let's see. I got kind of lazy, and I got fired.
23    Q. What were the specific reasons given to you when
24 you were fired from IMG?
25    A. I kind of wasn't like pulling my weight anymore.

**Page 9**

1    Q. Anything else?
2    A. No. That was pretty much it.
3    Q. And who notified you of your termination from
4 IMG?
5    A. Seth did.
6    Q. Where did you go to work when you left IMG?
7    A. I had already started a company of my own. And
8 I'm working for myself now.
9    Q. What does the company that you own and work for
10 do?
11    A. Similar things. We run pay sites and affiliate
12 program.
13    Q. Are the pay sites and affiliate program of your
14 company adult entertainment?
15    A. They are.
16    Q. What's the name of your company?
17      MR. APGOOD: Objection. Relevance.
18      MR. FREEMAN: Join.
19    A. Fly High Media.
20    Q. And where did you work prior to working at IMG
21 in May of 2003?
22      MR. APGOOD: Objection. Relevance.
23    A. I was working for another group that does a
24 similar thing.
25    Q. What was the name of that group?

3 (Pages 6 to 9)

United States' MSJ Exhibit 7
CV05-1285L
Welch Deposition Excerpts
www.seadep.com

SEATTLE DEPOSITION REPORTERS
(206) 622-6661 * (800) 657-1110   FAX: (206) 622-6236

Adam Joseph Welch                                    June 30, 2006

Page 10

1          MR. APGOOD:  Objection.  Relevance.
2      A.  On the Spot, Inc.
3      Q.  What positions did you hold while you were
4  employed at IMG?
5      A.  Well, I can't say we were totally formal about
6  our names, but I would say I was like a project manager
7  and -- I think project manager would probably -- is the
8  best title for what I did.
9      Q.  And what were your job responsibilities as
10 project manager at IMG?
11     A.  I was to try to help with the daily --
12 day-to-day operation and I was an affiliate rep sometimes.
13 Basically, if people needed things, they would come to me
14 when Seth was unavailable.
15     Q.  And what kind of things did you do to help with
16 the day-to-day operation of IMG?
17     A.  What kind of things did I do?  Well, I would
18 check e-mail, I'd be available online, answer phones.  You
19 know, if somebody would call, I would answer the phone.  I
20 would make sure that the projects we were working on were
21 organized at being worked at.
22     Q.  When you say that you checked e-mail, did you
23 check e-mail from affiliates of IMG?
24     A.  Sometimes when they would send me an e-mail,
25 yeah.

Page 11

1      Q.  And what would be the reason that IMG's
2  affiliates would send e-mails --
3          MR. APGOOD:  Objection.  Calls for
4  speculation.
5      Q.  -- when issues would come up?
6      A.  Let's see.  Maybe they would ask me about a new
7  price structure or maybe they think they see a bug in our
8  system, you know, a complaint, or maybe they would ask for
9  like materials or where they could find materials to
10 promote our sites.
11     Q.  So you were providing assistance to affiliates?
12     A.  Yeah.
13         MR. APGOOD:  Object to the form of the
14 question.
15     Q.  And you said that you would be available online.
16 What did you mean by that?
17     A.  We use messengers a lot in the webmaster
18 community.  We use online messengers.
19     Q.  So like AOL?
20     A.  Yeah.  That kind of thing.
21     Q.  And who would you be available to?  Is that to
22 affiliates?
23     A.  Again, webmasters.
24     Q.  And would that contact with webmasters be
25 similar to what you would do over e-mail?

Page 12

1          MR. FREEMAN:  Object to the form.
2          MR. APGOOD:  Join.
3      A.  Yes.  It would be similar, actually.  Similar
4  questions, you know.  Somebody might have my e-mail
5  address or they might have my messenger address.  However
6  they can get a hold of me.
7      Q.  And you said that part of your job
8  responsibilities were to make sure projects were on track?
9      A.  Uh-huh.
10     Q.  What kind of projects did you work on?
11     A.  Building the sites up, building, you know,
12 things that promote the site, the sites.  You know, if
13 there were problems with the sites.  Maybe we would have
14 to completely redo part of a site, you know, building.
15 That kind of thing.
16     Q.  Were you responsible for programming aspects of
17 the database?
18     A.  No, I don't -- I don't program.
19         MR. FREEMAN:  Object to the form of the
20 question.
21     Q.  So, when you said "building sites up," can you
22 explain what you mean?
23     A.  Sometimes we'd have to add content to sites,
24 update sites.  That's kind of a form of building up a
25 site.

Page 13

1      Q.  What other projects?
2          MR. APGOOD:  Object to the form of the
3  question.
4      A.  Well, I think that's a pretty good
5  representation of building.  I mean, maybe could you ask
6  the question again?
7      Q.  Yes.  Do you recall any other projects you
8  worked on as project manager for IMG?
9      A.  Sometimes we would go to trade shows and I would
10 organize the trade shows and sometimes marketing online,
11 like to market our -- do a marketing push online, you
12 know.  Something like that.
13     Q.  These are trade shows that employees would go
14 to, is that correct?
15     A.  Yes.  They were like twice or three times a
16 year.  Two or three times a year we would go to industry
17 trade shows, and that would have to be organized.
18     Q.  And, to your knowledge, what was the purpose of
19 going to those trade shows?
20         MR. APGOOD:  Objection.  Calls for
21 speculation.
22     A.  To meet other webmasters and have a little fun,
23 blow some steam off, and there's also seminars.
24     Q.  To your knowledge, did IMG recruit affiliates at
25 the trade shows?

United States' MSJ Exhibit 7
CV05-1285L
Welch Deposition Excerpts

SEATTLE DEPOSITION REPORTERS
www.seadep.com        (206)622-6661 * (800)657-1110   FAX: (206)622-6236

a7092558-0501-409f-b664-f7d4b21a1d21

Adam Joseph Welch                                          June 30, 2006

Page 18

1  question.
2          MR. APGOOD:  Join.
3      A.  Training?  I wouldn't say training, but we were
4  aware of it.  I remember looking over a document that had
5  the information on it.  But it wasn't like, you know,
6  prescribed reading or anything like that.
7      Q.  Do your recall who gave you the document?
8          MR. APGOOD:  Object to the question to the
9  extent that it seeks to invade upon the attorney-client
10  privilege.
11         MR. FREEMAN:  Join.
12     A.  I actually think that it was just sitting around
13  kind of the office.  I don't remember anyone kind of
14  giving it to me.  It's also in publications in our
15  industry.  Like a webmaster magazine.  They might have had
16  a story on it or something.  They read part of it or
17  something.
18     Q.  Were you given any written guidelines on the
19  CAN-SPAM Act?
20         MR. APGOOD:  Object to the question to the
21  extent that it seeks to invade the attorney-client
22  privilege.
23         MR. FREEMAN:  Join.
24     A.  No.
25     Q.  While employed at IMG, did you ever have to make

Page 19

1  judgments with respect to applying the CAN-SPAM Act?
2          MR. FREEMAN:  Object to the form of the
3  question.  Object to the extent that it violates
4  attorney-client privilege.
5      A.  No.
6          MR. APGOOD:  I also object to the question
7  to the extent that it calls for a legal conclusion.  And I
8  join in other counsel's objection.
9      Q.  While employed at IMG, did you ever have to
10  determine whether an e-mail was or was not in compliance
11  with the CAN-SPAM Act?
12         MR. APGOOD:  Objection.  Calls for a legal
13  conclusion.
14         MR. FREEMAN:  Join.
15     A.  No.
16     Q.  What does the term "spam" mean to you?
17     A.  Spam is unsolicited e-mail.
18     Q.  And the term "spammer"?
19     A.  Someone that sends unsolicited e-mail.
20     Q.  What do you base this definition on?
21     A.  Unsolicited or -- what do I base it on?  Let's
22  see.  What do I base it on?  From my experience in the
23  industry.
24     Q.  While you were at IMG, what was IMG's policy
25  regarding spam?

Page 20

1          MR. APGOOD:  Objection.  Calls for
2  speculation.
3          MR. FREEMAN:  Join.
4      A.  Our policy on spam?  We don't accept spam into
5  the program.  It's in the terms and conditions.
6      Q.  To your knowledge while you were at IMG, was it
7  IMG's policy that they don't accept spam anywhere else?
8          MR. APGOOD:  Object to the extent that
9  calls for speculation.
10         MR. FREEMAN:  Join.
11     A.  Was it written anywhere?  I don't remember it
12  being written anywhere other than the terms and
13  conditions.
14     Q.  To your knowledge while you were employed at IMG
15  and after January 1st, 2004, did IMG allow e-mail
16  campaigns by affiliates that were opted into?
17     A.  That were opted into?  Like solicited?
18     Q.  Solicited.
19         MR. FREEMAN:  Object to the form of the
20  question.
21         MR. APGOOD:  Object to the extent that it
22  calls for speculation.  And I join in other counsel's
23  objection.
24     A.  I don't know of any program like that.
25     Q.  When you say you don't know of any program, can

Page 21

1  you --
2      A.  I don't know of any time that we said that this
3  is okay, you know.  Like, "I think this e-mail campaign is
4  okay," you know.
5      Q.  While you were employed at IMG after January
6  1st, 2004, were you aware of any affiliates using e-mail
7  campaigns that were solicited?
8      A.  Was I aware?  No.  No.
9      Q.  To your knowledge, did IMG have a written policy
10  that affiliates could not use any e-mail campaigns even if
11  they were solicited?
12     A.  In the terms and conditions?
13         MR. APGOOD:  Object to the question to the
14  extent it calls for speculation.
15     Q.  Did IMG do anything to monitor affiliates to
16  make sure that they weren't sending e-mails in violation
17  of CAN-SPAM?
18         MR. APGOOD:  Object to the form of the
19  question.  Object to the extent it calls for speculation.
20         MR. FREEMAN:  Join.
21     A.  Did we monitor -- did we do anything to monitor?
22  I don't -- no.  I would say -- I would say no.
23     Q.  To your knowledge while you were employed at
24  IMG, did IMG have any mechanisms in place to prevent
25  affiliates from sending e-mails in violation of CAN-SPAM?

United States' MSJ Exhibit 7
CV05-1285L
Welch Deposition Excerpts

SEATTLE DEPOSITION REPORTERS
www.seadep.com        (206) 622-6661 * (800) 657-1110    FAX: (206) 622-6236

a7092558-0501-409f-b664-f7d4b21a1d21

Adam Joseph Welch                                      June 30, 2006

Page 22

1        MR. APGOOD:  Object to the question to the
2   extent it calls for speculation.  Object to the question
3   to the extent that it implies such a duty even existed.
4        MR. FREEMAN:  Join.
5        A.  I don't know of anything that we could do to
6   stop somebody.  So I don't think we had anything in place,
7   no.
8        Q.  Does IMG's affiliate program have a name?
9        A.  Yes.
10       Q.  What is it?
11       A.  SoulCash.
12       Q.  And can you describe SoulCash?
13       MR. APGOOD:  Object to the form of the
14   question.
15       A.  SoulCash is an affiliate program in which you're
16   able to promote our sites -- or IMG's sites.
17       Q.  And the affiliate's program, IMG's websites?
18       MR. APGOOD:  Object to the form of the
19   question.
20       MR. FREEMAN:  Join.
21       A.  What was the question?
22       Q.  I believe you said an affiliate program in
23   which --
24       A.  You can promote IMG's pay sites.
25       Q.  And when you say "you," is that --

Page 23

1        A.  You.  The royal you.  Anybody.
2        Q.  What is their relationship between IMG and
3   SoulCash?
4        MR. APGOOD:  Objection.  Calls for
5   speculation.
6        A.  I believe it's owned -- SoulCash is owned by
7   IMG.
8        Q.  Do you use the terms "IMG" and "SoulCash"
9   interchangeably?
10       A.  No.
11       Q.  How do they differ?
12       MR. APGOOD:  Object to the form of the
13   question.
14       A.  SoulCash is a website.  It's a program.  And
15   Impulse Media Group is a company.  They're not the same
16   thing.
17       Q.  What is mixbucks.com?
18       MR. FREEMAN:  Sorry?
19       MS. HASH:  Mixbucks.
20       A.  How do you spell it?
21       Q.  M-I-X-B-U-C-K-S.
22       A.  I believe that would be the affiliate program
23   for -- to promote -- I forget the name of that site.  It
24   was -- it was a mixed -- I don't know.  I have never
25   actually seen Mixbucks, but I'm guessing that it was an

Page 24

1   affiliate program.
2        MR. APGOOD:  At this point in time, I'd
3   like to instruct the witness as to guessing on answers to
4   questions and request that he not guess as to answers.
5   And, for the record, I want to establish, for his
6   knowledge, the distinction between an estimation and a
7   guess.
8        THE DEPONENT:  Right.
9        MR. APGOOD:  If I were to ask you today,
10   Sir, to tell me what the dimensions of this table are that
11   we're sitting at, based upon your life experience, you
12   could look at it and make an estimation because you have
13   experience that would allow you to do so and knowing, you
14   know, width and length, whereas, if I were to ask you what
15   the size of the table in my office is, you would
16   necessarily have to guess because you have never seen that
17   table.
18       THE DEPONENT:  That's true.
19       MR. APGOOD:  I will ask you, Sir, please,
20   to testify as to what you actually know, or where
21   relevant, if you can make an estimation based upon your
22   knowledge and experience.  You're certainly entitled to do
23   that.  But I will please ask you, Sir, do not guess at an
24   answer because that is not evidence and it's not knowledge
25   on your part.  Thank you very much.

Page 25

1        Q.  Can you tell me what you do know about
2   mixbucks.com?
3        A.  I actually don't know anything about Mixbucks.
4   I have never seen it, so I can't say that I know anything
5   about it.
6        Q.  Do you have knowledge that it is an affiliate
7   program of IMG?
8        MR. APGOOD:  Objection.  He's already
9   testified he doesn't know what the program is.
10       A.  I actually can't say I do have that knowledge.
11   I don't.
12       Q.  To your knowledge, do all of IMG's websites
13   contain sexually-oriented materials?
14       A.  Do all of them?  No.  I think that they don't
15   all.
16       Q.  Is IMG involved in business areas other than
17   adult entertainment?
18       A.  Currently, no, but in the past, maybe.
19       Q.  Does the SoulCash affiliate program promote
20   products other than those in the adult entertainment
21   industry?
22       MR. APGOOD:  Object to the extent that it
23   calls for speculation.  Object to the form of the
24   question.
25       MR. FREEMAN:  Join.

United States' MSJ Exhibit 7
CV05-1285L
Welch Deposition Excerpts
SEATTLE DEPOSITION REPORTERS
www.seadep.com    (206) 622-6661 * (800) 657-1110    FAX: (206) 622-6236

a7092558-0501-409f-b664-f7d4b21a1d21

Adam Joseph Welch                                    June 30, 2006

---

Page 30

1    MR. APGOOD: Object to the form of the
2 question.
3    MR. FREEMAN: Join.
4    A. Sometimes it is possible to see where the
5 advertising is.
6    Q. And how does that work?
7    MR. APGOOD: Object to the form of the
8 question.
9    A. The software sometimes can tell which page the
10 surfer was on before he or her -- he or she, rather,
11 joined the site.
12    Q. And you say sometimes.
13    A. Sometimes that information isn't captured --
14    MR. APGOOD: Object to the form of the
15 question.
16    A. Sometimes that information isn't captured by the
17 software. It's not perfect.
18    Q. Can IMG tell if a new member is directed to an
19 IMG website through an e-mail?
20    MR. APGOOD: Objection. Calls for
21 speculation.
22    MR. FREEMAN: Join.
23    A. Not really. An e-mail is extremely hard.
24    Q. So when you say "not really," can you elaborate?
25    MR. APGOOD: Object to the form of the

Page 31

1 question.
2    A. It might be possible to -- not from an e-mail.
3 I'll just say no on that. You can't.
4    Q. If a new member comes from a website that IMG
5 can track, say Yahoo.com, would that be an indication that
6 that new member had come through an e-mail sent by an
7 affiliate?
8    MR. APGOOD: Objection. Calls for
9 speculation.
10    MR. FREEMAN: Object to the form of the
11 question.
12    MR. APGOOD: Join.
13    A. From Yahoo? I don't think that alone would tell
14 you that it came from an e-mail.
15    Q. Are there any referring URLs that might tell you
16 that a new member had come through an e-mail?
17    MR. APGOOD: Objection. Form of the
18 question.
19    MR. FREEMAN: Join.
20    MR. APGOOD: Objection. Calls for
21 speculation.
22    MR. FREEMAN: Join.
23    A. Not any particular URL. No. There's no
24 particular URL that could tell you that this was an
25 e-mail.

Page 32

1    Q. Any particular URLs that would indicate it might
2 be from an e-mail?
3    MR. APGOOD: Object. It calls for
4 speculation. Object to the form of the question.
5    MR. FREEMAN: Join.
6    A. I really feel like I am speculating. I don't
7 really know. Like I don't think that -- I don't think
8 there's one ULR that would show up and you'd go, "Oh,
9 that's from an e-mail."
10    MR. APGOOD: Please don't speculate, Sir.
11    Q. How does someone become an affiliate of IMG?
12    MR. APGOOD: Object. It calls for
13 speculation.
14    Q. When I ask you a question, I'm asking you to
15 answer based on your personal knowledge because that's all
16 you know.
17    Do you understand?
18    A. Right. I do. How does someone become -- they
19 sign up. They give us their information.
20    Q. And what information does a potential affiliate
21 have to provide to IMG in the sign-up process?
22    A. Address, domain, e-mail address, social
23 security, or tax ID. That's about it.
24    Q. When you say "domain," what do you mean?
25    A. Well, it asks for them to give their domain when

Page 33

1 they come in. Like whatever their main domain might be.
2    Q. What's the purpose of asking for that
3 information?
4    MR. APGOOD: Objection. Calls for
5 speculation.
6    MR. FREEMAN: Join.
7    A. I would think it's to -- like to know who's
8 signing up, kind of. Like who -- if a big webmaster comes
9 and signs up, then they put a big name on that particular
10 line. That might tell us that somebody big signed up, you
11 know.
12    Q. Does IMG do anything to verify the physical
13 address provided by affiliates?
14    MR. FREEMAN: Object to the form of the
15 question.
16    MR. APGOOD: Join.
17    A. To the physical address? No. That's not
18 verified.
19    Q. Is an affiliate automatically approved if they
20 submit the sign-up information that you just described?
21    MR. FREEMAN: Object to the form of the
22 question.
23    A. Are they? Yes, they are.
24    MR. APGOOD: Join.
25    A. I would say they are.

9 (Pages 30 to 33)

United States' MSJ Exhibit 7
CV05-1285L
Welch Deposition Excerpts

a7092558-0501-409f-b664-f7d4b21a1d21

Adam Joseph Welch                                          June 30, 2006

Page 34

1    Q.  Did you have direct contact with affiliates
2  while you were employed at IMG?
3    A.  Sometimes at trade shows I would have direct
4  contact.
5    Q.  And did you have contact by, I believe you said
6  e-mail earlier, is that correct?
7    A.  Yeah.  Yeah.  By "direct" I thought you meant
8  physical contact, but, yeah.  I would speak with
9  affiliates online and in person.
10    Q.  To your knowledge, what kind of services does
11  IMG provide to affiliates to help them promote IMG's
12  websites?
13          MR. FREEMAN:  Object to the form of the
14  question and foundation.
15          MR. APGOOD:  Objection to the extent it
16  calls for speculation.  And join other counsel's
17  objections.
18    A.  Could you repeat the question?
19    Q.  What things does IMG do to help affiliates
20  promote IMG's websites?
21          MR. APGOOD:  Same objections.
22          MR. FREEMAN:  Same.
23    A.  Give them promotional tools.
24    Q.  What kind of promotional tools?
25          MR. APGOOD:  Object to the form of the

Page 35

1  question.
2    A.  Free-hosted galleries, banners, sometimes
3  promotional content.  That would be the -- pretty much the
4  gist of it.
5    Q.  And what are free-hosted galleries?
6    A.  They are galleries of sample content that are
7  hosted by us -- by IMG, or SoulCash, in this case.
8  Like that webmasters can link to without using any of
9  their own band --
10    Q.  And how would a webmaster link to?  In an
11  advertisement or --
12          MR. FREEMAN:  Object to the form of the
13  question.
14          MR. APGOOD:  Object.  It calls for
15  speculation.
16    A.  From their site, they might link to a gallery,
17  one of our promotional galleries using a hyperlink.
18    Q.  And when you say "banners," what do you mean by
19  banners?
20    A.  Banners are advertisements that are just images.
21    Q.  Electronic?
22          MR. APGOOD:  Object to the form of the
23  question.
24    A.  Yeah.  They're not like physical banners.  It's
25  definitely electronic.

Page 36

1    Q.  And you mentioned promotional content as a
2  promotional tool that IMG provides to affiliates.
3    Can you explain?
4          MR. APGOOD:  Objection.  There's no
5  question pending.
6    A.  Let's see.  Promotional content, like if someone
7  has -- if they want to build their own galleries, we can
8  give them content to build those galleries.
9    Q.  Any other promotional tools that you're aware of
10  that IMG provides to affiliates?
11          MR. FREEMAN:  Object to the form of the
12  question.
13          MR. APGOOD:  Join.
14    A.  I don't think so.  I think that's pretty much
15  most of it.
16    Q.  To your knowledge, is it possible for affiliates
17  to use these promotional materials, free-hosted galleries,
18  banners, and promotional content in an e-mail to promote
19  IMG's websites?
20          MR. FREEMAN:  Object to the form of the
21  question to the extent it calls for speculation.
22          MR. APGOOD:  Join.
23    A.  Is it possible?  It is possible to use those.
24    Q.  To your knowledge, does anyone at IMG regularly
25  ask affiliates what kind of promotional tools they're

Page 37

1  using?
2          MR. FREEMAN:  Object to the form of the
3  question and foundation.
4          MR. APGOOD:  Join.
5    A.  I don't think so.
6    Q.  Did you ever ask an affiliate what kind of
7  promotional tools they were using?
8    A.  I might have asked somebody if they were running
9  our hosted galleries or something like that.
10          MR. APGOOD:  I will again ask the witness
11  not to guess.  If you have knowledge and recollection of
12  specific events, you can testify to that, but please do
13  not speculate.
14    A.  I don't have any set recollection of saying
15  that, but, you know, it might have come up.
16          MR. APGOOD:  Again, I will ask the witness
17  please do not speculate.  Please testify only as to your
18  knowledge and recollection.
19    Q.  Would it be possible for IMG to ask affiliates
20  what kind of promotional tools they're using?
21          MR. APGOOD:  Objection.  Calls for
22  speculation.
23          MR. FREEMAN:  Join.
24    A.  Sure, it would be possible.
25    Q.  Does IMG ever provide custom promotional tools

United States' MSJ Exhibit 7
CV05-1285L
Welch Deposition Excerpts

SEATTLE DEPOSITION REPORTERS
www.seadep.com      (206)622-6661 * (800)657-1110   FAX: (206)622-6236

a7092558-0501-409f-b664-f7d4b21a1d21

Adam Joseph Welch                                    June 30, 2006

Page 42

1           MR. APGOOD: Join.
2      A.  I don't recall any particular searches looking
3  for just number of sales.  I don't recall any that were
4  like that.
5      Q.  Did IMG ever send out information on a
6  particular bonus program to a certain group of affiliates?
7  For example, bonus program to its top affiliates.
8      A.  To its --
9           MR. APGOOD: Objection.  Calls for
10 speculation.
11          MR. FREEMAN: Join.
12     A.  I don't -- no.  I don't remember a promotion
13 like that.
14     Q.  Are IMG affiliates assigned a unique linking
15 code?
16          MR. FREEMAN: I'm going to object to the
17 form of the question.
18          MR. APGOOD: Join.
19     A.  They have a unique ID user.  User ID.  User
20 name.
21     Q.  Are you familiar with the term in the SoulCash
22 program "gallery link creator"?
23     A.  Yes.
24     Q.  Can you explain what that is?
25     A.  It's a script inside SoulCash that makes it a

Page 43

1  quick process to get links to galleries.
2      Q.  And it makes it a quick process for affiliates
3  to get links to galleries?
4      A.  Yes.
5           MR. APGOOD: Object to the form of the
6  question.
7      Q.  And how does the gallery link creator program
8  work?
9      A.  How does it work?  You can choose different
10 options and it will -- then you press a button and it
11 spits out the links that you requested by the pull-down
12 menu.
13     Q.  And would the links it creates include the
14 affiliate's unique user ID?
15     A.  Yeah, it would.
16     Q.  And why would it do that?
17          MR. APGOOD: Objection.  Calls for
18 speculation.
19          MR. FREEMAN: Join.
20     A.  Because to access that area you would have had
21 to have logged in, and so you would be logged in as you
22 were using this creator as the user name that you logged
23 in as.
24     Q.  Okay.  And, to your knowledge, how would an
25 affiliate then use this link they created to promote IMG's

Page 44

1  website?
2           MR. APGOOD: Objection.  That really calls
3  for speculation.
4      A.  They can put it on their website.
5      Q.  So is the affiliate included in the advertising
6  that it was using to promote IMG's websites?
7           MR. APGOOD: Objection.  Calls for
8  speculation.  You're really reaching, Counsel.
9      A.  What was the question?
10     Q.  Yes.  Do affiliates create these links to then
11 put them in advertisements that they use to promote IMG's
12 website?
13          MR. APGOOD: Objection.  Calls for
14 speculation.  Counsel, please.
15          MR. FREEMAN: Join.
16     A.  I don't think that, in particular -- I mean,
17 they would use it to advertise, but not -- I wouldn't say
18 that the gallery creator is -- they're not going to use
19 those links on advertising.  They're going to use those
20 links to give sample content off their website.  Like --
21 it is a form of advertising, yeah.
22     Q.  And if an affiliate uses one of these links to
23 give sample content, if a surfer out there clicks on the
24 link, what happens?
25          MR. APGOOD: Objection.  Calls for

Page 45

1  speculation.
2           Counsel, I'm going to caution you about asking
3  more and more questions that request speculation on the
4  part of the witness to the extent that you are
5  unnecessarily multiplying proceedings, all a violation of
6  28 USC 1927.  Please be so advised.
7      Q.  IMG creates these links for a purpose, right?
8      A.  Right.
9      Q.  What's the purpose?
10          MR. APGOOD: Objection.  Calls for
11 speculation.
12          MR. FREEMAN: Join.
13     A.  The purpose is to bring in more and more traffic
14 to the pay sites.
15     Q.  Thank you.
16     Q.  To your knowledge, who sets the rates at which
17 IMG's affiliates are paid?
18     A.  Seth is the decision maker.
19     Q.  And, to your knowledge, are affiliates paid
20 different amounts depending on the number of sales they
21 bring in?
22     A.  They are paid differently for different
23 programs.
24     Q.  What are the different programs?
25     A.  They can get paid per join or they can get paid

                                    12 (Pages 42 to 45)

United States' MSJ Exhibit 7
CV05-1285L
Welch Deposition Excerpts
www.seadep.com

SEATTLE DEPOSITION REPORTERS
(206) 622-6661 * (800) 657-1110    FAX: (206) 622-6236

a7092558-0501-409f-b664-f7d4b21a1d21

Adam Joseph Welch                                        June 30, 2006

Page 46

1    on a rev share basis, which is a percentage basis.
2        Q.  Any other programs?
3        A.  There were promos sometimes.  Certain join
4    prices for certain days.
5        Q.  Are you familiar with an IMG bonus, a whale
6    bonus?
7            MR. FREEMAN:  Can your repeat that?
8        Q.  Yes.  Are you familiar what an IMG bonus, a
9    whale bonus?
10       A.  A whale bonus?  Yes.  That's when they would
11   bring in I think it was ten sales or more, they would get
12   a bonus.
13       Q.  When you say "they," you mean the affiliate?
14       A.  The affiliate, yeah.
15       Q.  When you left IMG, how many affiliates did IMG
16   have?
17           MR. APGOOD:  Objection.  Calls for
18   speculation.  He can answer to the extent that he knows.
19           MR. FREEMAN:  Join.
20       A.  I have no idea.  I couldn't guess.
21       Q.  While you were at IMG, who else had contact with
22   affiliates?
23           MR. APGOOD:  Objection.  Calls for
24   speculation.
25           MR. FREEMAN:  Join.

Page 47

1        A.  I believe everyone had some sort of contact with
2    affiliates.
3        Q.  If a complaint came in about an affiliate
4    sending spam, to your knowledge, who would handle that
5    complaint?
6            MR. APGOOD:  Objection.  Calls for
7    speculation.
8            MR. FREEMAN:  Object based on foundation.
9        Q.  To your knowledge, did IMG ever receive any
10   complaint about an affiliate sending spam?
11           MR. APGOOD:  Object to the extent it calls
12   for speculation.
13       A.  I don't know of any complaints.
14       Q.  And, to your knowledge, who provided webmaster
15   support to affiliates while you were employed at IMG?
16       A.  I think I would, Seth would, sometimes Deepai
17   would, too.
18       Q.  And who was responsible for the affiliates'
19   sign-up process?
20           MR. FREEMAN:  Object to the form of the
21   question.
22       A.  The affiliate sign-up process?  What do you
23   mean, exactly, by that?
24       Q.  Well, earlier, you testified about a form an
25   affiliate had to fill out.

Page 48

1        A.  Okay.
2        Q.  Information to become an affiliate.  Is there
3    anyone who oversaw that process?
4            MR. APGOOD:  Object to the extent that it
5    mischaracterizes prior testimony of the witness.
6        Q.  Or was it just automatic?
7        A.  It was automatic.  I mean --
8        Q.  And, to your knowledge, did IMG ever terminate
9    an affiliate for sending spam?
10           MR. FREEMAN:  Objection.  Foundation.
11       A.  For sending spam, no.  Not to my knowledge.
12       Q.  To your knowledge, while you were employed at
13   IMG, did IMG promote its own websites outside of the
14   affiliate program?
15       A.  Well, there were some free sites that might have
16   had some SoulCash content up on.
17           MR. APGOOD:  Again, I will please ask the
18   witness not to speculate.  If he has specific knowledge or
19   recollection, he can testify to that.  Please do not
20   guess.
21       A.  I think that we did have a free site that had --
22   I'm pretty sure that we had a free site with SoulCash
23   stuff up on it.
24       Q.  To your knowledge, did IMG promote its website
25   through e-mail?

Page 49

1        A.  No.
2        Q.  Did IMG use paid advertising to promote its
3    website?
4            MR. APGOOD:  Objection.  Calls for
5    speculation.
6            MR. FREEMAN:  I'm going to object to the
7    extent the questions are asked and answered.
8        A.  Paid advertisements.  We did pay for gallery
9    spots.  Some.
10       Q.  Can you explain what you mean?
11       A.  You can buy spots on free sites to promote -- to
12   promote your sites.
13       Q.  To your knowledge, did IMG use paid
14   advertisements to attract affiliates to the SoulCash
15   program?
16           MR. APGOOD:  Object to the extent it calls
17   for speculation.
18       A.  Sometimes we would sponsor parties that would
19   hopefully encourage people to promote the program.
20       Q.  Anything else?
21           MR. FREEMAN:  Object to the form of the
22   question.
23       Q.  Anything else IMG did to attract new affiliates
24   that you haven't mentioned?
25           MR. APGOOD:  Objection.  Calls for

13 (Pages 46 to 49)

United States' MSJ Exhibit 7
CV05-1285L
Welch Deposition Excerpts
www.seadep.com

SEATTLE DEPOSITION REPORTERS
(206)622-6661 * (800)657-1110    FAX: (206)622-6236

a7092558-0501-409f-b664-f7d4b21a1d21

Adam Joseph Welch                                          June 30, 2006

---

Page 50

1  speculation.
2        MR. FREEMAN:  And I object to the form of
3  the question.
4     A.  I can't think of any paid advertisements that we
5  had.
6        MR. FREEMAN:  Can we take a short break?
7        (Break.)
8     Q.  Say a potential new member comes to an IMG
9  website, how does the subscription process for a new
10 member work?
11       MR. APGOOD:  Objection to the extent it
12 calls for speculation.
13    A.  You're talking about a surfer?  Is that what
14 you're asking?
15    Q.  Surfer, yes.
16       MR. APGOOD:  Same objection.
17    A.  They would hopefully end up at a join form, and
18 they would have been sold on the website, and they would
19 buy a membership.
20    Q.  And does a surfer have to enter any information
21 in the join form to buy a membership?
22    A.  Sure.  Yeah.
23    Q.  What kind of information?
24    A.  Their address and credit card number, desired
25 user name and password.

Page 51

1     Q.  And does a new member have to choose a different
2  term of subscription?
3        MR. APGOOD:  Objection.  Calls for
4  speculation.
5     A.  Yes.  They would have to decide if they want to
6  do a trial or if they want to go ahead and buy a
7  membership.
8     Q.  And, to your knowledge while you were employed
9  at IMG, did any of IMG's join pages have drop-down menus
10 for entering this information?
11       MR. APGOOD:  Objection.  Relevance.
12    A.  I actually don't remember if they have drop-down
13 menus or not because there are several ways that it can be
14 done.
15    Q.  And, to your knowledge, what methods can new
16 members use to pay for their subscription?
17    A.  They can pay by credit card or I believe an
18 online check.  I think that's it.
19    Q.  Do you know what an e-passport is?
20    A.  Yes.
21    Q.  Can you explain?
22       MR. APGOOD:  Object to the form of the
23 question.
24    A.  An e-passport is a European-based company.  It's
25 like specialized online banking.

Page 52

1     Q.  And is e-passport a method whereby new members
2  can pay for subscriptions?
3     A.  I don't believe so.
4        MR. FREEMAN:  I'm going to object to the
5  form of the question.
6     Q.  Does IMG ask new members how they got to IMG's
7  website?
8        MR. APGOOD:  Objection.  Calls for
9  speculation.
10    A.  No.
11    Q.  To your knowledge, has IMG considered asking new
12 members how they got to IMG's website?
13       MR. FREEMAN:  I'm going to object to the
14 form of the question.
15       MR. APGOOD:  Join.
16    A.  I don't believe it's ever been thought of.
17    Q.  To your knowledge, would it be possible for IMG
18 to ask new members how they got to IMG's website?
19       MR. APGOOD:  Objection.  Calls for
20 speculation.
21       I'm also going to caution counsel about
22 exploring areas of questioning that have absolutely
23 nothing to do with the claims brought by the plaintiff in
24 its complaint nor are they reasonably calculated to lead
25 to admissible evidence that would support the plaintiff's

Page 53

1  claim.  And, indeed, what they're reasonably calculated to
2  do is to create a basis for demands of settlement that the
3  plaintiff will probably be bringing in order to resolve
4  this issue absent trial, and, therefore, is wholly
5  inappropriate for deposition purposes which is a
6  fact-finding process.
7        MR. FREEMAN:  And I'm going to object to
8  the form of the question.
9     A.  I'm sure it is possible.
10    Q.  To your knowledge, since January 1st, 2004, has
11 IMG ever required affiliates to send samples of e-mails
12 they will be using to promote IMG's website?
13       MR. FREEMAN:  Object.  Foundation.
14    A.  No.
15    Q.  To your knowledge, since May of 2004, has IMG
16 provided affiliates with sample e-mails that are in
17 compliance with the CAN-SPAM Act and adult labeling law?
18       MR. APGOOD:  Object to the extent it calls
19 for a legal conclusion.
20       MR. FREEMAN:  And I'm going to object based
21 on foundation.
22    A.  No.
23    Q.  Did IMG have affiliates prior to January 1st,
24 2004?
25       MR. APGOOD:  Objection to the extent that

---

United States' MSJ Exhibit 7
CV05-1285L
Welch Deposition Excerpts
www.seadep.com

SEATTLE DEPOSITION REPORTERS
(206)622-6661 * (800)657-1110    FAX: (206)622-6236

a7092558-0501-409f-b664-f7d4b21a1d21

Adam Joseph Welch                                    June 30, 2006

Page 54

1 calls for speculation.
2      A.   Yes.
3      Q.   To your knowledge, did IMG require its existing
4 affiliates to review the CAM-SPAM law when it went into
5 effect?
6           MR. APGOOD:  Objection to the extent it
7 calls for a legal conclusion.
8           MR. FREEMAN:  Join.
9      A.   To my knowledge, no, they did not.
10      Q.   To your knowledge, did IMG ever receive
11 complaints regarding e-mail campaigns by affiliates?
12           MR. APGOOD:  Object to the extent that it
13 calls for speculation.
14      A.   Not to my knowledge.
15      Q.   And you testified previously that you're not
16 aware of any complaint IMG received regarding spam by
17 affiliates, is that correct?
18           MR. APGOOD:  Object to the form of the
19 question.
20      A.   That is correct.
21           MR. APGOOD:  Please read back the response.
22           (The answer was read.)
23      Q.   To your knowledge, did IMG have any mechanism
24 set up to receive complaints regarding spam or e-mail by
25 affiliates?

Page 55

1           MR. APGOOD:  Object to the extent that it
2 calls for speculation.
3           MR. FREEMAN:  I object to the form of the
4 question.
5      A.   Was there anything set up?  Is that the
6 question?
7      Q.   Yes.
8           MR. APGOOD:  Same objection.
9      A.   Not that I'm aware of, no.  I mean, e-mail
10 addresses, of course, but, you know.
11      Q.   What do you mean by that, e-mail addresses?
12      A.   There are e-mail addresses available online.
13      Q.   I'm not sure I follow you.  Can you --
14           MR. APGOOD:  Object to the form of the
15 question.  There's no question pending.
16      Q.   Can you explain further what you meant by their
17 e-mail addresses online?
18      A.   Well, if I had a problem with somebody, I would
19 look for an e-mail address to write.  That's what I would
20 do.
21      Q.   To your knowledge, did IMG have a specific
22 e-mail account set up to receive complaints?
23      A.   Not to my knowledge.
24           MR. APGOOD:  Object to the question to the
25 extent it calls for speculation.

Page 56

1           MR. FREEMAN:  Join.
2      Q.   You previously testified that to your knowledge,
3 IMG never terminated an affiliate for promoting IMG's
4 website through spam, is that correct?
5           MR. APGOOD:  Objection to the extent that
6 it mischaracterizes former testimony by the witness.
7      A.   That's correct.
8      Q.   Are you aware of any other action taken by IMG
9 against an affiliate for sending spam --
10           MR. FREEMAN:  Object to the form of the
11 question.
12      Q.   -- promoting IMG's website?
13      A.   I'm not aware of anything.
14      Q.   Are you aware of IMG ever terminating an
15 affiliate?
16           MR. APGOOD:  Objection.  Asked and
17 answered.  Objection to the form of the question.
18      Q.   Are you aware of IMG ever terminating an
19 affiliate for any reason?
20      A.   Yes.
21           MR. APGOOD:  Same objection.
22      Q.   And what reasons are you aware of IMG
23 terminating an affiliate for?
24           MR. FREEMAN:  Object to the form of the
25 question.

Page 57

1      A.   Sometimes fraud.  We would catch fraud.
2      Q.   Anything else?
3           MR. FREEMAN:  Object to the form of the
4 question.
5           MR. APGOOD:  Join.
6      A.   That's the main one.
7      Q.   Did IMG have any mechanisms in place to catch
8 fraud by its affiliates?
9           MR. FREEMAN:  Object to the form of the
10 question.
11           MR. APGOOD:  Objection.  Asked and
12 answered.
13      A.   I would catch people sometimes if their
14 statistics looked suspicious.
15      Q.   When you caught those people, what about their
16 statistics was suspicious to you?
17           MR. FREEMAN:  Object to the form of the
18 question.
19           MR. FREEMAN:  Join.
20      A.   Like the conversion would be extremely low.
21      Q.   Anything else?
22           MR. FREEMAN:  Object to the form.
23      A.   That's the big thing, the big flag, that their
24 conversions would be unreasonable.
25      Q.   Did you ever personally terminate an affiliate?

                                    15  (Pages 54 to 57)

United States' MSJ Exhibit 7
CV05-1285L
Welch Deposition Excerpts
www.seadep.com

SEATTLE DEPOSITION REPORTERS
(206) 622-6661 * (800) 657-1110    FAX: (206) 622-6236

a7092558-0501-409f-b664-f7d4b21a1d21

Adam Joseph Welch                                    June 30, 2006

---

Page 58

1      A.   Yes.
2      Q.   What did you do to terminate the affiliate?
3      A.   In our software, I can just turn their accounts
4  off.
5      Q.   How do you do that?
6           MR. APGOOD:  Object to the form of the
7  question.
8      A.   I just move the toggle in the software and they
9  can be terminated.
10     Q.   Does the toggle have a label?
11     A.   I believe it says "Active" or "Terminated."
12     Q.   And when you personally terminated IMG's
13  affiliate, did you have to get permission to do that?
14     A.   No, not necessarily.  But there were established
15  protocols with Seth.  Seth was the one that kind of set
16  the protocols.  I would say most times I did have to get
17  his permission to do that.
18     Q.   To your knowledge, since January 1st, 2004, have
19  any of IMG's affiliates promoted IMG's website through
20  bulk e-mail?
21           MR. APGOOD:  Objection to the extent that
22  it calls for a legal conclusion.  Object to the form of
23  the question.  Object to the extent it calls for
24  speculation.
25           MR. FREEMAN:  Join.

---

Page 59

1      A.   Not to my knowledge.
2      Q.   And, to your knowledge, have any of IMG's
3  affiliates promoted IMG's websites through bulk
4  unsolicited e-mail?
5           MR. APGOOD:  Same objection.
6           MR. FREEMAN:  Join.
7      A.   Not that I'm aware of.
8      Q.   You testified previously about an affiliate
9  sign-up process.
10          If an affiliate is terminated and then goes
11  through the sign-up process again and there's completely
12  new information, does IMG have any way of knowing that the
13  affiliate had been previously terminated?
14           MR. APGOOD:  Objection to the form of the
15  question.  And objection, calls for speculation.
16           MR. FREEMAN:  Join.
17     A.   They could sign up again, but if we took note of
18  the company name previously, then we might catch the
19  company name again.
20     Q.   And how would you catch that?
21           MR. APGOOD:  Object to the form of the
22  question.
23           MR. FREEMAN:  Join.
24     A.   Maybe if we saw that there was a check going out
25  to a company, that same company again.

---

Page 60

1      Q.   Does IMG run any kind of scan to match
2  information that new affiliates are submitting against the
3  information that that affiliate could have been
4  terminated?
5           MR. APGOOD:  Objection.  Calls for
6  speculation.
7           MR. FREEMAN:  Object to the form of the
8  question.
9      A.   There's no formal scan, no.
10     Q.   And you said that IMG might catch it if the
11  affiliate enters information that matches that of a
12  terminated affiliate, but if an affiliate signs up with
13  completely new information, does IMG have any way of
14  determining that the affiliate had been previously
15  terminated?
16           MR. APGOOD:  Objection.  Calls for
17  speculation.
18           MR. FREEMAN:  Object to the form.
19     A.   No.  I think that they could easily get away
20  with that, probably, if they used completely new info.
21     Q.   You testified previously that IMG does not allow
22  affiliates to use e-mail campaigns even if they are
23  solicited, is this correct?
24           MR. FREEMAN:  Object to the form of the
25  question.

---

Page 61

1           MR. APGOOD:  Join.
2      A.   This is correct, yes.
3      Q.   And you testified that this policy regarding
4  affiliates not being allowed to use e-mail campaigns, even
5  if they are solicited, is in IMG's terms and conditions
6  for affiliates, is that correct?
7           MR. FREEMAN:  Object to the extent that
8  that mischaracterizes his prior testimony.
9           MR. APGOOD:  Join.
10     A.   Could you ask the question again?
11     Q.   IMG's policy that affiliates can't use e-mail
12  campaigns, whether they're solicited or unsolicited, is
13  that in IMG's terms and conditions for affiliates?
14           MR. FREEMAN:  Object based on the compound
15  question.
16           MR. APGOOD:  Join.
17     A.   I actually don't know.
18     Q.   I'm handing you what's been previously marked
19  government Exhibit 10.
20          Do you recognize this document?
21     A.   Do I recognize the document?  I recognize, yeah,
22  what's on it, yeah.
23     Q.   So you recognize the information contained in
24  the document?
25     A.   Yes.

16 (Pages 58 to 61)

United States' MSJ Exhibit 7
CV05-1285L
Welch Deposition Excerpts
www.seadep.com

SEATTLE DEPOSITION REPORTERS
(206) 622-6661 * (800) 657-1110     FAX: (206) 622-6236

a7092558-0501-409f-b664-f7d4b21a1d21

Adam Joseph Welch                                                June 30, 2006

Page 62

1    Q.  And what is it?
2    A.  It looks like it's a screen cap from SoulCash.
3    Q.  Can you explain what a screen cap is?
4    A.  It's a screen capture.  A web page captured and
5  put onto a piece of paper.
6    Q.  And it's your understanding that this is a
7  screen capture of information from the soulcash.com
8  website?
9    A.  Yeah.
10    Q.  And can you explain more specifically what this
11  is a screen capture of from the soulcash.com website?
12    A.  It looks like it's a page from our banners area
13  where there are the full-page ads.
14    Q.  And can you explain what a hosted full-page ad
15  is?
16    A.  It's an advertisement in which we serve the
17  images from a server.  The user would only have to use
18  code.  They wouldn't have to serve the images of the ad.
19    Q.  Looking at the first image on the page and the
20  associated text with that, how would an affiliate use this
21  information?
22        MR. APGOOD:  Objection.  Calls for
23  speculation.
24        MR. FREEMAN:  Join.
25    A.  They would copy this code right here.

Page 63

1    Q.  When you say "this code," you're pointing to the
2  text next to the first image that begins with, "Start full
3  page ad cut"?
4    A.  That's right.
5        MR. APGOOD:  Objection.  Form of the
6  question.
7    Q.  And then -- go ahead.
8    A.  And then they would paste it in an HTML file and
9  that would be it.  Review the HTML and it would be there.
10  The image would be there.
11    Q.  And does the text that the affiliate would cut
12  contain the affiliate's ID number?
13    A.  Yeah.
14    Q.  And what's the purpose of that?
15        MR. APGOOD:  Objection.  Calls for
16  speculation.  Object to the form of the question.
17    A.  The purpose of that would be to get credit of
18  any sales that might come through this ad.
19    Q.  And could these hosted full-page ads be used by
20  an affiliate in an e-mail to promote IMG's website?
21        MR. APGOOD:  Objection.  Calls for
22  speculation.
23        MR. FREEMAN:  Join.
24    A.  I believe it's possible.
25    Q.  I'm handing you what's been previously marked

Page 64

1  government Exhibit 11.
2        Directing your attention to physical pages one
3  and two of government Exhibit 11.  Do you recognize the
4  information contained in physical pages one and two of
5  government Exhibit 11?
6    A.  I do.
7    Q.  And what is this information?
8    A.  It looks like it's the gallery creator --
9  gallery link creator, and it looks like someone has
10  created some links.
11    Q.  And is this the same gallery link creator you
12  testified about previously?
13    A.  Yeah.
14    Q.  And do the links in pages one and two of
15  government Exhibit 11 contain an affiliate's ID number?
16        MR. FREEMAN:  I'm going to object to the
17  extent it calls for speculation.
18        MR. APGOOD:  Join.
19    A.  It does.
20    Q.  Could the links provided in pages one and two of
21  government Exhibit 11 be used by an affiliate in an e-mail
22  to promote IMG's website?
23        MR. APGOOD:  Object --
24        MR. FREEMAN:  Objection to the extent it
25  calls for speculation.

Page 65

1        MR. APGOOD:  Join.
2    A.  You could put a link in the e-mail, yeah.
3    Q.  Could an affiliate put these links in an e-mail,
4  to your knowledge?
5        MR. APGOOD:  Objection.  Calls for
6  speculation.  I'm going to ask the witness please testify
7  only as to knowledge he has and not what could be possibly
8  done.
9    A.  So what's the question?
10    Q.  Do you see any reason why an affiliate could not
11  use these links in an e-mail to promote IMG's website?
12        MR. FREEMAN:  Object to the form of the
13  question.
14        MR. APGOOD:  Objection.  Calls for
15  speculation.
16    A.  I don't see any reason why they couldn't be
17  used.
18    Q.  I'm handing you what's been previously marked
19  government Exhibit 12.
20        Directing your attention to physical pages one
21  and three of government Exhibit 12.  Do you recognize the
22  information contained in pages one through three of
23  government Exhibit 12?
24    A.  Yeah.
25    Q.  And what is this information?

17 (Pages 62 to 65)

United States' MSJ Exhibit 7
CV05-1285L
Welch Deposition Excerpts
www.seadep.com

SEATTLE DEPOSITION REPORTERS
(206) 622-6661 * (800) 657-1110    FAX: (206) 622-6236

a7092558-0501-409f-b664-f7d4b21a1d21

Adam Joseph Welch                                June 30, 2006

Page 66

1     A.  It looks like it's the same thing.  It looks
2  like it's a -- someone is in the process of generating
3  some links from SoulCash.
4     Q.  What is TGP?
5     A.  TGP is an acronym for thumbnail gallery post.
6     Q.  What is a thumbnail gallery post?
7     A.  It's a kind of free site that specializes in
8  offering links to surfers to galleries, sample galleries.
9     Q.  What is an MGP?
10    A.  It's the same thing but movies instead of
11  thumbnail.  Just replace it with the word "movie."
12    Q.  In the top middle of the page under
13  "Instructions," government Exhibit 12 reads, "You have
14  three ways to easily display and import gallery links into
15  your TGP/MGP."
16        What do you understand that statement to mean?
17    A.  Let's see.  Let me read it again.  There are
18  three different ways that owners of TGPs and MGPs could
19  extract the information from this site.
20    Q.  What are those three ways?
21    A.  They can extract the information with only
22  hypertext links.  Or they can extract hypertext links in
23  movies on that page.  And then the third way is to extract
24  it with movie count, the link and a description of the
25  page.

Page 67

1     Q.  And do the links contained in physical pages one
2  through three of government Exhibit 12 contain an
3  affiliate's ID number?
4     A.  It does.
5     Q.  And what's the purpose of that?
6        MR. FREEMAN:  Objection to the extent it
7  calls for speculation.
8     A.  The purpose of that is to be counted, like
9  credited if there were a sale that would come through this
10  link.
11    Q.  And, to your knowledge, can the links in pages
12  one through three of government Exhibit 12 be used by an
13  affiliate in an e-mail --
14        MR. APGOOD:  Objection.  Calls for
15  speculation.
16    Q.  -- to promote IMG's websites?
17        MR. APGOOD:  Objection.  Calls for
18  speculation.
19    A.  Could you ask the question one more time,
20  please?
21    Q.  To your knowledge, could the links contained in
22  pages one through three of government Exhibit 12 be used
23  by an affiliate in an e-mail to promote IMG's websites?
24        MR. APGOOD:  Objection.  Calls purely for
25  speculation and for nothing else.

Page 68

1     A.  There's no reason it couldn't be put in an
2  e-mail.
3     Q.  Thank you.
4        I'm handing you what's been previously marked
5  Exhibit 14.
6        Do you recognize the information contained in
7  government Exhibit 14?
8     A.  Yes.
9     Q.  What is this information?
10    A.  These are promotional tools in SoulCash.  These,
11  in particular, are the movies of the day.
12    Q.  Are these promotional tools for affiliates to
13  use to promote IMG's websites?
14        MR. APGOOD:  Object to the form of the
15  question.
16    A.  They are.
17    Q.  Directing your attention to the first image on
18  the page and associated text.
19        How would an affiliate use this promotional
20  tool?
21        MR. APGOOD:  Objection.  Calls for
22  speculation and nothing else.
23        MR. FREEMAN:  Join.
24    A.  They would copy the code on the right there next
25  to the image and they would paste it in their HTML file.

Page 69

1     Q.  And does the code contain an affiliate ID?
2     A.  In this case, I do not see an affiliate ID here.
3     Q.  Do you see anything in government Exhibit 14 to
4  lead you to believe that an affiliate ID is in the text?
5        MR. APGOOD:  Objection.  Calls for
6  speculation.
7        MR. FREEMAN:  Join.  And object to the form
8  of the question.
9     A.  I don't see one in this.
10    Q.  Do you see the text immediately above the code
11  you're referring to that says your affiliate ID is already
12  there?
13    A.  Uh-huh.
14    Q.  Does that indicate to you that the affiliate ID
15  is contained in the code?
16        MR. FREEMAN:  Object to the form.
17    A.  That would --
18        MR. APGOOD:  Join.
19    A.  That would indicate that it is there.  But as I
20  look at the code, I don't see it, so I can't verify that
21  it's there.
22    Q.  Does IMG provide new movies every day for
23  affiliates?
24        MR. APGOOD:  Objection.  Calls for
25  speculation.

18  (Pages 66 to 69)

United States' MSJ Exhibit 7
CV05-1285L
Welch Deposition Excerpts
www.seadep.com

SEATTLE  DEPOSITION  REPORTERS
(206)622-6661 * (800)657-1110   FAX: (206)622-6236

a7092558-0501-409f-b664-f7d4b21a1d21