Josh Mackey        June 29, 2006

Page 14

```
            1   promote IMG mainstream websites?
            2       A.  No.
            3       Q.  Does IMG own commercial websites that sell
            4   access to sexually-oriented pictures?
09:22:29    5       A.  Does -- I'm sorry?  Rephrase.
            6       Q.  Does IMG own websites that sell access to
            7   sexually-oriented pictures?
            8       A.  Yes.
            9           MR. APGOOD:  Object to the form of the
09:22:42   10   question.
           11           MR. FREEMAN:  Join.
           12       Q.  Does IMG operate websites to sell access to
           13   sexually-oriented pictures?
           14           MR. APGOOD:  Object to the form of the
09:22:52   15   question.
           16           MR. FREEMAN:  Object to form.
           17       A.  Yes.
           18       Q.  What areas of business is IMG involved in
           19   other than adult entertainment?
09:23:03   20           MR. APGOOD:  Objection, calls for
           21   speculation.
           22       A.  Mainstream marketing.
           23       Q.  What kind of products?
           24       A.  There's car parts, there's also Pocket Bikes
09:23:28   25   and stock photography.
```

Page 15

```
            1       Q.  Anything else?
            2       A.  And then just general case-by-case site
            3   design for miscellaneous companies.
            4       Q.  Does IMG do site design for other adult
09:23:53    5   entertainment companies?
            6       A.  No.
            7           MR. APGOOD:  Objection, calls for
            8   speculation.
            9       Q.  Who owns IMG?
09:24:01   10       A.  Seth Schermerhorn.
           11       Q.  What is Mr. Schermerhorn's position in the
           12   company?
           13       A.  President, CEO, owner.
           14       Q.  Who would you say is responsible for the
09:24:17   15   day-to-day running of IMG?
           16           MR. FREEMAN:  Object to the extent it
           17   calls for speculation.
           18       A.  Seth Schermerhorn.
           19           MR. APGOOD:  Join.
09:24:26   20       Q.  Who is responsible for creating IMG's
           21   websites?
           22           MR. APGOOD:  Objection, calls for
           23   speculation.
           24           MR. FREEMAN:  Join.
09:24:34   25       A.  Both myself and Seth Schermerhorn.
```

Page 16

```
            1       Q.  Who is responsible for maintaining IMG's
            2   websites?
            3           MR. APGOOD:  Object to the form of the
            4   question, objection, calls for speculation.
09:24:48    5           MR. FREEMAN:  Join.
            6       A.  Both myself and Seth Schermerhorn.
            7           (Recess.)
            8       Q.  Who at IMG decides whether a new website
            9   should be added?
09:28:38   10       A.  Seth Schermerhorn.
           11       Q.  And who decides whether an existing website
           12   should be taken down?
           13           MR. FREEMAN:  Object to the form of the
           14   question.
09:28:44   15       A.  Seth Schermerhorn.
           16       Q.  To your knowledge, does IMG own the pictures
           17   posted on its websites?
           18           MR. FREEMAN:  Object to the form of the
           19   question.
09:28:59   20       A.  No.
           21       Q.  To your knowledge, does IMG own some of the
           22   pictures posted on its websites?
           23       A.  We own rights to pictures on websites.
           24       Q.  Are you currently employed by IMG?
09:29:24   25       A.  Yes.
```

Page 17

```
            1       Q.  And how long have you been employed by IMG?
            2       A.  Three years and ten months.
            3       Q.  And what positions have you held at IMG?
            4       A.  Graphic designer, photographer.
09:29:48    5       Q.  What position do you currently hold at IMG?
            6       A.  Graphic designer.
            7       Q.  When were you a photographer at IMG?
            8       A.  Just whenever we are in need of pictures,
            9   whether it be stock photos or photos specific to
09:30:09   10   product for one of our mainstream websites.
           11       Q.  When you say stock photos, what do you mean?
           12       A.  Buildings, trees, rocks.
           13       Q.  When is the last time you were a photographer
           14   for IMG?
09:30:29   15       A.  It would probably have to be about a year ago
           16   when we were making the Pocket Bike website.
           17       Q.  And how many graphic designers does IMG have?
           18       A.  Just one.  Myself.
           19       Q.  Were you the first graphic designer at IMG?
09:30:52   20       A.  Yes.
           21       Q.  What are your responsibilities as a graphic
           22   designer?
           23       A.  I create websites, banner ads,
           24   advertisements, fliers.
09:31:19   25       Q.  When you say you create websites, what kind
```

United States' MSJ Exhibit 8
CV05-1285L
Mackey Deposition Excerpts

5 (Pages 14 to 17)

SEATTLE DEPOSITION REPORTERS

www.seadep.com   (206)622-6661 * (800)657-1110   FAX: (206)622-6236

Dockets.Justia.com

f232d56c-381b-4127-98c4-0756400efddb

Josh Mackey                                                    June 29, 2006

---

Page 22

1  for content they are looking for.
2      Q.  And you testified that as a graphic designer
3  you create advertisements for IMG.  How do
4  advertisements differ from banner ads?
09:36:46  5      A.  Banner ads are a specific size.
6  Advertisements could be full pages or multiple pages.
7      Q.  And when you use the term advertisements,
8  does that mean print advertisements, or --
9      A.  Yes, it could.
09:37:04  10      Q.  Does it mean electronic advertisements, as
11  well?
12      A.  Yes.
13      Q.  And you testified that as a graphic designer
14  you create fliers for IMG?
09:37:18  15      A.  I have created one flier, yes.
16      Q.  What was that flier?
17      A.  SoulCash.com.
18      Q.  And what was the SoulCash.com flier used for?
19      A.  Inside affiliate webmaster paychecks we
09:37:36  20  insert the flier stating to advertise, advertise the
21  other content that is in SoulCash.com.
22      Q.  Who do you report to at IMG?
23      A.  Seth Schermerhorn.
24      Q.  Do you prepare any regular reports in your
09:38:04  25  position at IMG?

Page 23

1          MR. FREEMAN:  Object to the form of the
2  question.
3      A.  No.
4      Q.  Do you supervise any employees of IMG?
09:38:15  5      A.  No.
6      Q.  Where were you employed before IMG?
7      A.  Trend West Resorts.
8      Q.  Did you work for any adult entertainment
9  companies before IMG?
09:38:36  10      A.  I did not.
11      Q.  Are you familiar with the CAN-SPAM Act?
12      A.  Yes.
13      Q.  What is the basis for your knowledge
14  regarding the CAN-SPAM Act?
09:38:59  15      A.  Can not contain any explicit pictures or
16  text.
17      Q.  When you say it, what are you referring to?
18      A.  It?
19          MR. FREEMAN:  I'm going to object --
09:39:16  20          MS. HASH:  Can you read back his answer?
21          (Reporter read back as requested the
22          last answer.)
23      Q.  What can not contain any explicit pictures or
24  text?
09:39:20  25      A.  Spam is email, so email.

Page 24

1      Q.  And when did you first become aware of the
2  CAN-SPAM Act?
3      A.  Roughly two years ago.
4      Q.  How were you made aware of the CAN-SPAM Act?
09:39:40  5      A.  Online through a website that posts news in
6  regards to Internet parking.
7      Q.  Were you given any training on the CAN-SPAM
8  Act at IMG?
9      A.  Yes.
09:39:57  10      Q.  Can you describe that training?
11      A.  If I were to create any images or HTML code,
12  that if it was going to be used, it must -- let me
13  rephrase that.
14          I would create two different versions of
09:40:18  15  an advertisement:  one would be CAN-SPAM approved and
16  one would not.
17      Q.  And when you use the term image, can you --
18      A.  Picture.
19      Q.  When you create two different versions of an
09:40:46  20  image, can you explain how one is CAN-SPAM compliant
21  and the other would differ?
22          MR. APGOOD:  Objection to the extent it
23  misstates the witness's prior answer as a predicate
24  basis for the question.
09:41:02  25          MR. FREEMAN:  Join.

Page 25

1      A.  The CAN-SPAM one would have no explicit
2  images or text.
3      Q.  Who told you to begin to create two different
4  versions of images?
09:41:22  5      A.  Seth Schermerhorn.
6      Q.  When did he tell you to do this?
7      A.  At the time that we learned about CAN-SPAM.
8      Q.  Were you instructed to create two different
9  versions of all images that you created?
09:41:38  10          MR. FREEMAN:  Object to the form of the
11  question, and object to the extent it mischaracterizes
12  prior testimony.
13      A.  No.  Just whatever advertisement I was
14  working on.
09:41:48  15      Q.  The advertisements that you create are
16  available for affiliates to use to promote IMG's
17  websites.  Is that correct?
18      A.  Yes.
19      Q.  And how do affiliates get access to these
09:42:17  20  advertisements?
21          MR. FREEMAN:  Object to the form of the
22  question to the extent it calls for speculation.
23          If you know, you can answer.
24      A.  They become a member of SoulCash.com's
09:42:24  25  webmaster-affiliate program, and the materials are, if

---

United States' MSJ Exhibit 8
CV05-1285L
Mackey Deposition Excerpts

7 (Pages 22 to 25)

f232d56c-381b-4127-98c4-0756400efddb

Josh Mackey                                                    June 29, 2006

---

Page 26

1  we so choose, posted on the website for them to
2  down-load or link to.
3       Q.  And so on the website, how are the
4  CAN-SPAM-compliant advertisements and the other
09:42:50 5  advertisements differentiated?
6           MR. FREEMAN:  Object to the form of the
7  question.  By the term the website, are you referring
8  to an affiliate's website or the SoulCash.com website?
9       Q.  On the SoulCash.com website, how are the two
09:43:04 10  different versions of advertisements differentiated?
11      A.  The CAN-SPAM, the actual advertisements, it
12  depends on the advertisement in question, or, I guess,
13  on an advertisement-to-advertisement basis, because
14  not all advertisements were put on SoulCash.com.  Many
09:43:30 15  of them were kept off and were sent to webmasters on a
16  one-by-one basis.
17      Q.  Okay.  And the advertisements on the
18  SoulCash.com website, how are the two different
19  versions differentiated?
09:43:46 20          MR. FREEMAN:  Object to the extent it
21  calls for speculation, and object to the extent it
22  mischaracterizes his prior testimony.
23          MR. APGOOD:  I will join and object to the
24  form of the question, as well.
09:43:55 25      A.  If one of the advertisements differed from

Page 27

1  the other, there was a notice saying that this is
2  CAN-SPAM approved.
3       Q.  And were there some advertisements that did
4  not have two versions?
09:44:15 5      A.  Yes.
6       Q.  And you said that some advertisements were
7  sent directly to affiliates.  Is that correct?
8      A.  Yes.
9       Q.  And were two different versions of
09:44:28 10  advertisements sent to affiliates?
11      A.  No.
12          MR. FREEMAN:  Object to the form of the
13  question.
14          MR. APGOOD:  Join.
09:44:34 15      Q.  When advertisements were sent to affiliates,
16  how did IMG know whether to send the CAN-SPAM-
17  compliant version or the other version?
18          MR. FREEMAN:  Object to the form of the
19  question.
09:44:47 20      A.  We would only send the CAN-SPAM-compliant
21  version to a webmaster.
22          MR. APGOOD:  I will join and object to the
23  form of the question to the extent it calls for
24  speculation.
09:44:59 25      Q.  Did IMG ever send nonCAN-SPAM compliant

Page 28

1  versions after January 1st 2004 to webmasters?
2           MR. APGOOD:  Calls for speculation.
3           MR. FREEMAN:  Join.
4      A.  Not that I can recall.
09:45:12 5       Q.  Have you been an affiliate of IMG at any
6  point?
7      A.  Not of IMG, no.
8       Q.  Have you been an affiliate of any other adult
9  entertainment company at any point?
09:45:44 10      A.  No.
11      Q.  Are you aware of any IMG employee who has
12  been an affiliate of IMG at any point?
13      A.  No.
14      Q.  What does the term spam mean to you?
09:45:56 15      A.  Unsolicited email.
16      Q.  And the term spammer?
17      A.  Someone that sends unsolicited email.
18      Q.  And what do you base this definition on?
19      A.  Past knowledge of being an Internet surfer.
09:46:17 20      Q.  If someone sends bulk commercial email that
21  was opted into, is that spam to you?
22      A.  No.
23           MR. APGOOD:  Objection.
24           MR. FREEMAN:  Object to the form of the
09:46:35 25  question to the extent it calls for speculation.

Page 29

1           MR. APGOOD:  Join.
2       Q.  What is IMG's policy regarding spam?
3      A.  We do not tolerate it.  We have a term of
4  service on our website for webmasters' affiliates to
09:46:48 5  read before they join.  It's section 2, paragraph 3.
6       Q.  Is IMG's policy regarding spam written
7  anywhere else, to your knowledge?
8      A.  Just in our terms of service, which is
9  usually linkable through all websites.
09:47:08 10      Q.  Has IMG's policy regarding spam as written in
11  the terms of service for affiliates changed since
12  January 1st, 2004?
13          MR. FREEMAN:  Object to the extent it
14  calls for speculation.
09:47:23 15          MR. APGOOD:  Join.
16      A.  No.  We've never tolerated spam.
17      Q.  And when you say never, has the provision
18  against spam been in terms of service for affiliates
19  since IMG began?
09:47:40 20      A.  Yes.
21          MR. APGOOD:  Objection, calls for
22  speculation.
23          MR. FREEMAN:  Join.
24      Q.  To your knowledge, did IMG do anything to
09:47:50 25  notify its affiliates of the CAN-SPAM Act?

---

United States' MSJ Exhibit 8
CV05-1285L
Mackey Deposition Excerpts

SEATTLE DEPOSITION REPORTERS
www.seadep.com          (206)622-6661 * (800)657-1110  FAX: (206)622-6236

f232d56c-381b-4127-98c4-0756400efddb

Josh Mackey                                                    June 29, 2006

Page 30

1      A.  Yes.
2      Q.  What did IMG do?
3      A.  We sent out a newsletter via email to our
4  webmasters.
09:48:07  5      Q.  What did that newsletter say?
6          MR. FREEMAN:  Object to the form of the
7  question to the extent it calls for speculation.
8      A.  I can not recall.
9          MR. APGOOD:  Join.
09:48:14 10      Q.  And do you know when this newsletter went
11  out?
12      A.  I'd have to estimate around the same time
13  that the CAN-SPAM Act was approved.
14      Q.  It's your understanding that a newsletter
09:48:34 15  went out to IMG's affiliates via email notifying them
16  of the CAN-SPAM Act?
17      A.  Yes.
18      Q.  Do you know anything else about this
19  newsletter?
09:48:45 20      A.  No.
21      Q.  Are affiliates the same thing as webmasters?
22      A.  Yes.
23      Q.  Does IMG pay affiliates to bring potential
24  new members to IMG's website?
09:49:25 25      A.  Yes.

Page 31

1      Q.  Do you have any contact with IMG's
2  affiliates?
3      A.  No.
4      Q.  Have you ever had any contact with IMG's
09:49:36  5  affiliates?
6      A.  On a one-to-one basis.  For example, if a
7  webmaster needed a custom-sized banner for their
8  website, I would be in direct contact with them.
9      Q.  So, you have done custom work for IMG's
09:50:00 10  affiliates?
11      A.  Yes.
12      Q.  What other kind of custom work have you done?
13      A.  Nothing.
14      Q.  In the instances when you made a custom-sized
09:50:17 15  banner for an affiliate, how did they contact you?
16      A.  Usually via email or ICQ, which is an instant
17  messaging program.
18      Q.  Is custom work something that IMG does for
19  all of its affiliates?
09:50:34 20      A.  No.
21      Q.  How do you know which affiliates to do custom
22  work for?
23      A.  They have a certain tier level.
24      Q.  Can you explain this tier-level system?
09:50:53 25      A.  Tier level is basically we'll lump webmasters

Page 32

1  into separate categories depending on how many joins
2  they send to our websites.  The more joins, the better
3  their tier level they are.
4      Q.  What are the range of tier levels?
09:51:12  5      A.  One to three, if I can recall.
6      Q.  So, tier 1, what would an affiliate have to
7  be to be in tier 1?
8          MR. FREEMAN:  Object to form and object to
9  the extent it calls for a legal conclusion.
09:51:26 10          If you know, you can answer.
11          MR. APGOOD:  Join.
12      A.  That's the bottom line.  They wouldn't have
13  to do anything if they didn't want to.
14      Q.  Okay.  And how many joins would an affiliate
09:51:39 15  have to bring to IMG to be a tier 3?
16      A.  All tiers are pretty much on a custom basis.
17  If we feel that an affiliate is representing our
18  affiliate program, we will move him up on a one-by-one
19  basis, so there wasn't an automatic program that
09:51:58 20  automatically bumps him up.
21      Q.  What other benefits does an affiliate get
22  from being a tier 3?
23      A.  Either a better payout ratio or a higher --
24  we have two different kinds.  We have red share, which
09:52:21 25  is a percentage of the sale, or a pay per join, they

Page 33

1  would get a higher pay-per-join fee.
2      Q.  Have you ever done custom work for an
3  affiliate to use in an email?
4      A.  No.
09:52:41  5      Q.  To your knowledge, does IMG allow email
6  campaigns by affiliates that are opted into?
7          MR. FREEMAN:  Object to the extent the
8  question is asked and answered.
9          MR. APGOOD:  Join.
09:52:55 10      A.  If it's opted in, yes.
11      Q.  Yes, IMG does allow the campaign?
12      A.  As far as I know, opted in emails, yes.
13      Q.  Who at IMG runs the SoulCash.com affiliate
14  program?
09:53:18 15      A.  Seth Schermerhorn.
16          MR. FREEMAN:  Object to the form of the
17  question.
18          MR. APGOOD:  Join.
19      Q.  Who at IMG has direct contact with IMG's
09:53:29 20  affiliates?
21          MR. FREEMAN:  Object to the extent it
22  calls for speculation.
23          MR. APGOOD:  Join.
24      A.  Seth Schermerhorn.
09:53:33 25      Q.  Anyone else?

United States' MSJ Exhibit 8
CV05-1285L
Mackey Deposition Excerpts

9  (Pages 30 to 33)

f232d56c-381b-4127-98c4-0756400efddb

Josh Mackey                                          June 29, 2006

---

Page 34

1          MR. FREEMAN:  Same objection.
2          MR. APGOOD:  Join.
3      A.  Adam Welch used to have direct contact.  He's
4  no longer a member of the company now.
09:53:46  5      Q.  How does someone become an affiliate of IMG?
6      A.  By going to SoulCash.com and signing up.
7      Q.  And are you familiar with the sign-up
8  process?
9      A.  Yes.
09:54:04  10      Q.  What information does a potential affiliate
11  have to provide to IMG as a part of the sign-up
12  process?
13      A.  Full name, address, tax payer ID, or their
14  social, and they must agree to our terms of service,
09:54:20  15  and telephone contact information and email.
16      Q.  And is an affiliate automatically approved if
17  they submit this information?
18      A.  Yes.
19      Q.  Does IMG do anything to verify the physical
09:54:41  20  address provided by a potential affiliate?
21          MR. FREEMAN:  Object to form, object to
22  the extent it calls for speculation.
23      A.  No.
24          MR. APGOOD:  Join.
09:54:51  25      Q.  Did you work on the affiliate sign-up page?

---

Page 35

1      A.  No.
2      Q.  Do you know who did?
3      A.  Seth Schermerhorn.
4      Q.  If an affiliate is terminated and then goes
09:55:14  5  through the sign-up process again and submits new
6  information, is there any way for IMG to determine
7  that they have been previously terminated?
8          MR. FREEMAN:  Object to the extent it
9  relies on evidence not yet established, and object to
09:55:30  10  the form of the question.
11          MR. APGOOD:  I join, and object to the
12  extent it calls for speculation.
13      A.  I do not know.
14      Q.  What does an affiliate do to make money after
09:55:45  15  they have submitted this application and are approved?
16          MR. APGOOD:  Objection, calls for
17  speculation.
18          MR. FREEMAN:  And to the extent the
19  question has been asked and answered.
09:55:52  20      A.  They'll use the content inside SoulCash.com
21  to display on their own websites or advertisements.
22      Q.  And why would an affiliate do that?  What's
23  the purpose?
24          MR. FREEMAN:  Object to the extent it
09:56:12  25  calls for speculation.

---

Page 36

1          MR. APGOOD:  Join.
2      A.  Because they are selling -- they're using our
3  content to sell joins to our websites.
4      Q.  And does IMG provide services to affiliates
09:56:33  5  to help them bring joins to IMG's website?
6          MR. FREEMAN:  Object to the extent it
7  calls for speculation.
8      A.  Can you explain services?
9          MR. APGOOD:  Join.
09:56:41  10      Q.  Yes.  What does IMG do to help its affiliates
11  promote IMG's website?
12      A.  Basically everything that's in our content
13  page.  Like I have mentioned before, advertisements,
14  banners.  If they need help on where to put them, we
09:57:00  15  can suggest where to put them, but it's only a
16  suggestion.
17      Q.  If an affiliate has a question, can they
18  contact IMG's employees?
19      A.  Yes.
09:57:16  20      Q.  And how would an affiliate do that?
21      A.  Either website telephone number or email or
22  instant message.
23      Q.  And who at IMG would a webmaster contact with
24  questions?
09:57:31  25      A.  If it's technical support, it would be

---

Page 37

1  submitted into our technical support website, and
2  someone from our support staff, which is Seth
3  Schermerhorn, would answer it, or if it's email, it
4  would go to whoever would email, which is usually Seth
09:57:52  5  Schermerhorn, or Adam Welch at the time, and if it's a
6  telephone, it would go into our automatic telephone
7  system, and they would select the person from the
8  menu.
9      Q.  So, you testified previously that CyberHeat
09:58:20  10  provides banner ads, advertisements, fliers to
11  affiliates.  Any other kind of promotional material?
12          MR. FREEMAN:  Objection, CyberHeat?
13      Q.  Sorry.  IMG.
14      A.  Can you rephrase the question now?
09:58:35  15      Q.  Yes.  You testified that IMG provides banner
16  ads, advertisements, banner ads and advertisements to
17  affiliates to promote IMG's websites.  Are there any
18  other promotional materials that IMG provides to
19  affiliates?
09:58:52  20          MR. FREEMAN:  Objection to the extent it
21  calls for speculation.
22          Answer what you know.
23          MR. APGOOD:  Join.
24      A.  No.
09:58:59  25      Q.  And can the banner ads and advertisements

---

United States' MSJ Exhibit 8
CV05-1285L
Mackey Deposition Excerpts

10  (Pages 34 to 37)

f232d56c-381b-4127-98c4-0756400efddb

Josh Mackey                                              June 29, 2006

**Page 38**

| | |
|---|---|
| 1 | that IMG makes available to affiliates be used in |
| 2 | emails by affiliates to promote IMG's websites? |
| 3 | MR. APGOOD:  Object, calls for |
| 4 | speculation. |
| 09:59:16 5 | MR. FREEMAN:  Join that objection, and |
| 6 | object to the form of the question. |
| 7 | A.  Yes. |
| 8 | Q.  If IMG does a new promotion to attract |
| 9 | affiliates, would you be responsible for designing |
| 09:59:39 10 | that new promotion? |
| 11 | A.  Yes, if it was, if it was something that was |
| 12 | assigned to me to do. |
| 13 | Q.  How does IMG let affiliates know about new |
| 14 | promotions? |
| 09:59:52 15 | MR. APGOOD:  Objection, calls for |
| 16 | speculation. |
| 17 | MR. FREEMAN:  Join. |
| 18 | A.  It's either posted within SoulCash.com, or it |
| 19 | goes out in the webmaster-affiliate newsletter. |
| 10:00:02 20 | Q.  And how does the webmaster-affiliate |
| 21 | newsletter get to affiliates? |
| 22 | MR. APGOOD:  Objection, calls for |
| 23 | speculation. |
| 24 | A.  Email. |
| 10:00:13 25 | Q.  Are those newsletters ever sent by postal |

**Page 39**

| | |
|---|---|
| 1 | mail to the physical addresses provided by affiliates? |
| 2 | A.  No. |
| 3 | Q.  Does IMG ask affiliates what kind of means |
| 4 | they're using to promote IMG's website? |
| 10:00:38 5 | MR. FREEMAN:  Object to the form of the |
| 6 | question, object to the extent it calls for |
| 7 | speculation. |
| 8 | A.  I do not know. |
| 9 | MR. APGOOD:  Join. |
| 10:00:43 10 | Q.  Have you ever asked an affiliate what kind of |
| 11 | means they're using to promote IMG's website? |
| 12 | A.  No. |
| 13 | Q.  Does IMG ever provide lists of email |
| 14 | addresses to affiliates? |
| 10:01:03 15 | A.  No. |
| 16 | MR. APGOOD:  Objection, calls for |
| 17 | speculation. |
| 18 | MR. FREEMAN:  Join. |
| 19 | A.  No. |
| 10:01:06 20 | Q.  Does IMG provide sales statistics to |
| 21 | affiliates? |
| 22 | MR. APGOOD:  Objection, calls for |
| 23 | speculation. |
| 24 | MR. FREEMAN:  Join. |
| 10:01:18 25 | A.  Sales -- we have join statistics, which are |

**Page 40**

| | |
|---|---|
| 1 | pretty similar to sales. |
| 2 | Q.  How does a join and a sale differ? |
| 3 | A.  There's a ratio -- well, join and sale are |
| 4 | the same meaning, I guess, for these websites, but |
| 10:01:37 5 | there's a ratio per how many users visit the site, per |
| 6 | how many users join. |
| 7 | Q.  And does IMG pay an affiliate for bringing a |
| 8 | visitor to IMG's website? |
| 10:01:59 10 | A.  No. |
| 10 | MR. APGOOD:  Objection, calls for |
| 11 | speculation. |
| 12 | Q.  Does IMG pay affiliates for bringing users |
| 13 | who join IMG's website? |
| 14 | MR. APGOOD:  Objection, calls for |
| 10:02:10 15 | speculation. |
| 16 | A.  Yes. |
| 17 | MR. FREEMAN:  As well as objection, asked |
| 18 | and answered. |
| 19 | Q.  And does IMG provide statistics on how many |
| 10:02:23 20 | joins an affiliate has brought to IMG's websites to |
| 21 | that affiliate? |
| 22 | A.  Yes. |
| 23 | MR. APGOOD:  Objection, calls for |
| 24 | speculation. |
| 10:02:30 25 | Q.  How does IMG provide statistics like this to |

**Page 41**

| | |
|---|---|
| 1 | affiliates? |
| 2 | MR. APGOOD:  Objection, calls for |
| 3 | speculation. |
| 4 | A.  Through the members' area within |
| 10:02:39 5 | SoulCash.com. |
| 6 | Q.  Is there some sort of database that this |
| 7 | information is contained in? |
| 8 | A.  I would think so.  I do not know, though. |
| 9 | Q.  So, you haven't worked on a database like |
| 10:02:54 10 | that? |
| 11 | A.  No. |
| 12 | MR. FREEMAN:  Objection, form of the |
| 13 | question. |
| 14 | MR. APGOOD:  Join. |
| 10:02:58 15 | Q.  To your knowledge, what other statistics does |
| 16 | IMG provide to affiliates? |
| 17 | A.  That's all. |
| 18 | MR. FREEMAN:  Objection, speculation. |
| 19 | MR. APGOOD:  Join. |
| 10:03:06 20 | Q.  To your knowledge, does IMG track the amount |
| 21 | of usage of its sites by members? |
| 22 | MR. FREEMAN:  Object to the form of the |
| 23 | question. |
| 24 | A.  Not that I know of. |
| 10:03:29 25 | Q.  And to your knowledge, does IMG track how |

United States' MSJ Exhibit 8
CV05-1285L
Mackey Deposition Excerpts

SEATTLE DEPOSITION REPORTERS
www.seadep.com    (206) 622-6661 * (800) 657-1110    FAX: (206) 622-6236

f232d56c-381b-4127-98c4-0756400efddb

Josh Mackey                                              June 29, 2006

---

Page 42

1    members navigate through IMG's websites?
2        A.  Not that I know of.
3        Q.  To your knowledge, have any affiliates of
4    IMG's affiliate program promoted IMG's websites
10:03:57 5    through bulk email messages?
6        A.  Can you rephrase the question, please?
7        Q.  Yes.  To your knowledge, do you know of any
8    IMG affiliates to have promoted IMG websites through
9    bulk email messages?
10:04:12 10    A.  No, I do not.
11        MR. FREEMAN:  Object to form, also object
12    to foundation.
13        MR. APGOOD:  Join.
14        Q.  IMG pays affiliates for bringing new members
10:04:27 15    who join to IMG's websites.  Is that correct?
16        A.  Yes.
17        Q.  And how does IMG know which affiliate to pay
18    when a new member joins IMG's website?
19        MR. FREEMAN:  Object to the extent it
10:04:44 20    calls for speculation.
21        MR. APGOOD:  Join.
22        A.  When a surfer signs up via the website, they
23    usually sign up through a webmaster's own link, which
24    has the user ID embedded into it, so when that user
10:04:59 25    signs up on a site, that webmaster-affiliate ID is

Page 43

1    embedded into it and it is credited with that sale.
2        Q.  Does each affiliate have a unique user ID?
3        A.  Yeah.
4        Q.  What does that user ID consist of?  Is it a
10:05:18 5    series of numbers?
6        MR. FREEMAN:  Object to the extent it
7    calls for speculation.
8        A.  It's unique to whatever they want.
9        Q.  And who at IMG is responsible for tracking
10:05:36 10    this user ID information so IMG knows which affiliate
11    to pay?
12        MR. FREEMAN:  Object to the form to the
13    extent it calls for speculation.
14        MR. APGOOD:  Join.
10:05:49 15    A.  Seth Schermerhorn.
16        Q.  Does IMG track what method of advertising an
17    affiliate uses to direct a new member to IMG's
18    website?
19        A.  No.
10:06:04 20    Q.  Are you aware of any method whereby IMG could
21    track what method of advertising an affiliate used to
22    direct a new member to IMG's website?
23        MR. FREEMAN:  Object to form, calls for
24    speculation, object to foundation.
10:06:18 25    MR. APGOOD:  Join.

Page 44

1        A.  No.
2        Q.  Have you been a part of any discussions at
3    IMG about tracking how affiliates direct new members
4    to IMG's website?
10:06:29 5    A.  No.
6        Q.  Who sets the rates at which IMG's affiliates
7    are paid?
8        A.  Seth Schermerhorn.
9        Q.  Do you know how many affiliates IMG has?
10:06:43 10    A.  No.
11        Q.  Could you give an estimate of how many
12    affiliates IMG has?
13        A.  No.
14        Q.  Does IMG promote its own websites outside the
10:07:21 15    SoulCash-affiliate program?
16        A.  No.
17        Q.  Has IMG ever promoted its own websites by
18    mass email?
19        MR. FREEMAN:  Object to the form of the
10:07:35 20    question.
21        A.  No.
22        Q.  Does IMG advertise to attract new affiliates?
23        A.  Yes.
24        Q.  Where?
10:07:51 25    A.  Various website forums and through the

Page 45

1    webmaster-affiliate program.
2        Q.  Has IMG ever used mass emails to attract new
3    affiliates?
4        A.  No.
10:08:09 5    Q.  Are affiliates paid more based on the method
6    the affiliate used to attract a new member to IMG's
7    website?
8        MR. FREEMAN:  Object to the extent it
9    calls for speculation.
10:08:40 10    MR. APGOOD:  Objection, foundation.
11        A.  No.
12        Q.  How does the process work whereby a potential
13    new member comes to an IMG website and signs up to be
14    a member?
10:08:55 15    MR. FREEMAN:  Objection to the extent it
16    calls for speculation, objection, asked and answered.
17        MR. APGOOD:  Join.
18        A.  The webmaster if so chooses would join
19    through the members' join page, and --
10:09:09 20    Q.  When you say webmaster, I'm asking you about
21    a new member.
22        A.  A new member, surfer?
23        Q.  Yes.  Is that the term you use, a surfer, a
24    new member who's going to sign up not to be an
10:09:25 25    affiliate, but a new member?

---

United States' MSJ Exhibit 8
CV05-1285L
Mackey Deposition Excerpts

                                                12  (Pages 42 to 45)

SEATTLE  DEPOSITION  REPORTERS
www.seadep.com      (206) 622-6661 * (800) 657-1110   FAX: (206) 622-6236

f232d56c-381b-4127-98c4-0756400efddb

Josh Mackey                                      June 29, 2006

---

Page 46

1         MR. FREEMAN:  Same objections.
2     A.  Reask the question again, then.
3     Q.  How does the process work if a surfer comes
4  to IMG's website and wants to sign up?  What do they
10:09:37 5  have to do?
6         MR. FREEMAN:  Objection to the extent it
7  calls for speculation.
8         MR. APGOOD:  Join.
9     A.  If the surfer in question comes to the
10:09:47 10  website, they usually are given a tour, which is a
11  one-to-two-page website, which shows the content that
12  is available inside that website.  If that user so
13  chooses, they can join on the join page.
14     Q.  And so after the user does the tour and comes
10:10:18 15  to the join page, does the potential new member have
16  to answer any questions on the join page?
17         MR. FREEMAN:  Objection to the extent it
18  calls for speculation, foundation.
19         MR. APGOOD:  Join.
10:10:31 20     A.  To my knowledge, all they have to do is fill
21  out a user and password info and credit card
22  information.
23     Q.  Have you ever worked on the graphics for any
24  of the join pages?
10:10:41 25     A.  Yes.

---

Page 47

1     Q.  To your knowledge, do any of the join pages
2  have drop-down menus where the new member has to
3  answer questions?
4     A.  No.
10:10:54 5     Q.  To your knowledge, has IMG ever considered
6  asking new members as a part of this join process how
7  they got to IMG's website?
8         MR. FREEMAN:  Object to the form of the
9  question.
10:11:05 10     A.  No.
11     Q.  Have you been a part of any discussions at
12  IMG regarding asking new members how they got to IMG's
13  website?
14     A.  No.
10:11:18 15     Q.  Are you aware of any technical impediments to
16  asking potential members how they got to IMG's
17  website?
18         MR. FREEMAN:  Objection, speculation, and
19  object to the form of the question.
10:11:28 20         MR. APGOOD:  Join.
21     A.  Technical impediments.  Can you explain?
22     Q.  Yes.  Do you think it would be possible based
23  on you having worked on these join pages to ask new
24  members how they got to IMG's website?
10:11:45 25         MR. FREEMAN:  Same objection.

---

Page 48

1         MR. APGOOD:  Join.
2     A.  It could be possible, but we haven't done it.
3     Q.  To your knowledge, where in this subscription
4  process does a new member have to pay?
10:12:05 5     A.  It's a recurring payment.  As soon as they
6  sign up, it will always be recurring unless they
7  cancel.
8     Q.  So, where in the subscription process does
9  the new member enter their payment information?
10:12:21 10     A.  On the join page.
11     Q.  What methods of payment does IMG accept?
12     A.  Credit card.
13     Q.  Anything else?
14     A.  It's a 1-800 number you can call and
10:12:45 15  subscribe through, as well.
16     Q.  To your knowledge, does IMG use any
17  third-party payment processors?
18     A.  Yes.
19     Q.  What third-party payment processors does IMG
10:12:59 20  use?
21     A.  Paycom.
22     Q.  Any others?
23     A.  No.
24     Q.  Are you familiar with the term cookie as it
10:13:17 25  is used in the computer industry?

---

Page 49

1     A.  Yes.
2     Q.  What is a cookie in computer speak?
3     A.  It's a saved-information file on a certain
4  website.
10:13:33 5     Q.  Does IMG use cookies?
6         MR. FREEMAN:  Objection to the extent it
7  calls for speculation.
8         MR. APGOOD:  Join.
9     A.  On a case-by-case basis for a website, a
10:13:44 10  website basis.
11     Q.  Okay.  What does IMG use cookies for?
12     A.  Webmaster logins, or user logins.
13     Q.  When you say webmaster logins?
14     A.  Webmaster-affiliate logins for SoulCash.com.
10:14:04 15     Q.  How would IMG use a cookie for webmaster
16  logins?
17         MR. FREEMAN:  Objection to the extent it
18  calls for speculation.
19         MR. APGOOD:  Join.
10:14:11 20     A.  When they try to access our webmaster-
21  affiliate program, when they click login, that
22  information is automatically displayed for them.
23  Their login info, that is.
24     Q.  Okay.  How does IMG use cookies for user
10:14:27 25  login?

---

United States' MSJ Exhibit 8
CV05-1285L
Mackey Deposition Excerpts

f232d56c-381b-4127-98c4-0756400efddb

Josh Mackey                                              June 29, 2006

Page 50

```
         1    A.  Same principle.  When a user or member of a
         2  certain site goes to that site to access the content,
         3  when they click login, their information is
         4  automatically populated, so they can join without
10:14:40 5  entering in their info.
         6    Q.  Does IMG use cookies for anything else?
         7       MR. APGOOD:  Objection, calls for
         8  speculation.
         9       MR. FREEMAN:  Join.
10:14:47 10   A.  Not that I can recall.
        11    Q.  What terms of subscription does IMG offer to
        12  new members?
        13   A.  Terms of subscription?
        14   Q.  Yes.
10:15:09 15   A.  As far as I know, there are three different
        16  kinds:  there is trial, 30 day, and full year, I
        17  believe.
        18   Q.  Are you aware of any methods IMG uses to
        19  monitor their affiliates?
10:15:49 20      MR. FREEMAN:  Objection to the extent it
        21  calls for speculation, object to the form of the
        22  question.
        23      MR. APGOOD:  Join.
        24   A.  Rephrase the question, please.
10:15:56 25   Q.  Do you know of any means whereby IMG monitors
```

Page 51

```
         1  their affiliates' activities?
         2       MR. FREEMAN:  Same objection.
         3    A.  Through the webmaster-affiliate program,
         4  through the administration.
10:16:09 5    Q.  How does IMG monitor affiliates through the
         6  webmaster-affiliate program?
         7    A.  I don't know.
         8       MR. APGOOD:  Objection, calls for
         9  speculation.
10:16:20 10      MR. FREEMAN:  Join.
        11    Q.  Do you know of any methods whereby IMG
        12  monitors affiliates for compliance with the CAN-SPAM
        13  Act?
        14      MR. FREEMAN:  Objection to the extent it
10:16:38 15  calls for speculation.
        16      MR. APGOOD:  Join.  Also object to the
        17  extent it calls for a legal conclusion.
        18      MR. FREEMAN:  Join.
        19   A.  Rephrase the question, please.
10:16:45 20   Q.  Do you know of anything that IMG does to
        21  monitor affiliates to see if they're complying with
        22  the CAN-SPAM Act?
        23   A.  No.
        24      MR. APGOOD:  Same objection.
10:16:55 25      MR. FREEMAN:  Same objection.
```

Page 52

```
         1    Q.  What was your answer?
         2    A.  No.
         3    Q.  To your knowledge, since January 1st, 2004
         4  has IMG ever required affiliates to send samples of
10:17:09 5  the email campaigns they are going to be using?
         6       MR. FREEMAN:  Object to the form of the
         7  question, assumes facts not in evidence, object to the
         8  extent it mischaracterizes his prior testimony.
         9       MR. APGOOD:  Object to the extent that it
10:17:22 10  contravenes prior testimony.
        11    Q.  You testified previously that IMG does allow
        12  affiliates to use email campaigns if they've been
        13  opted into.  Is that correct?
        14   A.  Correct.
10:17:36 15   Q.  Since January 1st, 2004, has IMG ever
        16  required affiliates to send samples of these email
        17  campaigns to make sure they're in compliance with the
        18  CAN-SPAM Act?
        19   A.  No.
10:17:52 20   Q.  To your knowledge, since May of 2004 has IMG
        21  ever provided affiliates with sample emails that are
        22  in compliance with the CAN-SPAM Act and Adult Labeling
        23  Rule?
        24   A.  No.
10:18:04 25      MR. FREEMAN:  Object to the question to
```

Page 53

```
         1  the extent it calls for speculation.
         2    Q.  Did IMG have affiliates prior to January 1st,
         3  2004?
         4    A.  Yes.
10:18:18 5    Q.  Did existing affiliates have to sign an
         6  agreement stating that they had read the CAN-SPAM law
         7  when it went into effect?
         8       MR. FREEMAN:  Object to the extent it
         9  calls for speculation.
10:18:39 10   A.  I don't know.
        11      (Discussion off record.)
        12   Q.  Has IMG ever received a complaint from an
        13  individual who was the recipient of unsolicited
        14  commercial emails?
10:39:38 15      MR. FREEMAN:  Objection to the extent it
        16  calls for speculation.
        17      MR. APGOOD:  Join.
        18   A.  Not that I'm aware of.
        19   Q.  So, you have never handled a spam complaint
10:39:48 20  personally?
        21   A.  No.
        22   Q.  Are you aware if IMG has a formal policy
        23  about how to handle spam complaints?
        24   A.  No.
10:40:02 25   Q.  To your knowledge, has IMG ever terminated an
```

United States' MSJ Exhibit 8
CV05-1285L
Mackey Deposition Excerpts

14  (Pages 50 to 53)

f232d56c-381b-4127-98c4-0756400efddb

Page 62

```
 1  that affiliates only used CAN-SPAM-compliant versions
 2  of images in their email campaigns?
 3      A.  Yes.
 4          MR. APGOOD:  Same objection.
10:49:56 5      MR. FREEMAN:  Join.
 6      A.  Yes, there are terms of service.
 7      Q.  How by the terms of service did IMG ensure
 8  compliance?
 9          MR. APGOOD:  Objection, calls for
10:50:12 10  speculation.
11          MR. FREEMAN:  Join.
12      A.  In our terms of service section 2, paragraph
13  3 states that we do not tolerate spam.
14      Q.  Any other ways?
10:50:24 15      MR. APGOOD:  Object to the form of the
16  question.
17          MR. FREEMAN:  Join.
18      A.  I don't know.
19      Q.  Are you familiar with the term hyperlink?
10:50:34 20      A.  Yes.
21      Q.  What is a hyperlink?
22      A.  A link a surfer can click that will redirect
23  them to another page.
24      Q.  Have you ever embedded hyperlinks into
10:50:47 25  graphics you design for IMG?
```

Page 63

```
 1      A.  Yes.
 2      Q.  Can you explain?
 3      A.  How it's done?
 4      Q.  Or why -- can you explain why you embedded
10:51:02 5  hyperlinks into graphics you designed for IMG?
 6          MR. FREEMAN:  Objection to the extent it
 7  calls for speculation.
 8          MR. APGOOD:  Join.
 9      A.  Usually a graphic will have a click here or
10:51:11 10  motion-to-action button that will signify the user to
11  click here to redirect them to another site.
12      Q.  And so the advertisements you create for
13  affiliates to use, they generally have hyperlinks
14  embedded in the graphics to direct potential users to
10:51:32 15  IMG's website?
16          MR. FREEMAN:  Objection to the extent it
17  calls for speculation.
18          MR. APGOOD:  Object to the form of the
19  question to the extent it misstates the technology
10:51:41 20  involved.
21      A.  Yes, in most cases.
22      Q.  I'm handing you what's been previously marked
23  Government's Exhibit-21.
24          Is XXXSALSA.com a website owned by IMG?
10:52:16 25      MR. APGOOD:  Objection, calls for
```

Page 64

```
 1  speculation.
 2          MR. FREEMAN:  Join.
 3      A.  Yes.
 4      Q.  Do you recognize the picture in this exhibit?
10:52:28 5      A.  No.
 6      Q.  Do you recognize anything in this exhibit?
 7      A.  I recognize it as a banner we once used to
 8  use.
 9          MR. APGOOD:  Would you mind reading the
10:52:53 10  last response.
11          (Reporter read back as requested
12           the last answer.)
13          MR. APGOOD:  Thank you.
14      Q.  What term would you use to describe the box
10:52:58 15  under the subject line above "click here to be
16  removed"?  Is that an image or a picture, so we are on
17  the same page?
18      A.  This right here, "click here to be removed"?
19      Q.  The box above.
10:53:13 20      A.  That's a banner.
21      Q.  Do you recognize the model in this exhibit?
22      A.  No.
23      Q.  Is this banner the property of IMG?
24          MR. FREEMAN:  Objection to the extent it
10:53:31 25  calls for speculation, and object to the extent it
```

Page 65

```
 1  calls for a legal conclusion.
 2          MR. APGOOD:  Join.
 3      A.  Yes.
 4      Q.  Did you design this banner?
10:53:41 5      A.  No.
 6      Q.  Are you aware if someone else from IMG
 7  designed this banner?
 8      A.  I do not know.
 9      Q.  Are you aware if there's a hyperlink in this
10:53:58 10  banner?
11      A.  No.
12      Q.  Would it be typical that the hyperlink would
13  be embedded into this banner?
14          MR. FREEMAN:  Object to the form of the
10:54:06 15  question, and to the extent it calls for speculation.
16          MR. APGOOD:  Join.
17      A.  I do not.
18      Q.  Looking at the body of this email, do you see
19  a means whereby a recipient can decline to opt out
10:54:27 20  from receiving further email messages from this
21  sender?
22      A.  Yes.
23      Q.  Where is that?
24      A.  Below the banner it says, "click here to be
10:54:36 25  removed."
```

United States' MSJ Exhibit 8
CV05-1285L
Mackey Deposition Excerpts

17 (Pages 62 to 65)

SEATTLE DEPOSITION REPORTERS
www.seadep.com        (206)622-6661 * (800)657-1110   FAX: (206)622-6236

f232d56c-381b-4127-98c4-0756400efddb