Seth Shiloh Schermerhorn                                  August 10, 2006

Page 6

```
 1     A.  No.
 2     Q.  Please state your current residential
 3  address.
 4     A.  2731 Southeast Fourth Street, Renton,
 5  Washington, 98056.
 6     Q.  Do you have a criminal record?
 7     A.  No.
 8     Q.  Have you ever served in the military?
 9     A.  Yes.
10     Q.  When did you serve?
11     A.  February 20th, 1989, to January 13th, 2003.
12     Q.  What were the circumstances of your
13  discharge?
14     A.  Honorable.
15     Q.  Did you review any documents in preparation
16  for today's deposition?
17     A.  Yes.
18     Q.  What documents did you review?
19     A.  The terms of service for the SoulCash
20  affiliate program.
21     Q.  Anything else?
22     A.  No.
23     Q.  Did you bring any documents with you today?
24     A.  No.
25     Q.  Did you talk to anyone other than your
```

Page 7

```
 1  lawyer, Mr. Apgood, in preparation for today's
 2  deposition?
 3     A.  No.
 4     Q.  I'm going to define a few terms for you that
 5  I might use today.  If I use the term "sexually
 6  oriented material" today, I will mean any material
 7  that depicts sexually explicit conduct unless the
 8  depiction constitutes a small and insignificant part
 9  of the whole, the remainder of which is not primarily
10  devoted to sexual matters.  Do you understand this
11  definition?
12     A.  Yes.
13     Q.  If I use the term "sexually explicit
14  conduct" today, I will mean actual or simulated sexual
15  intercourse, including genital-genital, oral-genital,
16  anal-genital, or oral-anal, whether between persons of
17  the same or opposite sex, bestiality, masturbation,
18  sadistic or masochistic abuse, or lascivious
19  exhibition of the genitals or pubic area of any
20  person.  Do you understand this definition?
21     A.  Yes.
22        MR. APGOOD:  I will object to the entry of
23  the definitions on the record to the extent that they
24  are not used in questioning or in testimony today.  If
25  they are used in questioning or testimony today, the
```

Page 8

```
 1  objection's withdrawn.
 2     Q.  I'm going to use the abbreviation IMG for
 3  Impulse Media Group.  Do you understand?
 4     A.  Yes.
 5     Q.  Mr. Schermerhorn, can you please describe
 6  IMG's business.
 7     A.  Our primary business is we run an affiliate
 8  program that -- well, actually, we own, we operate
 9  membership-based websites which we promote through an
10  affiliate program.  And we also do mainstream
11  projects, video projects, web projects.  And that's
12  it.
13     Q.  And you own and operate membership-based
14  websites.  What kind of websites?
15     A.  Adult websites.
16     Q.  And are these, when you say "memberships,"
17  subscription websites?
18     A.  Subscription-based websites, yes.
19     Q.  And does IMG's affiliate program have a
20  name?
21     A.  Yes.
22     Q.  And what is the name?
23     A.  SoulCash.
24     Q.  And how does IMG's affiliate program
25  SoulCash work?
```

Page 9

```
 1     A.  Affiliates refer Internet traffic to our
 2  websites and if someone they refer signs up for
 3  access, the affiliate is paid a commission.
 4     Q.  If an affiliate refers someone who
 5  subscribes to one of IMG's websites, how does IMG know
 6  to pay that affiliate for the subscription?
 7     A.  They refer them through a unique URL, which
 8  tracks the sign-up as coming from them.
 9     Q.  Mr. Schermerhorn, do you own IMG?
10     A.  Yes.
11     Q.  Are you the 100 percent owner of IMG?
12     A.  Yes.
13     Q.  Do you have a title within the company?
14     A.  I don't use it, but president.
15     Q.  Who is in charge of compliance issues -- and
16  by "compliance," I mean compliance with applicable
17  laws -- at IMG?
18        MR. APGOOD:  Objection to the form of the
19  question.
20     A.  Please repeat the question.
21     Q.  Yes.  Is there someone at IMG who is in
22  charge of compliance issues -- and by "compliance," I
23  mean complying with applicable laws -- at IMG?
24        MR. APGOOD:  Same objection.
25     A.  I am.
```

United States' MSJ Exhibit 9
CV05-1285L
Schermerhorn Deposition Excerpts

3 (Pages 6 to 9)

SEATTLE DEPOSITION REPORTERS
www.seadep.com      (206)622-6661 * (800)657-1110    FAX: (206)622-6236

Page 10

1  Q. Who is responsible for creating IMG's
2  websites?
3  A. I am.
4  Q. Who decides whether a new website should be
5  added?
6  A. I do.
7  Q. And who decides whether an existing website
8  should be taken down?
9  A. I do.
10  Q. And is IMG involved in business areas other
11  than adult entertainment?
12      MR. APGOOD: Object, asked and answered.
13  A. Yes.
14  Q. What other business areas?
15  A. Web design, video production. That's it.
16  Q. Do affiliates of the SoulCash affiliate
17  program promote any websites that are not adult
18  entertainment websites?
19  A. No.
20      MR. APGOOD: Object to the extent it calls
21  for speculation.
22  Q. How long have you owned IMG?
23  A. Approximately 2001.
24  Q. Did you buy IMG from someone?
25  A. No.

Page 11

1  Q. Did you start IMG yourself?
2  A. Yes.
3  Q. How many employees does IMG currently have?
4  A. One.
5  Q. Who is that?
6  A. Josh Mackey.
7  Q. Since January 1st, 2004, has IMG had any
8  other employees besides yourself and Josh Mackey?
9  A. Yes.
10  Q. Who were they?
11  A. Pardeep Deol.
12  Q. Anyone else?
13  A. I believe Adam Welch was still around.
14  Q. Anyone else?
15  A. No, that was it.
16  Q. What is Josh Mackey's position?
17  A. Graphic designer.
18      MR. APGOOD: I'm sorry, would you read the
19  question back, please.
20      (Reporter read back as requested.)
21  Q. Of IMG's employees that have been employed
22  by IMG since January 1st, 2004, who has had direct
23  contact with affiliates?
24  A. Josh Mackey, Adam Welch.
25  Q. Mr. Schermerhorn, are you familiar with the

Page 12

1  CAN-SPAM Act?
2  A. Yes.
3  Q. How did you become aware of the CAN-SPAM
4  Act?
5  A. From like industry forums, industry
6  publications, the FTC's website for the actual legal
7  definition.
8  Q. Did IMG's employees receive any training on
9  the CAN-SPAM Act?
10  A. No.
11  Q. To your knowledge have any of IMG's
12  employees been affiliates of IMG at any point since
13  January 1st, 2004?
14  A. No.
15  Q. What is IMG's policy regarding spam?
16  A. No emailing is allowed.
17  Q. Has this been IMG's policy since January
18  1st, 2004?
19  A. It's always been our policy.
20  Q. And when you say that IMG's policy is no
21  emailing is allowed, does that mean no emailing even
22  if it's been opted into?
23  A. Yes.
24  Q. And is IMG's policy regarding email written
25  anywhere?

Page 13

1  A. Yes.
2  Q. Where is it written?
3  A. I believe it's paragraph 2.3 of our terms of
4  service.
5  Q. Is it written anywhere else?
6  A. No.
7  Q. Who sets the rate structure at which IMG's
8  affiliates are paid?
9  A. I do.
10  Q. How are the payments currently structured?
11      MR. APGOOD: Object to the form of the
12  question.
13  A. Right now I'd say they either have a choice
14  of 50/50 rev share for the life of the membership that
15  they refer or one of either $25 per sign-up they refer
16  or $30 per sign-up they refer.
17  Q. You said $25 or --
18  A. $30 per sign-up they refer.
19  Q. And the payment plans per sign-up, does an
20  affiliate go up to the $30 level if they've brought in
21  more memberships?
22  A. I think if they send ten -- refer ten
23  memberships within a pay period, they get a $5
24  increase.
25  Q. So, they would go from $25 to $30?

United States' MSJ Exhibit 9                    4 (Pages 10 to 13)
CV05-1285L
Schermerhorn Deposition Excerpts  SEATTLE DEPOSITION REPORTERS
www.seadep.com         (206)622-6661 * (800)657-1110   FAX: (206)622-6236

e5e0ea49-bbe4-4d20-be98-a0da77d95433

Page 14

1   A. Yes, and from $30 to $35.
2   Q. So, is it correct to say that the affiliates
3 are paid more the more subscriptions they bring to
4 IMG's websites?
5   A. Yes, it's a volume.
6   Q. Can you explain the 50/50 rev-share program.
7   A. If an affiliate refers somebody that pays
8 $5 for a subscription, they receive 50 percent of
9 that, and then if that person decides to remain a
10 member, and say they pay $25 a month, they receive
11 $12.50, 50 percent of that. It's basically how it
12 would work.
13   Q. Okay. How does someone become an affiliate
14 of IMG?
15   A. They either click through a link and they
16 come to our tour. If they decide they want to promote
17 our websites, they go to a sign-up form, where they
18 enter their info, and then they have to check a box
19 and agree to our terms of service, and then hit
20 "submit," and then they have to verify their email
21 address by clicking a link that's emailed to them, and
22 then their account is activated.
23   Q. What information does an affiliate have to
24 provide to IMG as a part of this sign-up process?
25   A. First name, last name, company name, mailing

Page 15

1 address, instant messenger IDs, Social Security number
2 or tax identification number, and check a box agreeing
3 to our terms of service.
4   Q. Anything else?
5   A. Not off the top of my head. That's about
6 it.
7   Q. Is an affiliate automatically approved if
8 they submit this information?
9   A. Yes.
10   Q. Does IMG do anything to verify the mailing
11 address submitted by affiliates?
12   A. No. I'm sorry. To verify that they're
13 actually living there?
14   Q. Yes, just to verify that it's an accurate
15 physical address.
16   A. No, that's where their payments are sent
17 to. They're usually accurate.
18   Q. Are affiliates interviewed as a part of the
19 sign-up process?
20   A. No.
21   Q. Are affiliates asked for references as part
22 of the sign-up process?
23   A. No.
24       MR. APGOOD: I want to object to that entire
25 line of questioning to the extent that there's no

Page 16

1 foundation laid that any such activities by IMG or
2 affiliates is required by law or regulation or
3 otherwise.
4   Q. Does IMG provide support to affiliates after
5 they become members to help them promote IMG's
6 websites?
7   A. Yes.
8   Q. And what kind of support does IMG provide?
9   A. We support them with marketing materials,
10 like banners and free hosted video galleries that they
11 can place on their HTML pages and promote our various
12 websites.
13   Q. Any other marketing materials that IMG
14 provides?
15   A. That's pretty much it. There's like
16 pictures of the day, movies of the day, hosted
17 galleries, banner advertisements.
18   Q. Does IMG provide any other support to
19 affiliates to help them promote IMG's websites?
20   A. No, that's about it.
21   Q. What is the webmaster support ticket program
22 that IMG has?
23   A. That's just a support ticket system, if
24 people have questions or problems with various things
25 or, you know, clarification, a lot of times.

Page 17

1   Q. Is that system for affiliates or
2 subscribers?
3   A. Affiliates.
4   Q. How does it work?
5       MR. APGOOD: Object to the form of the
6 question.
7   Q. How does the support ticket program work?
8   A. The affiliate will log in and then they'll
9 have access to an automated form where they can make
10 their inquiry and submit it to us, and then we can log
11 in and see the open tickets and respond.
12   Q. Who at IMG responds to these requests?
13   A. I do.
14   Q. Since January 1st, 2004, has anyone, any
15 other IMG employee, responded to requests?
16   A. Adam Welch might have.
17   Q. You testified about a number of marketing
18 materials that IMG provides to affiliates, banners,
19 free hosted video galleries, pictures of the day, and
20 movies of the day. Why does IMG provide these tools
21 to affiliates?
22   A. To give the affiliate a means to drive new
23 -- I don't know -- prospective website members to our
24 sites.
25   Q. And these marketing materials, banners,

United States' MSJ Exhibit 9
CV05-1285L
Schermerhorn Deposition Excerpts

5 (Pages 14 to 17)

SEATTLE DEPOSITION REPORTERS
www.seadep.com       (206)622-6661 * (800)657-1110    FAX: (206)622-6236

e5e0ea49-bbe4-4d20-be98-a0da77d95433

Page 18

1  free hosted video galleries, pictures of the day,
2  movies of the day, is it feasible for affiliates to
3  use these materials in emails to promote IMG's
4  websites?
5        MR. APGOOD: Objection to the extent that
6  it calls for speculation. Object to the extent that
7  it calls for a legal conclusion.
8        A.  Feasible?  We provide it to them in a
9  certain format.  You know, if they take our graphics,
10 it's impossible for us to control how they use them.
11       Q.  So, it's possible that they could be used
12 in emails?
13       A.  Yes.
14       MR. APGOOD: Objection, mischaracterizes his
15 testimony.
16       Q.  Does IMG ask affiliates what kind of
17 marketing they're using to promote IMG's websites?
18       MR. APGOOD: Object to the extent that it
19 calls for a legal conclusion or that such a duty
20 exists.
21       A.  No.
22       Q.  Could IMG ask affiliates what kind of
23 marketing they're using to promote IMG's websites?
24       MR. APGOOD: Object to the extent that it
25 calls for a legal conclusion.

Page 19

1        A.  Yes, we could.
2        Q.  Has IMG ever provided lists of email
3  addresses to affiliates?
4        A.  No.
5        Q.  Does IMG provide sales statistics to
6  affiliates?
7        A.  Yes.
8        Q.  Can you describe that.
9        A.  It tracks raw amount of clicks sent to the
10 site, unique amount of clicks, how many people have
11 actually signed up, the revenue generated by those
12 sign-ups, depending on the program they're sending to,
13 and a ratio between clicks sent and the actual
14 sign-ups generated.
15       Q.  In what form does IMG provide this sales
16 statistics information to affiliates?
17       A.  Real-time web stats.
18       Q.  Why does IMG provide this sales statistic
19 information to affiliates?
20       A.  So that affiliates can track and see their
21 statistics.
22       Q.  Why is that?
23       MR. APGOOD: Object to the form of the
24 question.
25       A.  That's how they see if their marketing

Page 20

1  efforts are worthwhile.
2        Q.  Does IMG review affiliates' sales statistics
3  on a regular basis?
4        A.  Yes.
5        Q.  Who reviews them?
6        A.  I do, if it's done.
7        Q.  What do you review them for?  What are you
8  looking for?
9        A.  Fraud and abuse.
10       Q.  How would you detect fraud or abuse by
11 looking at sales statistics?
12       A.  Look for -- it's been a while.  Just like
13 different little suspicious indicators, like -- it's
14 been a while since I've done it.  Just like a new
15 affiliate sending a high volume of sign-ups, we can
16 cross-reference it with a couple of other things to
17 see how long -- if they're sending like a high volume
18 of sign-ups that aren't rebilling or a high volume of
19 sign-ups that are generating chargebacks would be an
20 example of fraud.
21          An example of abuse would be if someone is
22 using a method of promoting our sites that's not
23 allowed in our terms of service, and we do that just
24 because it's a convenient time.  Usually we would do
25 a little screening for fraud when we're doing

Page 21

1  payouts, and that's just a good time to also check
2  for abuse.
3        Q.  Other than what you've testified to, does
4  IMG provide any other kinds of support to affiliates?
5        A.  Any general inquiries that they have.  Are
6  you referring to the support ticket system or
7  marketing support?
8        Q.  Either.
9        A.  No.
10       Q.  Since January 1st, 2004, have any IMG
11 affiliates promoted IMG's websites through bulk
12 commercial email messages?
13       A.  No.
14       Q.  And you testified previously that IMG pays
15 affiliates for subscribers that affiliates bring to
16 IMG's websites; is that correct?
17       A.  Yes.
18       Q.  And I know you touched on this, but can you
19 explain to my understanding how IMG knows which
20 affiliate to pay?
21       A.  Yes, I can.  It's -- there's a unique ID
22 that each affiliate is assigned, and that ID is in the
23 referring URL that they place on their website, and
24 it's tracked in the surfer's environment as their
25 referred visitor browses our site and then if they

United States' MSJ Exhibit 9
CV05-1285L
Schermerhorn Deposition Excerpts

6 (Pages 18 to 21)

SEATTLE DEPOSITION REPORTERS
www.seadep.com      (206)622-6661 * (800)657-1110   FAX: (206)622-6236

e5e0ea49-bbe4-4d20-be98-a0da77d95433

Page 22

finally decide to join, it's tracked through the join process, and they are credited with the sale.
Q. So, is each affiliate assigned a unique user ID?
A. Yes.
Q. Do some affiliates have more than one user ID?
A. They do, but that's also a form of -- I don't know, not fraud or abuse, but it's not allowed in our terms of service.
Q. And what do the user IDs consist of? Is it numbers or --
A. It's a -- it's characters that they choose upon when they sign up for the SoulCash program.
Q. Does IMG track what method of advertising affiliates use to direct new members to IMG's websites?
A. No.
MR. APGOOD: Object to the extent that any -- that a duty exists to do so.
Q. Do you know a means whereby IMG could track what methods of advertising an affiliate used to direct members to IMG's websites?
MR. APGOOD: Same objection.
A. There's no way to accurately do that.

Page 23

Q. Does IMG run bonus payouts?
A. Yes. We talked about it.
Q. Is that where when an affiliate brings in more sales, their payout rate would go up?
A. Yes.
Q. Any other bonus payouts?
A. They have -- we've done different things over the years, but currently, no, we haven't been having any special promotions.
Q. Did IMG run a special promotion, a whale bonus?
A. "Whale bonus" is just an industry term for a big affiliate. There is no -- that will be the increase -- the volume-based increase is called the whale bonus, because it kind of would infer that the affiliate is a big -- you know, they can send that volume, so --
Q. What other bonuses other than what we've talked about has IMG run since January 1st, 2004?
A. We've done these Fat Fridays, like in your Exhibit-6, where we paid affiliates $50 for sign-up instead of the $25 or $30, just to kind of acquire new affiliates for the program. We've done gift card giveaways; if an affiliate sent ten sign-ups or more over a period, they got to choose a gift certificate

Page 24

from a number of stores. That's the only two I can remember.
Q. When IMG runs a bonus like that, how do they let affiliates know about the bonus?
A. Be through like our newsletter or various industry message boards.
Q. Does IMG send the newsletter to affiliates by email?
A. Yes.
Q. How many affiliates does IMG have?
A. I believe between 8,000 and 9,000.
Q. Currently how many of these 8,000 or 9,000 affiliates actually promote IMG?
MR. APGOOD: Object to the extent that it calls for speculation.
A. Probably between five and ten percent.
Q. Would it be feasible for IMG to ask these active affiliates what kind of marketing they're using to promote IMG?
MR. APGOOD: Object, calls for speculation. Object to the extent that it calls for a legal conclusion. Object to the extent that it implies that any such duty exists.
A. Feasible? Yes, probably.
Q. Does IMG separate affiliates into tiers?

Page 25

A. They can be. Not currently.
Q. When IMG did separate affiliates into tiers, what did that mean?
A. It means there's different -- depending on how much we wanted an affiliate to promote our sites, we could give them an increased payout, kind of on a case-by-case basis. I kind of lost track of it and ended up sending everybody back to tier one, so we don't do that anymore.
Q. Since January 1st, 2004, other than yourself, who else at IMG has worked on the SoulCash affiliate program?
A. Josh Mackey, Adam Welch.
Q. Does IMG promote its own websites outside of the affiliate program?
A. No.
Q. Does IMG advertise to attract new affiliates?
A. No, not currently.
Q. Since January 1st, 2004, has IMG advertised to attract new affiliates?
A. No.
Q. Does IMG provide CAN-SPAM-compliant and non-CAN-SPAM-compliant images to affiliates?
MR. APGOOD: Object to the extent that it

United States' MSJ Exhibit 9
CV05-1285L
Schermerhorn Deposition Excerpts

7 (Pages 22 to 25)

SEATTLE DEPOSITION REPORTERS
www.seadep.com        (206)622-6661 * (800)657-1110    FAX: (206)622-6236

e5e0ea49-bbe4-4d20-be98-a0da77d95433

Page 26

1  calls for a legal conclusion.
2      A.  No.
3      Q.  At any point since January 1st, 2004, has
4  IMG provided CAN-SPAM-compliant and
5  non-CAN-SPAM-compliant images to affiliates?
6      A.  No.
7          MR. APGOOD:  Same objection.
8      Q.  What information does a new subscriber have
9  to provide to IMG to become a member of IMG's
10 websites?
11     A.  First name, last name, billing address, a
12 user name and password they choose, and their credit
13 card information.
14     Q.  And what payment methods are available to a
15 new subscriber?
16     A.  Credit card, check, or telephone.
17     Q.  Are there any drop-down menus as a part of
18 the initial subscription process?
19     A.  Yes.
20     Q.  What are those?
21     A.  I believe it's a drop-down menu to select
22 the country that they're -- they live in, and I think
23 that's it.
24     Q.  Does IMG ask new members how they got to
25 IMG's websites?

Page 27

1      A.  No.
2      Q.  Has IMG considered asking new members how
3  they got to IMG's websites?
4      A.  Yes.
5          MR. APGOOD:  Object to those questions on
6  the basis that there is no duty that exists requiring
7  them to do so, but only to that extent.
8      Q.  What were the considerations?
9      A.  It was as a result of this whole thing.
10     Q.  When you say "this whole thing," is that the
11 lawsuit?
12     A.  Yes.
13     Q.  What were the considerations that went into
14 deciding not to ask new members how they got to IMG?
15     A.  I never decided not to do it.  But to really
16 make it kind of legally bulletproof, it would take
17 quite a bit of back-end programming, and we are still
18 planning to do it.  We just have to decide how to
19 technically integrate it into our system.
20     Q.  What are the technical considerations that
21 go into asking such a question?
22     A.  Like I would ask multiple reasons -- or
23 ways, methods that they got to our site by, but I
24 think to prevent something like this from happening in
25 the future, if it was that they were referred by spam,

Page 28

1  I would want to track the IP address that they came
2  from and the affiliate ID that referred them.
3      Q.  Do the initial pages of IMG's adult-oriented
4  websites have a link to a complaint form?
5      A.  No, they don't.
6          MR. APGOOD:  I'm going to object to this
7  entire line of questioning on the basis that it seeks
8  information regarding subsequent remedial measures,
9  therefore it's inadmissible.
10         MS. HASH:  It's the government's position
11 that this line of questioning might lead to admissible
12 evidence.
13     Q.  Has IMG considered putting a link to a
14 complaint form?
15         MR. APGOOD:  Same objection.
16     A.  Yes.
17     Q.  And what were those considerations?
18         MR. APGOOD:  Object to the form of the
19 question.
20     A.  Kind of along the same lines as the
21 collecting the method of referral.  It could be as
22 simple as just a complaint email address or I think to
23 do it right, you would want to track other info.
24     Q.  Does IMG have any methods in place to
25 monitor affiliates for compliance with CAN-SPAM and

Page 29

1  the adult labeling rule?
2          MR. APGOOD:  Object to the extent that it
3  calls for a legal conclusion.
4      A.  What we talked about earlier, where we do a
5  review of the affiliates when we do our webmaster
6  payouts.
7      Q.  Who does that review of affiliates that
8  monitors for compliance with CAN-SPAM?
9      A.  Oh, it's done manually by myself or whoever
10 is in charge of the payouts at the time, just by, you
11 know, looking for a new affiliate sending a large
12 amount of sign-ups.  If something looks suspicious,
13 we can reference it with our credit card processor
14 for a high number of chargebacks or refunds.  It's
15 all done manually by logging into different places,
16 just because our software doesn't support it
17 automatically.
18     Q.  And who at IMG has done these kind of
19 reviews?
20     A.  I have and Adam Welch.
21     Q.  And how often are these reviews done?
22     A.  Usually twice per month, but not always.
23     Q.  When is the last time such a review was
24 performed?
25     A.  It's probably been January or February time

United States' MSJ Exhibit 9                    8 (Pages 26 to 29)
CV05-1285L
Schermerhorn Deposition Excerpts    SEATTLE DEPOSITION REPORTERS
www.seadep.com         (206)622-6661 * (800)657-1110   FAX: (206)622-6236

e5e0ea49-bbe4-4d20-be98-a0da77d95433

Seth Shiloh Schermerhorn                                      August 10, 2006

Page 30

1  frame.
2      Q.  January or February of 2006?
3      A.  Yes.
4      Q.  Have any affiliates been terminated as a
5  result of this review, terminated for noncompliance
6  with CAN-SPAM?
7      A.  As a result of one of these?
8          MR. APGOOD:  Object to the extent that it
9  calls for a legal conclusion.  And object to the
10 extent that it is an attempt to investigate subsequent
11 remedial measures that is inadmissible.
12     A.  Not as a result of these reviews.
13     Q.  Does IMG have any methods in place to
14 prevent affiliates from sending commercial emails in
15 violation of CAN-SPAM?
16         MR. APGOOD:  Same objections.
17     A.  Our terms of service.
18     Q.  Anything else?
19     A.  No.
20     Q.  Did IMG have affiliates before January 1st,
21 2004?
22     A.  Yes.
23     Q.  When the CAN-SPAM law was passed, did IMG
24 require existing affiliates to review that law?
25     A.  No.

Page 31

1      Q.  Does IMG collect referring URL information
2  for affiliates?
3      A.  Sometimes, on the sales they do -- we do.
4      Q.  What is a referring URL?
5      A.  A referring URL is the URL that the surfer
6  was last at before they came to our website.
7      Q.  What does IMG do with the referring URL
8  information that it collects?
9      A.  Stores it in a database to show the
10 affiliate where their traffic was being referred from
11 and what traffic resulted in a sign-up.
12     Q.  How long does IMG keep referral URL
13 information?
14     A.  I believe it's maintained -- I don't know.
15 I'm not sure.
16     Q.  Does the referral URL information ever
17 indicate that a subscriber came to an IMG website by
18 way of an email sent by an affiliate?
19     A.  No.
20     Q.  Does IMG regularly review referral URL
21 information for affiliates?
22     A.  No.
23         MR. APGOOD:  Object to the extent that the
24 question calls for -- no, strike that.  Object to the
25 extent that the question implies that such a duty

Page 32

1  exists.
2          The client would like to break for a
3  moment.  Can we go off the record.
4          (Discussion off the record.)
5      Q.  Has IMG ever received complaints from
6  individuals who were the recipients of spam sent by
7  IMG affiliates?
8      A.  Yes.
9      Q.  And what were the circumstances?
10     A.  People receiving unsolicited emails that
11 once they clicked on the link in the email, they
12 would be referred through another website, usually
13 offshore somewhere, and then referred to one of our
14 websites.  So they would contact us, since our
15 contact info is readily available on all of our
16 websites, and depends on how upset they were, they
17 would either yell and scream or just kind of be
18 giving us an FYI.
19     Q.  Has IMG received complaints about
20 affiliates sending spam since January 1st, 2004?
21     A.  Actually, we haven't.  They're not
22 complaining about the affiliates.  They're just
23 complaining that they received it, mail.
24     Q.  Does IMG have a formal policy about how to
25 handle such a complaint?

Page 33

1      A.  No.
2      Q.  How are such complaints like that handled?
3      A.  I receive all that email.  The first thing I
4  do is I write back to the person that sent it and
5  request that they forward me the complete email with
6  the header info, and then I -- not that I have to, but
7  I usually apologize for them receiving it and I take
8  the email -- if -- in the few cases where they
9  actually reply with the header info, I -- I don't know
10 very much about tracking down that stuff, but I
11 forward it on to my web host, who deals with it quite
12 frequently, and he takes care of it and -- what does
13 he do with it?  He like checks SpamHouse and some of
14 the other email reporting, spam reporting resources on
15 the Internet, and I'm not sure specifically what he
16 does, but maybe blocks the IPs up at the hosting
17 level.
18     Q.  What do you mean by that?
19     A.  You can block the -- block them from being
20 able to send to our websites anymore, because that's
21 what -- we're just concerned with it not happening
22 anymore, and the best way to stop it from happening is
23 to prevent the affiliate from generating any revenue
24 from it.
25     Q.  When you've received that email header

Page 34

```
 1  information, could you tell what affiliate sent the
 2  email?
 3      A.  Not usually, because when they link inside
 4  the email, they know that they're sending fraudulent
 5  traffic that's not allowed, so they refer it through a
 6  country like -- I don't know -- China or something,
 7  and usually by the time that the surfer complains
 8  about it and forwards us the email, the domain that
 9  they were referring to has already been blocked and
10  taken down and there's just no way for us to even see
11  what their SoulCash affiliate ID was.
12      Q.  Have there been any instances where you
13  could tell what affiliate sent the email?
14      A.  Never.
15      Q.  Have any affiliates been terminated by IMG
16  as a result of a complaint?
17      A.  Not as a result of a complaint.
18      Q.  When you received these spam complaints, how
19  did you receive them?
20      A.  Via email to -- there's various emails that
21  surfers find on our websites.
22      Q.  Does IMG have a designated email address for
23  spam recipients to forward their complaints?
24      A.  No.
25          MR. APGOOD:  I object to the extent that it
```

Page 35

```
 1  implies that such a duty exists.
 2      Q.  You testified about the ISP being blocked
 3  when you received the -- sorry.  Can you restate what
 4  you said about the ISP being blocked when you received
 5  a complaint.
 6          MR. APGOOD:  Objection to the extent that it
 7  mischaracterizes testimony substantially.
 8      A.  It was at the -- it wasn't the ISP, but at
 9  the actual data center level, and I was just saying
10  I'm not sure what he does, but I know that he's also
11  concerned about any fraudulent emails, so he has his
12  fraud controls that he does.  One of them, I think I
13  said that you could like see the IP that the traffic
14  was being referred from and block it before it even
15  makes it to our servers in the data center.
16      Q.  Do you know of any specific action that was
17  taken at the data center level as a result of a spam
18  complaint you forwarded on?
19      A.  No.
20      Q.  Have you received spam complaints via other
21  means than email?
22      A.  I think once or twice people may have even
23  called our office via phone numbers that are
24  published.
25      Q.  Has IMG ever terminated an affiliate for
```

Page 36

```
 1  promoting IMG's websites through spam?
 2      A.  Yes.
 3      Q.  What were the circumstances?
 4      A.  I don't specifically remember.  But somehow
 5  we were able to actually track their affiliate ID,
 6  like maybe their referring URL wasn't taken down or I
 7  think -- I don't remember exactly, but we were able
 8  to associate their complaints.  Because usually they
 9  come through SpamCop or SpamHouse, somebody's doing
10  fraudulent marketing via email, and my host will
11  contact me and let me know and give me whatever
12  information he has.
13      Q.  Since January 1st, 2004, how many
14  affiliates has IMG terminated for promoting IMG's
15  websites through spam?
16          MR. APGOOD:  Objection, foundation.
17      A.  I'm not positive.  I think in total it's
18  like five or ten that we were actually able to track
19  down and terminate.
20      Q.  Do you recall the specifics of any of
21  those?
22      A.  I don't.
23      Q.  Was an affiliate Zillium terminated for
24  sending spam?
25      A.  Yes.
```

Page 37

```
 1      Q.  What were the circumstances surrounding
 2  that termination?
 3      A.  We saw his name pop up in this whole
 4  lawsuit, and we were actually trying to figure out
 5  and remember what the circumstances were.  I kind of
 6  like focus more on preventing it than the actual, you
 7  know, reason it happened.  Zillium.  I honestly -- I
 8  don't remember.
 9      Q.  Do you know when Zillium was terminated?
10      A.  Long enough for me not to remember.
11  Probably -- I don't remember exactly.
12      Q.  Do you know who terminated Zillium?
13      A.  I did.
14      Q.  At any point was Zillium reinstated as an
15  affiliate of IMG?
16      A.  Never.
17      Q.  If the affiliate Zillium provided new
18  information to IMG, is it possible that Zillium became
19  an affiliate of IMG later?
20          MR. APGOOD:  Objection, calls for
21  speculation.
22      A.  It's possible.
23      Q.  Was an affiliate Scorpion terminated?
24      A.  Yes.
25      Q.  Why?
```

United States' MSJ Exhibit 9
CV05-1285L
Schermerhorn Deposition Excerpts

10 (Pages 34 to 37)

SEATTLE DEPOSITION REPORTERS
www.seadep.com    (206)622-6661 * (800)657-1110    FAX: (206)622-6236

e5e0ea49-bbe4-4d20-be98-a0da77d95433

Page 42

1  Q.  And what do you base that belief on?
2  A.  Just a recollection of what happened when
3  they got terminated.
4  Q.  What do you recall?
5  A.  That they were mailers.  That's just from
6  this whole lawsuit, looking at -- glancing at the
7  accounts that were terminated in our database and
8  trying to remember the circumstances.
9  Q.  Is there anything in that database that
10 references Dacash being terminated for mailing?
11 A.  No, not -- no.  That was just my
12 recollection of what happened at the time.
13 Q.  Do you know anything surrounding the
14 termination of the affiliate Scumbag?
15 A.  Yeah, I think he was spamming -- he wasn't
16 mailing.  He was spamming like AOL groups or something
17 like that.
18 Q.  Do you know when Scumbag was terminated?
19 A.  That also would have been more than 12
20 months ago.  I don't recall exactly.
21 Q.  And has Scumbag been reinstated?
22 A.  No.
23 Q.  Do you know anything surrounding the
24 termination of the affiliate Olegwn, O-l-e-g-w-n?
25 A.  No.  He was mailing, also.  I don't

Page 43

1  remember the exact circumstances of him being
2  canceled.  He might be one of the ones that was
3  mailing, like directly to our URLs.  That's how we
4  found him.
5      MR. APGOOD:  I'm going to instruct the
6  witness to testify only as to what knowledge he has,
7  not to guess.  You can certainly estimate.  That's
8  certainly permitted.  But if you don't recall the
9  information, please don't guess at the answer.
10     THE WITNESS:  Okay.
11 Q.  Do you have any knowledge regarding the
12 termination of the affiliate Euro2004?
13 A.  No.
14 Q.  Do you know anything surrounding the
15 termination of the affiliate Spider?
16 A.  No.
17 Q.  Do you know anything surrounding the
18 termination of the affiliate Montana?
19 A.  I believe he was terminated for mail.  I
20 don't remember the exact circumstance or how he was --
21 how it was determined he was sending mail.
22 Q.  Do you know when Montana was terminated?
23 A.  That would have also been more than 12
24 months ago.
25 Q.  Do you know anything surrounding the

Page 44

1  termination of the affiliate Megaporn?
2  A.  No.
3  Q.  And do you know anything surrounding the
4  termination of the affiliate Cahek, C-a-h-e-k?
5  A.  No.
6  Q.  The terminated affiliates I've just asked
7  you about, was there a record of the reasons for the
8  termination of these affiliates made anywhere?
9  A.  No, nowhere.
10 Q.  To your knowledge was the date of
11 termination for any of these affiliates recorded
12 anywhere?
13 A.  It may be in the database, but I'm not
14 sure.
15 Q.  And to your knowledge were any of these
16 affiliates reinstated?
17 A.  No.
18 Q.  And if any of these affiliates submitted
19 completely new information as part of the affiliate
20 sign-up process, is it possible that they became an
21 affiliate of IMG after being terminated?
22     MR. APGOOD:  Objection, calls for
23 speculation.
24 A.  Yes.
25 Q.  Can you describe IMG's database of affiliate

Page 45

1  information.
2      MR. APGOOD:  Object to the form of the
3  question.
4  A.  Yes.  The affiliate database?
5  Q.  Does IMG maintain a database of affiliate
6  information?
7  A.  Yes.
8  Q.  How do you refer to this database?
9  A.  Affiliate database.
10 Q.  Okay.  Can you describe the affiliate
11 database.
12 A.  Yes.  It contains all the info that I
13 previously described as being part of the sign-up
14 process or the information that they input on the
15 sign-up page, plus it does record the date that they
16 initially signed up and also their status between
17 nonconfirmed, which means that they haven't yet
18 clicked on the email that -- their email to confirm
19 that their email is a valid email, active for someone
20 that's active in the affiliate program.  And then
21 there's a T for terminated, which is someone that's
22 been terminated for some reason.
23 Q.  Does the affiliate database contain
24 information regarding how much affiliates have been
25 paid?

United States' MSJ Exhibit 9
CV05-1285L
Schermerhorn Deposition Excerpts

12 (Pages 42 to 45)

SEATTLE DEPOSITION REPORTERS
www.seadep.com    (206)622-6661 * (800)657-1110    FAX: (206)622-6236

e5e0ea49-bbe4-4d20-be98-a0da77d95433

```
                                    Page 50
 1  exhibit -- I'm talking about specifically page 1 --
 2  excuse me, page 2 of Exhibit-1, I believe this is
 3  numbered; is that correct?
 4      MS. HASH:  Yes.  Why don't we continue the
 5  deposition and come back to this at the end, if that's
 6  acceptable.
 7      MR. APGOOD:  I'm sorry?
 8      MS. HASH:  Continue the deposition, the rest
 9  of the questions, and then we can come back to this
10  issue again, whether to reconvene tomorrow.
11      MR. APGOOD:  Okay, that's fine.
12      MS. HASH:  Is it possible that you could
13  produce a complete version of this spreadsheet today?
14      MR. APGOOD:  If I have it, yes, it is
15  possible.  I will have to go back and check to see
16  what I have in my records.  One other alternative
17  would be for you to pose your questions on this
18  exhibit on the record and we can then answer those
19  questions after we close this deposition and provide
20  written responses to those questions.
21      MS. HASH:  Okay.  Would it be acceptable
22  once the government has the opportunity to review the
23  spreadsheet to pose written questions and you provide
24  answers to those questions?
25      MR. APGOOD:  Yes, absolutely.
```

```
                                    Page 51
 1      MS. HASH:  Still it's the government's
 2  position that the deposition will remain open until
 3  that time where the government will pose written
 4  questions and the defendant will answer those
 5  questions.
 6          E X A M I N A T I O N (Resumed)
 7  BY MS. HASH:
 8      Q.  Mr. Schermerhorn, what does the term "spam"
 9  mean to you?
10      A.  Unsolicited email.
11      Q.  Handing you what's been previously marked
12  government Exhibit-4, do you recognize this document?
13      A.  Yes.
14      Q.  What is it?
15      A.  SoulCash program agreement, terms of
16  service.
17      Q.  And you testified previously that the IMG
18  ban on the use of email by affiliates is in the
19  SoulCash terms and conditions; is that this document?
20      A.  Yes.
21      Q.  Can you point to where in these terms and
22  conditions the use of email by affiliates is banned?
23      A.  Paragraph 2.3.
24      Q.  And can you read specifically where in
25  paragraph 2.3 the use of all email by affiliates is
```

```
                                    Page 52
 1  banned.
 2      A.  "You will not use any form of mass
 3  unsolicited electronic mail solicitations, news group
 4  postings, IRC posting or any other form of 'spamming'
 5  as a means of promoting Your Website or for the
 6  purpose of directing or referring users to any
 7  SoulCash websites."
 8      Q.  Does paragraph 2.3 of government Exhibit-4
 9  ban the use of solicited email by affiliates?
10      A.  No, it doesn't.
11      Q.  Does IMG have a ban on solicited email by
12  affiliates written anywhere else?
13      A.  I don't --
14      MR. APGOOD:  Object to the form of the
15  question.
16      A.  One second.
17      Q.  Take your time.
18      MR. APGOOD:  Also, object to the question to
19  the extent that it mischaracterizes prior testimony of
20  the witness.
21      A.  Paragraph 3.6 says that they're not
22  authorized to use any of our intellectual property
23  which is banners, videos, in -- or in any other way,
24  except what's expressly authorized by us.
25      Q.  Did you say paragraph 3.6?
```

```
                                    Page 53
 1      A.  3.6.  The top of each of our banner pages
 2  tells them how to use the media that's on that page.
 3      Q.  Is there anywhere written an express ban on
 4  affiliates using solicited email to promote IMG's
 5  website?
 6      MR. APGOOD:  Objection, asked and answered.
 7  He just gave testimony to the question.
 8      Q.  Is it your position that paragraph 3.6 is an
 9  express --
10      A.  It doesn't mention solicited emails
11  anywhere.
12      Q.  Handing you what's been previously marked
13  government Exhibit-6 --
14      MS. HASH:  Counsel, do you have a copy from
15  yesterday?
16      MR. APGOOD:  Exhibit-6?
17      MS. HASH:  Yes.
18      Q.  Mr. Schermerhorn, do you recognize this
19  document?
20      A.  Yes.
21      Q.  Directing your attention to the first three
22  physical pages of government Exhibit-6, what is this?
23      A.  It's a newsletter, affiliate newsletter,
24  letting them know that there's some new links to
25  hosted galleries for them to use to promote our
```

United States' MSJ Exhibit 9                    14 (Pages 50 to 53)
CV05-1285L
Schermerhorn Deposition Excerpts   SEATTLE DEPOSITION REPORTERS
www.seadep.com         (206)622-6661 * (800)657-1110   FAX: (206)622-6236

e5e0ea49-bbe4-4d20-be98-a0da77d95433

Page 54

1  websites.
2      Q.  How would an affiliate use these links?
3          MR. APGOOD:  Objection, calls for
4  speculation.
5      A.  They would take these links and put them on
6  their -- the HTML pages of their websites and send
7  them -- send their visitors to their websites, to
8  these URLs, which would display them sales material.
9      Q.  And when an affiliate uses these links, do
10 they contain the affiliate's user ID?
11         MR. APGOOD:  Objection, calls for
12 speculation.
13     A.  Yes.
14     Q.  Could an affiliate use these links in an
15 email to promote IMG's websites?
16         MR. APGOOD:  Objection, calls for
17 speculation.  Objection, calls for legal conclusion.
18     A.  Yes.
19     Q.  Handing you what's been previously marked
20 government Exhibit-15, do you recognize this document?
21     A.  Yes.
22     Q.  And what is it?
23     A.  It's a screen shot of the POTD page from
24 SoulCash.com.
25     Q.  What is the POTD page?

Page 55

1      A.  It's the links to our POTDs that affiliates
2  see.
3      Q.  And are these links for affiliates to use to
4  promote IMG's website?
5      A.  Yes.
6      Q.  If an affiliate used one of these links,
7  would it contain their ID?
8      A.  Yes.
9      Q.  Could an affiliate use one of these links in
10 an email to promote IMG's website?
11         MR. APGOOD:  Objection, calls for legal
12 conclusion.  Objection, calls for speculation.
13     A.  Yes.
14     Q.  Handing you what's been previously marked
15 government Exhibit-21, is this XXXSalsa.com website
16 owned by IMG?
17     A.  Yes.
18     Q.  Do you recognize the image in this exhibit?
19     A.  Yes.
20     Q.  Is this image the property of IMG?
21     A.  We have one, yes, just like it.
22     Q.  Looking at the body of this email,
23 government Exhibit-21, if you were the recipient of
24 this email and you wanted to opt out from receiving
25 further email messages from the sender, what would you

Page 56

1  do?
2          MR. APGOOD:  Objection, calls for
3  speculation.  Objection, I object to the use of this
4  exhibit in that it is incomplete because it does not
5  have accompanying it the source code of the email
6  message, which -- the government very well knows the
7  distinction between the source code and email message
8  and the graphic representation of the message as it
9  has previously submitted sworn testimony to that
10 effect in other cases that are CAN-SPAM-related
11 cases.  Therefore, this exhibit is completely
12 incomplete and to ask the witness to conjecture or to
13 form any opinion based upon that is improper and this
14 violates the rules of evidence.
15     Q.  Based on the exhibit that's before you, if
16 you were the recipient of this email and you wanted to
17 opt out from receiving further email messages from the
18 sender, what would you do?
19         MR. APGOOD:  Objection, calls for
20 speculation.
21     A.  To answer that, I'd have to guess that
22 that's -- I won't guess.  It says "Click here to be
23 removed" at the bottom.  I guess I would try and click
24 there, depending on what that text actually is in the
25 email.

Page 57

1      Q.  Is the text "Click here to be removed" below
2  the image in government Exhibit-21?
3      A.  Could you say that again, please.
4      Q.  Yes.  Is the text "Click here to be removed"
5  located below the image in government Exhibit-21?
6      A.  Yes.
7      Q.  In your opinion, based on the exhibit in
8  front of you, does this email comply with what you
9  understand the CAN-SPAM Act and adult labeling rule to
10 require?
11         MR. APGOOD:  Objection, calls for legal
12 conclusion.  Objection, calls for the witness to give
13 expert testimony.  This witness has not been qualified
14 as an expert.
15     Q.  Are you familiar with the CAN-SPAM Act?
16     A.  Yes.
17     Q.  Based on your understanding of the CAN-SPAM
18 Act, does this email comply with what you understand
19 the act to require?
20         MR. APGOOD:  Same objections.
21     A.  No.
22     Q.  Handing you what's been previously marked
23 government Exhibit-22, is Funtit.com a website owned
24 by IMG?
25     A.  Yes.

United States' MSJ Exhibit 9                    15 (Pages 54 to 57)
CV05-1285L
Schermerhorn Deposition Excerpts    SEATTLE DEPOSITION REPORTERS
www.seadep.com         (206)622-6661 * (800)657-1110   FAX: (206)622-6236

e5e0ea49-bbe4-4d20-be98-a0da77d95433

```
                                    Page 62                                         Page 64
 1  address."  I'd probably try and click that red text   1  regular basis to look for fraud and abuse.  Do you
 2  that's below the image that says "Click Here."        2  recall that testimony?
 3      Q.  In the text it says, "Click Here to remove    3      A.  Yes.
 4  your email address."  Is it located below the image in 4      Q.  You also gave some explanations and examples
 5  this email?                                           5  of that; is that correct?
 6      A.  Yes.                                          6      A.  Yes.
 7      Q.  In your opinion does this email comply with   7      Q.  How does review of the stats show how the
 8  what you understand the CAN-SPAM Act and adult        8  terms of service are being violated?  Let me be more
 9  labeling rule to require?                             9  specific.
10      A.  No.                                          10      A.  I got the question.
11      Q.  Handing you what's been previously marked    11      Q.  Okay.
12  government Exhibit-29, is MelodyHart.com a website   12      A.  I mean in reviewing like the referring
13  owned by IMG?                                        13  information where it's actually good referring
14      A.  Yes.                                         14  information and you could see a website, you could
15      Q.  And do you recognize the content in this     15  see, like, you know, violations of marketing -- the
16  exhibit?                                             16  usage of our marketing material.
17      A.  I recognize the image.                       17      Q.  Can you give me an example of how those
18      Q.  Is this email promoting an IMG website?      18  usage rates would indicate that the terms of service
19      A.  I can't really tell without seeing the       19  are being violated.
20  source code of the email, but most likely it is.     20      A.  It would have to be something else that
21      Q.  Looking at government Exhibit-29, if you     21  popped -- that made us -- drew attention to it, and
22  were the recipient of this email and you wanted to opt 22  then if we started researching affiliates referring
23  out from receiving further email messages from the   23  traffic and their referring web pages, we could see
24  sender, what would you do?                           24  like any misuse of -- like misleading the referred
25          MR. APGOOD:  Objection, calls for            25  traffic by making false promises, which would fall

                                    Page 63                                         Page 65
 1  speculation.                                          1  under the part of the terms of service that talks
 2      A.  There are no instructions for opting out      2  about the marketing material that they're authorized
 3  that I can see.                                       3  to use or not use.
 4      Q.  In your opinion does this email comply with   4      Q.  Are these conclusions, then, inferences you
 5  what you understand the CAN-SPAM Act and adult        5  draw based upon a number of different sources of
 6  labeling rule to require?                             6  information?
 7      A.  No.                                           7      A.  Yes.
 8      Q.  What does IMG do to recruit new affiliates?   8      Q.  Is there anything in the statistics
 9      A.  Nothing currently.                            9  reporting that shows definitively that terms of
10      Q.  Who at IMG has terminated an affiliate since 10  service are being violated?
11  January 1st, 2004?                                   11      A.  No.
12      A.  It would be me, if there were any terminated 12      Q.  Previously you gave testimony that it's
13  since then.                                          13  possible for an affiliate who had been terminated to
14      Q.  And does IMG monitor new affiliate sign-ups  14  resubscribe as a new affiliate; is that an accurate
15  to make sure a terminated affiliate does not sign up 15  assessment of your testimony?
16  to the program again?                                16      A.  Yes.
17      A.  No.                                          17      Q.  In doing so would they have to be providing
18          MR. APGOOD:  Objection to the extent that    18  totally different information than they previously
19  the question implies that such a duty exists.        19  provided to the account that was terminated?
20          MS. HASH:  I don't have any further          20      A.  Yes, to an extent.
21  questions at this time.                              21      Q.  Would you consider that a fraudulent attempt
22              E X A M I N A T I O N                    22  to become an affiliate?
23  BY MR. APGOOD:                                       23      A.  Yes.
24      Q.  Previously you provided testimony that IMG   24      Q.  Previously you gave testimony that the
25  reviews the stats on a regular basis or somewhat     25  affiliate database is searchable, but it's not
```

United States' MSJ Exhibit 9
CV05-1285L
Schermerhorn Deposition Excerpts

17 (Pages 62 to 65)

SEATTLE DEPOSITION REPORTERS
www.seadep.com        (206)622-6661 * (800)657-1110    FAX: (206)622-6236

e5e0ea49-bbe4-4d20-be98-a0da77d95433

```
                    Page 66                                          Page 68
 1  searchable by design or words to that effect; is that   1     A.  Yes.
 2  correct?                                                2     Q.  Who is the email ostensibly from?
 3     A.  Yes.                                             3     A.  "Wandie krysta, rationalizing@
 4     Q.  Is there any information screen that allows      4  heartsurgeons.com."
 5  you to input search terms that will then provide        5     Q.  Is HeartSurgeons.com a domain that's under
 6  responsive information?                                 6  the possession, control or otherwise owned by Impulse
 7     A.  Yeah, I mean, there is limited search            7  Media Group?
 8  capabilities, like I was able to search for             8     A.  No.
 9  terminated and active, but it's all via a -- I think    9     Q.  Have you ever sent emails from anyone or any
10  I can search by affiliate ID and I can -- there's a   10  email address purporting to be within the
11  pull-down menu that lets me select all the terminated 11  HeartSurgeons.com domain?
12  accounts or active accounts or nonconfirmed accounts. 12     A.  No.
13     Q.  What other search criteria is available to    13     Q.  Did anyone at Impulse Media Group with your
14  you through that interface?                           14  knowledge, consent, or assent send this particular
15     A.  Actually, I think the affiliate ID, first     15  email to anyone?
16  and last name, company name, and then their account  16     A.  No.
17  status.                                               17     Q.  If you look at the "To" line, sir, who is
18     Q.  Anything else?                                18  the "To" message?
19     A.  Not off the top of my head.                   19     A.  "Yvonne1908@hotmail.com."
20     Q.  Okay.  I'm going to redirect your attention   20     Q.  Have you ever encountered the email address
21  back to Exhibit-No.-4.  As I recall, you provided    21  Yvonne1908@hotmail.com?
22  testimony that this is the SoulCash program agreement 22     A.  No.
23  or terms of service; is that correct?                23     Q.  Do you have any knowledge one way or the
24     A.  Yes.                                          24  other as to whether or not Yvonne1908@hotmail.com
25     Q.  Aside from what's stated in this agreement    25  actually belongs to a real person who could be injured

                    Page 67                                          Page 69
 1  at this time, as a matter of practice, does Impulse    1  by the receipt of this email message?
 2  Media Group now or has it at any time in the past      2     A.  No.
 3  allowed affiliates to use email promotions to promote  3     Q.  Are you familiar with Microsoft's Hotmail
 4  IMG websites?                                          4  spam-trap accounts?
 5     A.  No.                                             5     A.  No.
 6     Q.  I'm going to direct your attention again to    6     Q.  Thank you.  Now turn your attention again,
 7  paragraph 3.6 of the agreement.  Does anything in      7  sir, to Exhibit-22.
 8  paragraph 3.6 allow affiliates to use email promotions 8     A.  I got it.
 9  to promote Impulse Media Group websites?               9     Q.  You previously testified this appears to be
10     A.  No.                                           10  an email message; is that correct?
11     Q.  Is it your understanding that paragraph 3.6  11     A.  Yes.
12  specifically precludes anything so far as promotion  12     Q.  Do you see the "From" line, sir?
13  that is not otherwise specifically allowed within this 13    A.  Yes.
14  agreement?                                           14     Q.  Who is the "From" in that line?
15     A.  Yes.                                          15     A.  "Kerianneedna elsie," email is
16     Q.  Would that include email promotions, whether 16  "Delft@jdmail.com."
17  solicited or unsolicited?                             17     Q.  Is jdmail.com a domain that's within the
18     A.  Yes.                                          18  possession, control, or otherwise owned by Impulse
19     Q.  Can you turn your attention again, sir, to   19  Media Group?
20  Exhibit-21.  I believe you testified that Exhibit-21 20    A.  No.
21  is an email message or appears to be so; is that      21     Q.  Have you ever before encountered the email
22  correct?                                              22  address Delft@jdmail.com?
23     A.  Yes.                                          23     A.  No.
24     Q.  Do you see the "From" line at the top of the 24     Q.  Do you see the "To" line, sir?
25  page of Exhibit-21?                                   25     A.  Yes.
```

Page 78

1  it be reopened for cross-examination.
2      MS. HASH:  I don't think it's new
3  information, but that's fine if you want to recross.
4      A.  Besides what's covered in our terms of
5  service, the -- ask the question one more time,
6  please.
7      Q.  What affirmative steps does IMG take to
8  prevent affiliates from using email to promote IMG's
9  websites?
10     MR. APGOOD:  Objection that the question
11 implies that there's a duty to do so.
12     A.  Our terms of service.
13     Q.  Anything else?
14     A.  No.
15     Q.  And directing your attention to government
16 Exhibit-29, is the double-line box located below the
17 image in this exhibit?
18     A.  Yes.
19     FURTHER EXAMINATION
20 BY MR. APGOOD:
21     Q.  Turning your attention back to Exhibit-29,
22 if Herbert65@hotmail.com had opted into an email list,
23 does this change your opinion as to whether or not
24 government's Exhibit-29 is compliant with CAN-SPAM and
25 adult labeling rule?

Page 79

1      A.  Yes.
2      MR. APGOOD:  Thank you.  No more questions.
3      MS. HASH:  For the record, the government's
4  position is that this deposition is not closed.  The
5  government requested a complete version of the
6  spreadsheet on terminated affiliates in Exhibit-1, and
7  has not received it.  The government still has
8  relevant questions regarding this outstanding
9  discovery and the deposition is not closed until we
10 receive that discovery and have an opportunity to
11 question the witness about it.
12     MR. APGOOD:  We'll stipulate to that to the
13 extent that it's a reasonable number of questions and
14 the government doesn't use it as an opportunity to
15 unnecessarily prolong discovery or open up new avenues
16 of questioning totally unrelated to government's
17 Exhibit-No.-1.
18     MS. HASH:  Thank you.
19     FURTHER EXAMINATION
20 BY MS. HASH:
21     Q.  Upon reflection, can you think of any answer
22 that you gave today that you wish to clarify?
23     THE WITNESS:  Can I talk to you for a
24 second?
25     MR. APGOOD:  If there's no objection by the

Page 80

1  government's counsel.
2      MS. HASH:  That's fine.  Off the record.
3      (Discussion off the record.)
4      A.  I would just like to clarify.  There was a
5  question about -- it was a question from you that led
6  to me mentioning my host, Swift Communications, and
7  what they -- what I think he does to track down people
8  that have generated spam complaints on his network,
9  and I just wanted to clarify that I really have no
10 idea.  I was just totally speculating about what he
11 does.  He does do something, but as to what exactly
12 his procedures are there, I'm not -- I really have no
13 idea what he does.
14     Q.  Do you have any specific knowledge regarding
15 his procedures?
16     A.  Not specific.  I know that they're there and
17 I know that he contacts them if there's ever -- the
18 very few times that there's been a problem.
19     Q.  And has he contacted you since January 1st,
20 2004, about a problem?
21     A.  No.
22     MS. HASH:  Okay.
23     FURTHER EXAMINATION
24 BY MR. APGOOD:
25     Q.  Just for clarification, then, Mr.

Page 81

1  Schermerhorn, the testimony you gave regarding what
2  Swift Communications does regarding the subject
3  matter, was that entirely speculation on your part
4  during your testimony?
5      A.  Yes, it is speculation.
6      MR. APGOOD:  Nothing else.
7      MS. HASH:  Thank you.
8      (Deposition adjourned at 1:25 p.m.)
9      (Signature reserved.)

United States' MSJ Exhibit 9                    21 (Pages 78 to 81)
CV05-1285L
Schermerhorn Deposition Excerpts   SEATTLE DEPOSITION REPORTERS
www.seadep.com        (206)622-6661 * (800)657-1110  FAX: (206)622-6236

e5e0ea49-bbe4-4d20-be98-a0da77d95433