| SoulCash ID | Gross | Net | Affiliate Paid | Company Net |
|---|---|---|---|---|
| dacash | $5,999.28 | $5,709.38 | $8,121.27 | ($2,411.89) |
| scumbag | $3,339.50 | $3,204.87 | $4,775.50 | ($1,570.63) |
| olegwn | $6,298.53 | $5,960.32 | $9,761.83 | ($3,801.51) |
| euro2004 | $721.54 | $614.96 | $1,086.42 | ($471.46) |
| euro2005 | NO REVENUE | NO REVENUE | | |
| spider | NO REVENUE | NO REVENUE | | |
| teddybear | $667.71 | $637.76 | $2,367.16 | ($1,729.40) |
| scorpion | $1,114.43 | $1,008.37 | $2,057.00 | ($1,048.63) |
| montana | $352.50 | $319.24 | $1,020.00 | ($700.76) |
| megaporn | $651.36 | $571.51 | $2,035.00 | ($1,463.49) |
| cahek | $29.95 | $4.05 | $280.00 | ($275.95) |
| shawinc | $10,616.54 | $9,881.69 | $24,781.34 | ($14,899.65) |
| | | | **TOTAL NET:** | ($32,355.89) |

Page 1 of 1
United States' MSJ Exhibit 10
CV05-1285L

Produced Subject to ER 408

Dockets.Justia.com