

| Help | Content | Galleries | Banners | Ads | Traffic Login | Link Codes |
|---|---|---|---|---|---|---|

### Hosted Full Page Ads
Copy the code to these ads and make free sites!

**View It:** **Download:**



Click Here to preview the Full Page Ad!

Just Cut and Paste the Code Below!
Your Affiliate ID is already inserted!

```
<!----- START FULL PAGE AD CUT ----->
<TABLE WIDTH=800 BORDER=0 CELLPADDING=0 CELLSPACING=0>
    <TR>
    <TD> <a href="http://www.gloryholestation.com/t1/revs=admin/index.html"
onMouseOver="window.status='http://www.GloryHoleStation.com';
return true;" onMouseOut="window.status=''; return
true;"><img
src="http://www.soulcash.com/fpa/reality-hpa/images/index_01.
WIDTH=113 HEIGHT=205 ALT="" border="0"></a></TD>
    <TD>
                <a
```



Click Here to preview the Full Page Ad!

Just Cut and Paste the Code Below!
Your Affiliate ID is already inserted!

```
<!----- START FULL PAGE AD CUT ----->
<table width="800" border="0" cellspacing="0"
cellpadding="0">
  <tr>
    <td width="267">
      <table width=267 border=0 cellpadding=0 cellspacing=0>
        <tr>
          <td> <a
href="http://www.gloryholestation.com/t1/revs=admin/index.html"
onMouseOver="window.status='http://www.GloryHoleStation.com';
return true;" onMouseOut="window.status=''; return
true;"><img
src="http://www.soulcash.com/fpa/reality-fpa/images/ghs_01.jp
```



Click Here to preview the Full Page Ad!

Just Cut and Paste the Code Below!
Your Affiliate ID is already inserted!

```
<!----- START FULL PAGE AD CUT ----->
<TABLE WIDTH=640 BORDER=0 CELLPADDING=0 CELLSPACING=0>
    <TR>
    <TD> <a
href="http://www.bravegirls.com/t1/revs=admin/index.html"
target="_new"><IMG
SRC="http://www.soulcash.com/console/hosted/bravegirls/images
WIDTH=203 HEIGHT=164 ALT="" border="0"></a></TD>
    <TD> <a
href="http://www.bravegirls.com/t1/revs=admin/index.html"
target="_new"><IMG
```



Click Here to preview the Full Page Ad!

Just Cut and Paste the Code Below!
Your Affiliate ID is already inserted!

```
<!----- START FULL PAGE AD CUT ----->
<TABLE WIDTH=700 BORDER=0 CELLPADDING=0 CELLSPACING=0>
    <TR>
    <TD> <a
href="http://www.serafox.com/t1/revs=admin/index.html"
target="_new"><IMG
SRC="http://www.soulcash.com/console/hosted/serafox/images/in
WIDTH=182 HEIGHT=194 ALT="" border="0"></a></TD>
    <TD> <a
href="http://www.serafox.com/t1/revs=admin/index.html"
target="_new"><IMG
SRC="http://www.soulcash.com/console/hosted/serafox/images/in
```



Just Cut and Paste the Code Below!
Your Affiliate ID is already inserted!

United States' MSJ Exhibit 16
CV05-1285L



Click Here to preview the Full Page Ad!

```
<!----- START FULL PAGE AD CUT ----->
<TABLE WIDTH=678 BORDER=0 CELLPADDING=0 CELLSPACING=0>
        <TR>

    <TD>  <a href="http://www.jizzlickers.com/t1/revs=admin/index.html" target="_new"><IMG SRC="images/index_01.jpg" WIDTH=325 HEIGHT=240 ALT="" border="0"></a></TD>

    <TD>  <a href="http://www.jizzlickers.com/t1/revs=admin/index.html" target="_new"><IMG SRC="images/index_02.jpg" WIDTH=353 HEIGHT=240 ALT="" border="0"></a></TD>
```

Just Cut and Paste the Code Below!  
Your Affiliate ID is already inserted!



Click Here to preview the Full Page Ad!

```
<!----- START FULL PAGE AD CUT ----->
<table width="640" border="0" cellspacing="0" cellpadding="0" align="center">
  <tr>
    <td>
      <table width="600" border="0" align="center">
        <tbody>
          <tr>
            <td>
              <div align="center"><img src="http://www.soulcash.com/console/hosted/multisite-1/index width="500" height="120"></div>
            </td>
```

Just Cut and Paste the Code Below!  
Your Affiliate ID is already inserted!



Click Here to preview the Full Page Ad!

```
<!----- START FULL PAGE AD CUT ----->
<table width="640" border="0" cellspacing="0" cellpadding="0" align="center">
  <tr>
    <td>
      <table width="600" border="0" align="center">
        <tbody>
          <tr>
            <td>
              <div align="center"><img src="http://www.soulcash.com/console/hosted/multisite-2/index width="500" height="120"></div>
            </td>
```

©Copyright 2001-203, All Rights Reserved, Impulse Media Group Inc.  
TOLL FREE WEBMASTER SUPPORT - 1.800.833.3818

United States' MSJ Exhibit 16  
CV05-1285L