

# SOULCASH.com

| Help | Content | Galleries | Banners | Ads | Traffic Login | Link Codes |

## Hosted Half Page Ads
Copy the code to these ads and make free sites!

**View It:**  **Download:**



Click Here to preview the Full Page Ad!

Just Cut and Paste the Code Below!
Your Affiliate ID is already inserted!

```
<!----- START FULL PAGE AD CUT ----->
<TABLE WIDTH=500 BORDER=0 CELLPADDING=0 CELLSPACING=0>
    <TR>
    <TD> <a href="http://www.blacksdowhites.com/t1/pps=admin/" TARGET="_blank"
onMouseOver="window.status='http://www.BlacksDoWhites.com';
return true;" onMouseOut="window.status=''; return
true;"><IMG
SRC="http://www.soulcash.com/console/hosted/blacksdowhites/ind
WIDTH=271 HEIGHT=181 ALT="" border="0"></a></TD>
```



Click Here to preview the Full Page Ad!

Just Cut and Paste the Code Below!
Your Affiliate ID is already inserted!

```
<!----- START FULL PAGE AD CUT ----->
<TABLE WIDTH=500 BORDER=0 CELLPADDING=0 CELLSPACING=0>
    <TR>
    <TD> <a href="http://www.GotAugust.com/t1/pps=admin/" TARGET="_blank"
onMouseOver="window.status='http://www.GotAugust.com';
return true;" onMouseOut="window.status=''; return
true;"><IMG
SRC="http://www.soulcash.com/console/hosted/gotaugust/index_0
WIDTH=271 HEIGHT=181 ALT="" border="0"></a></TD>

    <TD> <a href="http://www.GotAugust.com/t1/pps=admin/"
```

Just Cut and Paste the Code Below!
Your Affiliate ID is already inserted!



Click Here to preview the Full Page Ad!

```
<!----- START FULL PAGE AD CUT ----->
<TABLE WIDTH=500 BORDER=0 CELLPADDING=0 CELLSPACING=0>
    <TR>
    <TD> <a href="http://www.JizzLickers.com/t1/pps=admin/" TARGET="_blank"
onMouseOver="window.status='http://www.JizzLickers.com';
return true;" onMouseOut="window.status=''; return
true;"><IMG
SRC="http://www.soulcash.com/console/hosted/jizzlickers/index
WIDTH=271 HEIGHT=181 ALT="" border="0"></a></TD>

    <TD> <a href="http://www.JizzLickers.com/t1/pps=admin/"
```

Just Cut and Paste the Code Below!
Your Affiliate ID is already inserted!



Click Here to preview the Full Page Ad!

```
<!----- START FULL PAGE AD CUT ----->
<TABLE WIDTH=500 BORDER=0 CELLPADDING=0 CELLSPACING=0>
    <TR>
    <TD> <a href="http://www.MelodyHart.com/t1/pps=admin/" TARGET="_blank"
onMouseOver="window.status='http://www.MelodyHart.com';
return true;" onMouseOut="window.status=''; return
true;"><IMG
SRC="http://www.soulcash.com/console/hosted/melodyhart/index_
WIDTH=271 HEIGHT=181 ALT="" border="0"></a></TD>

    <TD> <a href="http://www.MelodyHart.com/t1/pps=admin/"
```



Just Cut and Paste the Code Below!
Your Affiliate ID is already inserted!

United States' MSJ Exhibit 17
CV05-1285L


Click Here to preview the Full Page Ad!

```
<!----- START FULL PAGE AD CUT ----->
<TABLE WIDTH=500 BORDER=0 CELLPADDING=0 CELLSPACING=0>
        <TR>
    <TD> <a href="http://www.SweetCreamPie.com/t1/pps=admin/" TARGET="_blank"
onMouseOver="window.status='http://www.SweetCreamPie.com';
return true;" onMouseOut="window.status='';   return
true;"><IMG
SRC="http://www.soulcash.com/console/hosted/sweetcreampie/ind
WIDTH=271 HEIGHT=181 ALT="" border="0"></a></TD>

    <TD> <a href="http://www.SweetCreamPie.com/t1/pps=admin/"
```

Just Cut and Paste the Code Below!
Your **Affiliate ID** is already inserted!


Click Here to preview the Full Page Ad!

```
<!----- START FULL PAGE AD CUT ----->
<TABLE WIDTH=500 BORDER=0 CELLPADDING=0 CELLSPACING=0>
        <TR>
    <TD> <a href="http://www.TastyTranny.com/t1/pps=admin/" TARGET="_blank"
onMouseOver="window.status='http://www.TastyTranny.com';
return true;" onMouseOut="window.status='';   return
true;"><IMG
SRC="http://www.soulcash.com/console/hosted/tastytranny/index
WIDTH=271 HEIGHT=181 ALT="" border="0"></a></TD>

    <TD> <a href="http://www.TastyTranny.com/t1/pps=admin/"
```

Just Cut and Paste the Code Below!
Your **Affiliate ID** is already inserted!


Click Here to preview the Full Page Ad!

```
<!----- START FULL PAGE AD CUT ----->
<TABLE WIDTH=500 BORDER=0 CELLPADDING=0 CELLSPACING=0>
        <TR>
    <TD> <a href="http://www.MyWhiteDicks.com/t1/pps=admin/" TARGET="_blank"
onMouseOver="window.status='http://www.MyWhiteDicks.com';
return true;" onMouseOut="window.status='';   return
true;"><IMG
SRC="http://www.soulcash.com/console/hosted/mywhitedicks/inde
WIDTH=271 HEIGHT=181 ALT="" border="0"></a></TD>

    <TD> <a href="http://www.MyWhiteDicks.com/t1/pps=admin/"
```

Just Cut and Paste the Code Below!
Your **Affiliate ID** is already inserted!


Click Here to preview the Full Page Ad!

```
<!----- START FULL PAGE AD CUT ----->
<TABLE WIDTH=500 BORDER=0 CELLPADDING=0 CELLSPACING=0>
        <TR>
    <TD> <a href="http://www.XXXSalsa.com/t1/pps=admin/" TARGET="_blank"
onMouseOver="window.status='http://www.XXXSalsa.com';   return
true;" onMouseOut="window.status='';   return true;"><IMG
SRC="http://www.soulcash.com/console/hosted/xxxsalsa/index_01
WIDTH=271 HEIGHT=181 ALT="" border="0"></a></TD>

    <TD> <a href="http://www.XXXSalsa.com/t1/pps=admin/"
TARGET="_blank"
```

©Copyright 2001-203, All Rights Reserved, Impulse Media Group Inc.
TOLL FREE WEBMASTER SUPPORT - 1.800.833.3818