

# SOULCASH.com

| Help | Content | Galleries | Banners | Ads | Traffic Login | Link Codes |

## Movies of the Day
Choose a thumb and use the appropriate link.
Just cut and paste into your web pages.

### GloryHoleStation.com Free Hosted Movies of the Day!



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a href="http://www.soulcash.com/motd/12/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/GloryHoleSta
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a href="http://www.soulcash.com/motd/12/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/GloryHoleSta
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a href="http://www.soulcash.com/motd/12/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/GloryHoleSta
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a href="http://www.soulcash.com/motd/12/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/GloryHoleSta
width="200" height="155"></a>
```

### BraveGirls.com Free Hosted Movies of the Day!



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a href="http://www.soulcash.com/motd/11/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/bravegirls-20
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

United States' MSJ Exhibit 18
CV05-1285L



```
<a
href="http://www.soulcash.com/motd/11/potd.cgi
target="_new"><img border="0"
src="http://www.gallerysurfer.com/bravegirls-2(
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/11/potd.cgi
target="_new"><img border="0"
src="http://www.gallerysurfer.com/bravegirls-2(
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/11/potd.cgi
target="_new"><img border="0"
src="http://www.gallerysurfer.com/bravegirls-2(
width="200" height="155"></a>
```

**SweetCreamPie.com Free Hosted Movies of the Day!**



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/10/potd.cgi
target="_new"><img border="0"
src="http://www.gallerysurfer.com/sweetcreampie
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/10/potd.cgi
target="_new"><img border="0"
src="http://www.gallerysurfer.com/sweetcreampie
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/10/potd.cgi
target="_new"><img border="0"
src="http://www.gallerysurfer.com/sweetcreampie
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

United States' MSJ Exhibit 18
CV05-1285L



```
<a
href="http://www.soulcash.com/motd/10/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/sweetcreampie
width="200" height="155"></a>
```

**BlacksDoWhites.com Free Hosted Movies of the Day!**



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!
```
<a
href="http://www.soulcash.com/motd/9/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/blackdowhites
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!
```
<a
href="http://www.soulcash.com/motd/9/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/blackdowhites
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!
```
<a
href="http://www.soulcash.com/motd/9/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/blackdowhites
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!
```
<a
href="http://www.soulcash.com/motd/9/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/blackdowhites
width="200" height="155"></a>
```

**MyWhiteDicks.com Free Hosted Movies of the Day!**



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!
```
<a
href="http://www.soulcash.com/motd/8/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/mywhitedicks
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

United States' MSJ Exhibit 18
CV05-1285L



```
<a
href="http://www.soulcash.com/motd/8/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/mywhitedicks-
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/8/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/mywhitedicks-
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/8/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/mywhitedicks-
width="200" height="155"></a>
```

**GotAugust.com Free Hosted Movies of the Day!**



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/6/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/gotaugust-20(
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/6/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/gotaugust-20(
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/6/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/gotaugust-20(
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

United States' MSJ Exhibit 18
CV05-1285L

Case 2:05-cv-01285-RSL   Document 17-15   Filed 09/05/2006   Page 5 of 9



```
<a href="http://www.soulcash.com/motd/6/potd.cgi?...
target="_new"><img border="0"
src="http://www.gallerysurfer.com/gotaugust-20...
width="200" height="155"></a>
```

### XXXSoul.com Free Hosted Movies of the Day!



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a href="http://www.soulcash.com/motd/7/potd.cgi?...
target="_new"><img border="0"
src="http://www.gallerysurfer.com/xxxsoul-200x...
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a href="http://www.soulcash.com/motd/7/potd.cgi?...
target="_new"><img border="0"
src="http://www.gallerysurfer.com/xxxsoul-200x...
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a href="http://www.soulcash.com/motd/7/potd.cgi?...
"  target="_new"><img border="0"
src="http://www.gallerysurfer.com/xxxsoul-200x...
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a href="http://www.soulcash.com/motd/7/potd.cgi?...
target="_new"><img border="0"
src="http://www.gallerysurfer.com/xxxsoul-200x...
width="200" height="155"></a>
```

### ChickTrick.com Free Hosted Movies of the Day!



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a href="http://www.soulcash.com/motd/5/potd.cgi?...
target="_new"><img border="0"
src="http://www.gallerysurfer.com/chicktrick-20...
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

United States' MSJ Exhibit 18
CV05-1285L



```
<a
href="http://www.soulcash.com/motd/5/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/chicktrick-2
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/5/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/chicktrick-2
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/5/potd.cgi?
target="_new"><img border="0"
src="http://www.gallerysurfer.com/chicktrick-2
width="200" height="155"></a>
```

**BootyCakes.com Free Hosted Movies of the Day!**



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/1/potd.cgi?a
target="_new"><img border="0"
src="http://www.gallerysurfer.com/anal-200x155-
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/1/potd.cgi?a
target="_new"><img border="0"
src="http://www.gallerysurfer.com/anal-200x155-
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/1/potd.cgi?a
target="_new"><img border="0"
src="http://www.gallerysurfer.com/anal-200x155-
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

United States' MSJ Exhibit 18
CV05-1285L

```
<a
href="http://www.soulcash.com/motd/1/potd.cgi?a
target="_new"><img border="0"
src="http://www.gallerysurfer.com/anal-200x155-
width="200" height="155"></a>
```

**FreshBlack.com Free Hosted Movies of the Day!**



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/2/potd.cgi?a
target="_new"><img border="0"
src="http://www.gallerysurfer.com/black-200x155
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/2/potd.cgi?a
target="_new"><img border="0"
src="http://www.gallerysurfer.com/black-200x155
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/2/potd.cgi?a
target="_new"><img border="0"
src="http://www.gallerysurfer.com/black-200x155
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/2/potd.cgi?a
target="_new"><img border="0"
src="http://www.gallerysurfer.com/black-200x155
width="200" height="155"></a>
```

**JizzLickers.com Free Hosted Movies of the Day!**



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

```
<a
href="http://www.soulcash.com/motd/3/potd.cgi?a
target="_new"><img border="0"
src="http://www.gallerysurfer.com/blowjob-200x1
width="200" height="155"></a>
```



We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

United States' MSJ Exhibit 18
CV05-1285L



```
<a
href="http://www.soulcash.com/motd/3/potd.cgi?a
target="_new"><img border="0"
src="http://www.gallerysurfer.com/blowjob-200x1
width="200" height="155"></a>
```

We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!



```
<a
href="http://www.soulcash.com/motd/3/potd.cgi?a
target="_new"><img border="0"
src="http://www.gallerysurfer.com/blowjob-200x1
width="200" height="155"></a>
```

We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!



```
<a
href="http://www.soulcash.com/motd/3/potd.cgi?a
target="_new"><img border="0"
src="http://www.gallerysurfer.com/blowjob-200x1
width="200" height="155"></a>
```

**XXXSalsa.com Free Hosted Movies of the Day!**

We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!



```
<a
href="http://www.soulcash.com/motd/4/potd.cgi?a
target="_new"><img border="0"
src="http://www.gallerysurfer.com/latina-200x15
width="200" height="155"></a>
```

We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!



```
<a
href="http://www.soulcash.com/motd/4/potd.cgi?a
target="_new"><img border="0"
src="http://www.gallerysurfer.com/latina-200x15
width="200" height="155"></a>
```

We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!



```
<a
href="http://www.soulcash.com/motd/4/potd.cgi?a
target="_new"><img border="0"
src="http://www.gallerysurfer.com/latina-200x15
width="200" height="155"></a>
```

We Provide the Hosting for the thumbnail on the left!
Just Cut and Paste the code below!
Your Affiliate ID is already there!

United States' MSJ Exhibit 18
CV05-1285L

```
<a
href="http://www.soulcash.com/motd/4/potd.cgi?a
target="_new"><img border="0"
src="http://www.gallerysurfer.com/latina-200x1
width="200" height="155"></a>
```

©Copyright 2001-203, All Rights Reserved, Impulse Media Group Inc.
TOLL FREE WEBMASTER SUPPORT - 1.800.833.3818

United States' MSJ Exhibit 18
CV05-1285L