**Subject:** You got another signup with SoulCash!
**From:** sales@soulcash.com
**Date:** 2 Mar 2004 07:48:08 -0000
**To:** argy@tir.com



**CONGRATULATIONS!**
Robert Argyropoulos you just earned a sale!
Site: Chick Trick

We appreciate your business!



Click Here to Check Stats!

Your SoulCash ID is: noid
If you've lost your password retrieve it here!

RA 0056

**Subject:** You got another signup with SoulCash!
**From:** sales@soulcash.com
**Date:** 2 Mar 2004 17:44:53 -0000
**To:** argy@tir.com



**CONGRATULATIONS!**
**Robert Argyropoulos you just earned a sale!**
**Site: Fresh Black**

We appreciate your business!



**Click Here to Check Stats!**

Your SoulCash ID is: noid
If you've lost your password retrieve it here!

RA 0057

**Subject:** You got another signup with SoulCash!
**From:** sales@soulcash.com
**Date:** 5 Mar 2004 12:36:16 -0000
**To:** argy@tir.com



### CONGRATULATIONS!
### Robert Argyropoulos you just earned a sale!
### Site: My White Dicks

We appreciate your business!



Click Here to Check Stats!

Your SoulCash ID is: noid
If you've lost your password retrieve it here!

RA 0058

**Subject:** You got another signup with SoulCash!
**From:** sales@soulcash.com
**Date:** 2 Apr 2004 01:51:43 -0000
**To:** argy@tir.com



## CONGRATULATIONS!
**Robert Argyropoulos you just earned a sale!
Site: Fun Tit**

We appreciate your business!



**Click Here to Check Stats!**

Your SoulCash ID is: noid
If you've lost your password retrieve it here!

RA 0086

**Subject:** You got another signup with SoulCash!
**From:** sales@soulcash.com
**Date:** 21 Apr 2004 04:10:09 -0000
**To:** argy@tir.com



### CONGRATULATIONS!
### Robert Argyropoulos you just earned a sale!
### Site: Triple X Soul

We appreciate your business!



### Click Here to Check Stats!

Your SoulCash ID is: noid
If you've lost your password retrieve it here!

**Subject:** You got another signup with SoulCash!
**From:** sales@soulcash.com
**Date:** 4 May 2004 05:45:35 -0000
**To:** argy@tir.com



**CONGRATULATIONS!**
Robert Argyropoulos you just earned a sale!
Site: Rachel's Revenge

We appreciate your business!



**Click Here to Check Stats!**

Your SoulCash ID is: noid
If you've lost your password retrieve it here!

RA 0143

**Subject:** You got another signup with SoulCash!
**From:** sales@soulcash.com
**Date:** 17 Aug 2004 03:04:48 -0000
**To:** argy@tir.com



### CONGRATULATIONS!
Robert Argyropoulos you just earned a sale!
Site: Triple X Salsa

We appreciate your business!



**Click Here to Check Stats!**

Your SoulCash ID is: noid
If you've lost your password retrieve it here!

RA 0156

**Subject:** You got another signup with SoulCash!
**From:** sales@soulcash.com
**Date:** 12 Sep 2004 12:35:24 -0000
**To:** argy@tir.com



### CONGRATULATIONS!
**Robert Argyropoulos you just earned a sale!**
**Site: Sweet Creampie**

We appreciate your business!



**Click Here to Check Stats!**

Your SoulCash ID is: noid
If you've lost your password retrieve it here!

RA 0172

**Subject:** You got another signup with SoulCash!
**From:** sales@soulcash.com
**Date:** 14 Sep 2004 07:27:50 -0000
**To:** argy@tir.com



### CONGRATULATIONS!
**Robert Argyropoulos you just earned a sale!
Site: Gloryhole Station**

**We appreciate your business!**



**Click Here to Check Stats!**

Your SoulCash ID is: noid
If you've lost your password retrieve it here!

**Subject:** You got another signup with SoulCash!
**From:** sales@soulcash.com
**Date:** 24 Sep 2004 17:34:03 -0000
**To:** argy@tir.com



### CONGRATULATIONS!
**Robert Argyropoulos you just earned a sale!**
**Site: Melody Hart**

We appreciate your business!



**Click Here to Check Stats!**

Your SoulCash ID is: noid
If you've lost your password retrieve it here!

RA 0181

Page 10 of 10
United States' MSJ Exhibit 19
CV05-1285L

1 of 1                                                                                          7/20/2006 1:29 PM