## TERMS AND CONDITIONS OF SUBSCRIPTION

You must read and agree to these terms and conditions before your subscription can be activated. Please read them carefully.

For good and valuable consideration, the sufficiency of which is acknowledged by you and the **Impluse Media Group, Inc.**, you hereby agree to become a subscriber to **Impluse Media Group, Inc.** (the "**Service**"), and agree to be bound by all the terms and conditions set forth in this agreement (the "**Agreement**"). The parties to this Agreement are ("**You**" or "**Subscriber**"), and the owner of **Impluse Media Group, Inc.** (the "**Company**"). Subject to the terms and conditions set forth in this Agreement, the Company agrees to provide you all the privileges of a subscription to this site available to a Subscriber in good standing. This Agreement is subject to change by the Company at any time, and changes are effective upon notice to the Subscriber by e-mail, posting at or via hyperlink to this site, or by mail.

ALL MATERIALS, INCLUDING GRAPHIC FILES, AUDIO FILES, VIDEO FILES, TEXT, HYPERLINKS, INTERLINKS, SEARCH ENGINES, AND OTHER SOFTWARE THAT COMPANY PROVIDES CONTAINED AT THIS SITE (COLLECTIVELY "MATERIALS") ARE INTENDED FOR DISTRIBUTION EXCLUSIVELY TO CONSENTING ADULTS WHO ARE IN LOCATIONS WHERE SUCH MATERIALS DO NOT VIOLATE COMMUNITY STANDARDS OR ANY APPLICABLE LOCAL, STATE OR NATIONAL LAW OR REGULATION. THIS INCLUDES, IF APPLICABLE, THE LAWS AND REGULATIONS OF THE UNITED STATES OR ANY OTHER COUNTRY.

YOU HEREBY WARRANT AND AFFIRM THAT IT IS LEGAL TO VIEW THE MATERIALS WHERE YOU ARE LOCATED.

YOU HEREBY ACKNOWLEDGE THAT THE MATERIALS PRESENTED AT AND/OR DOWNLOADABLE FROM THIS SITE INCLUDE EXPLICIT VISUAL, AUDIO, AND/OR TEXTUAL DEPICTIONS OF NUDITY AND HETEROSEXUAL, BI-SEXUAL, GAY, LESBIAN AND/OR TRANSEXUAL SITUATIONS OF A SEXUAL NATURE, THAT YOU ARE FAMILIAR WITH MATERIALS OF THIS KIND, AND THAT YOU ARE NOT OFFENDED BY SUCH MATERIALS.

NO PERSONS UNDER THE AGE OF EIGHTEEN (18) YEARS MAY DIRECTLY OR INDIRECTLY VIEW OR POSSESS ANY OF THE CONTENTS OF THIS SITE OR PLACE ANY ORDERS FOR ANY GOODS OR SERVICES ADVERTISED AT OR IN THIS SITE. YOU HEREBY FURTHER AFFIRM AND WARRANT THAT YOU ARE CURRENTLY OVER THE AGE OF EIGHTEEN YEARS AND CAPABLE OF LAWFULLY ENTERING INTO THIS AGREEMENT.

**SUBSCRIPTIONS**

**XXX Soul - One Day Trial Membership**
**Today's charge is: USD 2.95 for a 1 day trial period.**
**Membership Renews Automatically at $33.26 every 1 month Until Cancelled.**

Payment for the Service provided to you at and/or through this site may be made by automatic credit card or check debit and you hereby authorize the Company and/or its authorized agent, Paycom.net, LLC ("Paycom"), to transact such payments on your behalf. Unless you have good reason to believe the credit card (or other approved facility) you use to purchase your subscription is lost or stolen, you agree not to report that credit card (or other approved facility) as lost or stolen. Nor will you dispute any authorized charge by Paycom or the Company. You agree and acknowledge that if you fraudulently report the credit card (or other approved facility) used to obtain the Service or goods from the Service as stolen, or if you fraudulent report that an authorized charge by the Company or Paycom is unauthorized, you shall be liable to this Paycom and the Company for liquidated damages of $25,000.00. The liability for liquidated damages specified in this Paragraph shall not limit any other liability you may have for breach(es) of any other terms, conditions, promises and warranties set forth in this Agreement.

Trial Subscriptions: If you purchase a trial subscription, you hereby agree that the Paycom may immediately authorize your credit card (or other approved facility) in the amount equal to the then-current monthly rate. The Company and/or Paycom will only charge that amount to your credit card (or other approved facility) if you elect not to terminate your trial subscription prior to becoming a regular subscriber. If you purchase a trial subscription, and decide to terminate your trial subscription, you must do so prior to the end of the Trial Period and you will not be charged any further. If you do not cancel prior to the end of the Trial Period, you are agreeing to continue as a regular subscriber upon the terms and conditions for regular subscriptions set forth herein, and you authorize the Company to charge your credit card (or other approved facility) at the then-current monthly rate on a monthly basis until you request termination of your subscription according to the terms hereof. If you have a question about a transaction on your credit card statement, or wish to cancel a trial subscription, please **click here** to contact Customer Service.

Regular Subscriptions: If you purchase a regular subscription, or if you do not cancel your Trial subscription prior to the end of the trial period, you authorize the Company and/or Paycom to charge your credit card (or other approved facility) for periodic subscription fees according to the then-current billing terms for the Service. You are responsible for paying periodic subscription fees according to the then-current billing terms. Subscription fees are earned upon receipt and are non-refundable whether or not termination is at your request. For your convenience and satisfaction, all memberships will automatically renew upon expiration unless your subscription is cancelled AT LEAST three (3) days prior to expiration. Subscription rates are subject to change at any time without notice. You are liable for any subscription charges incurred by you up to and until termination of the Service. If you have a question about a transaction on your credit card statement, or wish to cancel a subscription, please **click here** to contact Customer Service.

<u>Refund Policy:</u> Paycom manages the credit and refund policy for these websites on a case-by-case basis to determine the best course of action pursuant to the customer's issue.

<u>Terminating Subscriptions:</u> The Company or Paycom may terminate your Subscription at any time, and without cause, by. If you wish to terminate your subscription you must either provide the Company or Paycom notification by **E-mail**, conventional mail, or by telephone [(888) 968-5834]. You agree to be personally liable for all charges incurred by you during or through the use of this site. Your liability for such charges shall continue after termination of your membership for any reason.

<u>Subscriptions Are Non-Transferable:</u> Subscriptions may not be assigned or transferred to any other person or entity. Nor may you provide any other person or entity access to your subscription, either directly or indirectly. This includes, but is not limited to, sending your username and/or password to other parties and making your user name and/or password available where others may access them. You must keep your password strictly confidential. Allowing others to gain unauthorized access to this site is a breach of this Agreement and a violation of law.

<u>Notice To The Company:</u> You must promptly inform Company or Paycom of the following: changes in the expiration date of any credit card used in connection with this site; changes in home or billing address; and apparent breaches of security, such as loss, theft, or unauthorized disclosure or use of an ID or password. Until the Company or Paycom is notified, by conventional mail, web site form, e-mail or by telephone to this site's Customer Service Department (888) 968-5834 of a breach in security, you will remain liable for any unauthorized use of this site. The Company or Paycom will provide you, upon request, access to billing records that support charges for use of this site.

**VIEWING, ACCESSING AND DOWNLOADING THE MATERIALS**

You agree not to access, view, download, receive or otherwise use, or cause or enable others to access, view, download, receive or otherwise use materials, directly or indirectly in places which the Company does not authorize such access, viewing, downloading, receipt or other use. You acknowledge and agree that the company does not authorize any Materials to be accessed, viewed, downloaded, used by, transmitted, broadcast or otherwise disseminated to any person or entity located in any and all areas prohibited by law ("Prohibited Areas"). You further acknowledge that the Company does not authorize you to cause or enable others to access, view, download, receive or otherwise use the Materials, directly or indirectly

You agree that any and all unauthorized access, viewing, downloading, receipt, duplication or other use of the Materials in which you are directly or indirectly involved, including, but not limited to 1) accessing, viewing, downloading, receiving or other use of the Materials in Prohibited Areas and 2) causing or enabling others to access, view, download, receive or otherwise use the Materials, directly or indirectly, shall constitute intentional infringement(s) of this site's and potentially others? intellectual property rights

and other rights in the Materials, and may also constitute a violation of the Company?s trademarks, copyrights and other rights, including, but not limited to, the right of privacy.

You agree to be personally liable and fully indemnify the Company and Paycom for any and all damages directly, indirectly and/or consequentially resulting from your attempted or actual unauthorized downloading or other duplication of materials from the Service alone, or with or under the authority of, any other person(s), including, without limitation, any governmental agency(ies), wherein such damages include, without limitation, all direct and consequential damages directly or indirectly resulting from unauthorized downloading of materials from this site including, but not limited to, damages resulting from loss of revenue, loss of property, fines, attorney's fees and costs, including, without limitation, damages resulting from prosecution and/or governmentally imposed seizure(s), forfeiture(s), and/or injunction(s).

**LIMITED NON-EXCLUSIVE LICENSCE GRANTED TO SUBSCRIBER**

Subject to the terms and conditions set forth herein, this site hereby grants you a limited, non-exclusive and non-transferable license to use the Materials during the period in which you are a current Subscriber in good standing. You may use the Materials only in accordance with the terms and conditions of your membership, only on one computer at a time and, if this site makes downloadable copies of the Materials available, you may make only a single copy of such Materials for your personal use and enjoyment.

You may not remove any propriety notices from Materials at any time. You may make no use of Materials not expressly authorized herein or by prior express written authorization from Company. Prohibited uses, include, without limitation: (1) permitting other individuals to directly or indirectly use the Materials; (2) modifying, translating, reverse engineering, decompiling, disassembling the Materials (except to the extent applicable laws specifically prohibit such restriction); (3) making copies or creating derivative works based on the Materials except as provided herein; (4) renting, leasing, or transferring any rights in the Materials; (5) removing any proprietary notices or labels on the Materials; and (6) making any other use of the Materials. This license does not grant you any rights to any software enhancements or updates of any kind.

Except for public domain material or material otherwise licensed to Company for electronic dissemination, all Materials displayed at or otherwise available through this site are proprietary, and, except for initial downloading, may not be copied, redistributed, or downloaded, in whole or in part, without the prior written authorization of Company. All editions of this site, and all Materials and other matter used directly or indirectly in, at, by, through and/or with this site are protected by the copyright laws of the United States, international copyright treaties and other laws and regulations. All rights are reserved. All intellectual property and other rights in and to the Materials and other matter at this site shall at all times remain in Company, its parent(s), subsidiary(ies), licensee(s) and assign(s). All intellectual property and other rights in and to any intellectual property content accessed through the Materials is the property of the applicable content owner, which may be the Company, its parent(s), subsidiary or

subsidiaries, licensee(s) and assign(s), or others, and may be protected by applicable copyright and/or other laws. The limited and non-exclusive license granted to you herein grants to you no rights to use such content except as set forth herein. This license will immediately terminate automatically if you fail to comply with the limitations described herein, breach any other provision of this Agreement, cease, for any reason, to be a Subscriber in good standing, or are notified of its termination by the Company or its authorized agent(s). You agree that upon such termination, you will immediately destroy all copies of the Materials in your possession.

**GIFT SITE AND GIFT EPASSPORTE VISA**

If you are offered a gift site and a gift ePassporte Visa, you accept that offer and you meet the eligibility requirements for the offer, then the following applies to you:

A marketing company will purchase an ePassporte Virtual Visa account on your behalf. An ePassporte Virtual Visa is a pre-paid Visa product that allows you to purchase goods and services over the Internet. Because it is a pre-paid Visa product, the creation of the ePassporte Virtual Visa will not affect your credit rating, extend any credit to you, nor incur any debt in your name.

By accepting the offer you agree that the marketing company and ePassporte may receive personal data about you (which data will NOT include the account number you use to purchase a membership from the Company), create an ePassporte Visa on your behalf, facilitate the transaction processing for your membership to the Gift Site and send communications to you. Also, by accepting this offer, you agree to ePassporte's [Terms and Conditions](#).

Once an ePassporte Virtual Visa has been created on your behalf, each month that the Gift Site membership remains active the marketing company will load sufficient funds onto the account to cover all costs of the Gift Site. Paycom will bill you for that Gift Site membership immediately upon the loading of the funds. In addition, however, the marketing company will load additional funds onto the Visa that you can spend anywhere on the Internet in order to give you a chance to become familiar with the ePassporte Virtual Visa's features and functions. All of the additional funds loaded onto the card belong to you.

The marketing company shall have the right to cease loading funds onto your ePassporte Visa at its sole and absolute discretion, without notice, and with or without cause. But, if it ceases loading funds onto your ePassporte Visa, you will NOT receive any additional charges for the Gift Site, and the Gift Site membership will expire.

**NO EXPRESS OR IMPLIED WARRANTIES**

You agree that Materials and all other services provided to you by Company are provided on an "AS IS" basis, without warranties of any kind, including without limitation 1) any warranties as to the availability, accuracy, or content of Materials, information, products,

or services; 2) any warranties of merchantability or fitness for a particular purpose and non-infringement. The entire risk as to the quality and performance of the Materials and all services provided by Company is borne by you. Should the Materials or any other service provided by Company prove defective and/or cause any damage to your computer or inconvenience to you, you, and not Company, assume the entire cost and all damages which may result from any and all such defects. This disclaimer of warranty constitutes an essential part of the Agreement. Some states do not allow exclusions of an implied warranty, so this disclaimer may not apply to you and you may have other legal rights that vary from state to state or by jurisdiction. Under no circumstances and under no cause of action or legal theory, shall Company, its suppliers, licensees, resellers, or other subscribers, or their suppliers, licensees, resellers or subscribers be liable to you or any other person for any indirect, special, incidental, or consequential damages of any character including, without limitation, damages for loss goodwill, work stoppage, computer failure or malfunction, or any and all other commercial damages resulting from any use of Materials or other use of this site.

<u>Goods and Services Offered By Other Parties:</u> Company does not screen or endorse advertisements or communications submitted to this site by third-party licensees, advertisers, or subscribers for electronic dissemination through this site. Subscribers are therefore advised to use their own judgment to evaluate all advertisements and other communications available at or through the use of this site prior to purchasing goods and/or services described at this site or otherwise responding to any communication at this site.

**LIMITATION OF LIABILITY**

Any liability of the Company and Paycom, including without limitation any failure of performance, error, omission, interruption, deletion, defect, delay in operation or transmission, communications line failure, theft or destruction or unauthorized access to, alteration of, or use of records, whether for breach of contract, tortuous behavior, negligence, or under any other cause or action, shall be strictly limited to the amount of membership fee paid by or on behalf of the subscriber to Company for the preceding month. Some states do not allow the limitation or exclusion of liability for incidental or consequential damages, so the above limitation or exclusion may not apply to you.

The Company is not liable for damages resulting from disseminating, failing to disseminate, or incorrectly or inaccurately disseminating any Materials, data, advertisement or other communication at or through this site.

**MISCELANEOUS**

If the Company should at any time provide any service which enables you to communicate with or otherwise share information with other Subscribers or persons providing any kind or service to Subscribers, you agree not to submit, publish, display, disseminate, or otherwise communicate any defamatory, inaccurate, abusive, threatening, offensive, or illegal material while connected to or otherwise directly or indirectly using

this site or other services provided to you by Company. Transmission of such material or any material that violates any federal, state, or local law in the United States or anywhere else in the world is strictly prohibited and shall constitute a material breach of this Agreement entitling Company to immediately terminate all rights to access to this site. You are solely responsible for all information that you submit, publish, display, disseminate or otherwise communicate through this site even if a claim should arise after termination of service. If the Company provides any such service described herein, you agree that all messages and other communications by you shall be deemed to be readily accessible to all other Subscribers who are authorized to access this site and agree that all such messages and other communications shall not be deemed to be private or secure. Regardless of whether the Company provides any type of service described herein, you agree that you have hereby been informed and noticed that any and all messages and other communications which you submit to Company directly or through this site can be read by the operators and/or other agents of Company, whether or not they are the intended recipient(s).

Notices from this site to Subscribers may be given by means of e-mail, by general posting on this site, or by conventional mail. Communications from you to the Company may be made by e-mail, conventional mail or telephone. All questions, complaints, or notices to this site may be sent in the following manner:

a. By means of the web site form; or
b. By telephone to this site's Customer Service Department during normal business hours to [(888) 968-5834].

You are responsible for providing all personal computer and communications equipment necessary to gain access to you Subscription. Access to and use of you Subscription is through the use of a password.

This Agreement contains the entire agreement between the Subscriber and Company regarding Subscribers' use of this site, Materials and all materials directly and indirectly related thereto. This Agreement supersedes all prior written and oral understandings, writings, and representations and may only be amended upon notice by Company. This Agreement shall be governed by and construed under the laws of the State of California and the United States as applied to agreements between California state residents entered into and to be performed within the State of California, except as governed by Federal law. The application of the United Nations Convention of Contracts for the International Sale of Goods is expressly excluded. If any provision of this Agreement is held to be unenforceable for any reason, such provision shall be reformed only to the extent necessary to make it enforceable. Unless otherwise explicitly stated, the provisions of this Agreement shall survive its termination.

YOU HEREBY AFFIRM THAT YOU HAVE READ THIS ENTIRE AGREEMENT AND AGREE TO ALL ITS TERMS AND CONDITIONS BY CLICKING WHERE INDICATED BELOW AND BY AUTHORIZING THE USE OF YOUR CREDIT

CARD FOR PAYMENT OF CHARGES AND FEES FOR YOUR OBTAINING A SUBSCRIPTION TO THIS SITE.

SELECT "I AGREE" TO INDICATE THAT YOU HAVE READ THE MEMBERSHIP AGREEMENT IN ITS ENTIRETY, UNDERSTAND ITS TERMS, CONSENT TO ALL THE TERMS AND CONDITIONS SET FORTH IN THE MEMBERSHIP AGREEMENT, REPRESENT AND WARRANT THAT YOU ARE CURRENTLY OVER THE AGE OF 18 YEARS AND UNDERSTAND THAT MATERIALS PRESENTED AT THIS SITE INCLUDE NUDITY, VISUAL AND AUDIO PRESENTATIONS OF SEXUAL SITUATIONS AND ADULT LANGUAGE.

IF YOU DO NOT AGREE TO ALL OF THE TERMS AND CONDITIONS SET FORTH IN THIS AGREEMENT, ARE NOT OVER 18 YEARS OF AGE, OR ARE IN AN UNAUTHORIZED DOWNLOADING LOCATION, LEAVE NOW!

**I AGREE TO THE TERMS AND CONDITIONS - PLEASE CONTINUE**