# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>v.<br><br>IMPULSE MEDIA GROUP, INC.,<br><br>    Defendant(s), | Case No.  No. CV05-1285L<br><br>**NOTICE OF FILING PAPER MATERIALS WITH THE CLERK** |

One CD-ROM, Plaintiff's Exhibit 15, is being filed in paper form with the Clerk's Office for the Western District of Washington. The document will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

DATED this 5 day of September, 2006

/s/ Lauren E. Hash
Lauren E. Hash
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044
Telephone: (202) 353-1991
Facsimile: (202) 514-8742
Lauren.Hash@usdoj.gov
(Name and address of filer, with telephone number and e-mail)

NOTICE OF FILING PAPER MATERIALS WITH THE CLERK

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2006, I caused a true and correct copy of the CD-ROM containing Exhibit 15 to the United States' Motion for Summary Judgment to be sent via Federal Express to:

>Robert S. Apgood
>CarpeLaw PLLC
>2400 NW 80th Street #130
>Seattle, WA 98117-4449

By: /s/ Lauren E. Hash
Lauren E. Hash
Trial Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044
Telephone: (202) 353-1991
Facsimile: (202) 514-8742
Lauren.Hash@usdoj.gov

Plaintiff's Motion for
Summary Judgment
CV05-1285L

U.S. Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 353-1991