# EXHIBIT A





SoulCash adult websites are the easiest sell in the adult industry! Specializing in "not your ordinary" websites that surfers just love to come back to again and again! Easily earn $35 dollars per join sending traffic to high converting sites!

Check out our site porfolio and decide for yourself that we'll make you money!



Let us cover your content costs by providing hundreds of pre built galleries plus 15,000 pics and videos for you to use while promoting SoulCash sites! PLUS we've got free hosted galleries that convert like crazy with no bandwidth bills!

We don't fool around when it comes down to the tools you need to make money! Visit SoulCashGalleries.com



Our trailers are designed to make your surfers buy...

Browse our tours

<> 

SoulCash is built on webmaster tools. There's premade downloadable galleries, free hosted galleries, free traffic, free content, POTD's, free site templates, compelling banners, EZ Text Links, and the list gets longer daily!

Plus you get real-time stats and bi-weekly payouts all tracked via the super fast C+ and MYSQL back end. Browse our portfolio visit the network sites profiled to the left, then join a team of winners.



And we've got'em! Nothing but professionally edited video trailers designed to give you surfer just enough entertainment to whip out the the credit card and make a purchase... PLUS we all know that's not enough! Our member areas are filled with mass content and the feeds surfers REALLY want!





© Copyright 2001-2003, All Rights Reserved, Impulse Media Group Inc.
TOLL FREE WEBMASTER SUPPORT - 1.800.833.3818

SURFING FOR FREE STUFF?: VISIT MACKAROON SEX BLOGS