# EXHIBIT B

Dockets.Justia.com



### Login Information

Username *

Password *

### Site Information

Site Name *

Site URL *

### Contact Information

Email Address *

Contact First Name *

Contact Last Name *

Phone Number *

ICQ

Birth Date *                    (yyyy-mm-dd)

### Company Information

Checks Payable To *

Address *

City *

State or Province *

Zip or Postal Code *

Country *                       United States

For USA residents only
Tax ID or Social Security Number

### Payment Information

Requested Payment Method *      ● Payment by check
                                ○ Payment by wire transfer*

| | |
|---|---|
| Minimum Payment * | 50 |
| Aba Number * * | |
| Swift Code * | |
| Account Number * * | |
| Bank Name * * | |
| Name On Account * | |
| Misc Wire Info | |
| Paypal Email Address * | |

☐ I agree to the <u>terms and conditions of service.</u>

**JOIN NOW**

\* Indicates required field.
\* Indicates fields required for ACH payment method.
\* Indicates fields required for Paypal payment method.
\* Indicates fields required for wire transfer payment method.

© Copyright 2001-2003, All Rights Reserved, Impulse Media Group Inc.
TOLL FREE WEBMASTER SUPPORT - 1.800.833.3818