1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.

**IMPULSE MEDIA GROUP, INC.,**

a Washington corporation,

    Defendant.

**No. CV05-1285L**

**AGREED MOTION FOR LEAVE
TO FILE AN EXHIBIT
UNDER SEAL**

NOTE ON MOTION CALENDAR:
September 20, 2006

    Plaintiff United States of America hereby files this Agreed Motion for Leave to File an Exhibit Under Seal in Response to the Defendant's Motion for Summary Judgment due September 25, 2006. The United States seeks permission to file under seal one exhibit to the United States' Response to the Defendant's Motion for Summary Judgment pursuant to the Protective Order entered in this case (Docket # 10). This exhibit has been marked Confidential by the Defendant due to personal identifying information contained in the exhibit. Impulse Media Group's counsel, Robert Apgood, stated that Impulse Media Group is not opposed to the relief requested in this Motion.

Dated: September 20, 2006

                        Lauren E. Hash
                        *s/ Lauren E. Hash*
                        Trial Attorney
                        Department of Justice

MOTION TO FILE
AN EXHIBIT
UNDER SEAL
CV05-1285L                          -1-

Department of Justice
P.O. Box 386
Washington, DC  20044
(202) 353-1991

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044
Tel: (202) 353-1991
Fax: (202) 514-8742
lauren.hash@usdoj.gov

MOTION TO FILE
AN EXHIBIT
UNDER SEAL
CV05-1285L

-2-

Department of Justice
P.O. Box 386
Washington, DC  20044
(202) 353-1991

1

2

## CERTIFICATE OF SERVICE

3        I hereby certify that on September 20, 2006, I electronically filed the
foregoing with the Clerk of the Court using the CM/ECF System which will send
notification of such to the following CM/ECF registrant:

4

5                Robert S. Apgood
                CarpeLaw PLLC
6                2400 NW 80th Street #130
                Seattle, WA 98117-4449

7

8

9

10                        By:    /s/ Lauren E. Hash
                                Lauren E. Hash
11                                Trial Attorney
                                Office of Consumer Litigation
12                                U.S. Department of Justice
                                P.O. Box 386
13                                Washington, DC  20044
                                Telephone: (202) 353-1991
14                                Facsimile: (202) 514-8742
                                Lauren.Hash@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO FILE                                    Department of Justice
AN EXHIBIT                                        P.O. Box 386
UNDER SEAL                                        Washington, DC  20044
CV05-1285L                          -3-           (202) 353-1991