**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**IMPULSE MEDIA GROUP, INC.,**<br><br>a Washington corporation,<br><br>　　Defendant. | **No. CV05-1285L**<br><br>**PROPOSED ORDER**<br>**AGREED MOTION FOR LEAVE**<br>**TO FILE AN EXHIBIT**<br>**UNDER SEAL** |

**IT IS ORDERED** that the United States is granted permission to file an exhibit to the United States' Response to Defendant's Motion for Summary Judgment under seal.

Dated this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE


Presented by:

Lauren E. Hash
*s/ Lauren E. Hash*
Trial Attorney
Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044
Tel: (202) 353-1991

| | | |
|---|---|---|
| PROPOSED ORDER ON MOTION TO<br>TO FILE AN EXHIBIT<br>UNDER SEAL<br>CV05-1285L | -1- | Department of Justice<br>P.O. Box 386<br>Washington, DC 20044<br>(202) 353-1991 |

Fax: (202) 514-8742
lauren.hash@usdoj.gov

PROPOSED ORDER ON MOTION TO
TO FILE AN EXHIBIT
UNDER SEAL
CV05-1285L

-2-

Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 353-1991