United States of America v. Impulse Media Group Inc | Case 2:05-cv-01285-RSL | Document 26 | Filed 09/22/2006 | Page 1 of 1 | Doc. 26

Case 2:05-cv-01285-RSL   Document 25-2   Filed 09/20/2006   Page 1 of 2

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IMPULSE MEDIA GROUP, INC.,<br><br>a Washington corporation,<br><br>    Defendant. | No. CV05-1285L<br><br>~~PROPOSED~~ ORDER<br>AGREED MOTION FOR LEAVE<br>TO FILE AN EXHIBIT<br>UNDER SEAL |

**IT IS ORDERED** that the United States is granted permission to file an exhibit to the United States' Response to Defendant's Motion for Summary Judgment under seal.

Dated this 21st day of Sept., 2006.

_/s/ M. S. Lasnik_
UNITED STATES DISTRICT JUDGE

Presented by:

Lauren E. Hash
*s/ Lauren E. Hash*
Trial Attorney
Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044
Tel: (202) 353-1991

05-CV-01285-CLM

PROPOSED ORDER ON MOTION TO
TO FILE AN EXHIBIT
UNDER SEAL
CV05-1285L

-1-

Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 353-1991