# EXHIBIT B

the three affiliates listed above.

## Cyberheat Affiliate 26377

37.     **Attachment N, pp. 1-8** hereto is a true and correct copy of an email message and accompanying source code that was sent by affiliate 26377.  This message was sent on March 11, 2005.  The source code of the attached message shows that a hyperlink reference URL for this message is http://www.bestmovies.com/?revid=26377&movie_id=3305.  This URL includes the domain name bestmovies.com.  The registration information for this domain name, a true and correct copy of which is attached hereto as **Attachment N, pp. 9-10,** shows that this domain name is registered to Cyberheat.  This domain name also appears on the list of domain names produced by Cyberheat (see Attachment A, page 1).  What follows the domain name ("?revid=26377") includes a reference to the affiliate ID:  26377.  The attached email message fails to include the required label in the subject line or initially-viewable area of the message, contains sexually-explicit material within the initially-viewable area of the message, and fails to include a valid physical address for Cyberheat within the initially-viewable area of the message.  In addition, the attached message contains an opt-out mechanism that appears *after* the sexually-explicit material rather than within the initially-viewable area.

38.     I reviewed the payment information produced by Cyberheat and was unable to locate any payment information for affiliate 26377.

## Cyberheat Affiliate 38485

39.     **Attachment O, pp. 1-4** hereto is a true and correct copy of an email message and accompanying source code that was sent by affiliate ID 38485.  This message was sent on March 18, 2005.  The attached message contains hyperlinks to five of Cyberheat websites: