# EXHIBIT C

Dockets.Justia.com

```
                               27457094.eml
X-Receiver: al1996
X-Message-Status: s1
X-SID-PRA: BestMovies Staff <News@bestmovies.com>
X-SID-Result: TempError
X-Message-Info: H83ySVbTRY2Pxh+XZHu7t8DGePxJMovT/LLiq30s59g=
Received: from localhost.localdomain ([216.158.129.234]) by mc4-f1.hotmail.com with
Microsoft SMTPSVC(6.0.3790.211);
         Fri, 11 Mar 2005 15:12:05 -0800
Content-Disposition: inline
Content-Length: 10777
Content-Transfer-Encoding: binary
Content-Type: text/html
MIME-Version: 1.0
X-Mailer: MIME::Lite 3.01 (F2.72; B3.04; Q3.03)
Date: Fri, 11 Mar 2005 23:05:29 UT
From: BestMovies Staff <News@bestmovies.com>
Reply-To: <news@bestmovies.com>
To: al1996@hotmail.com
Subject: What's Hot on Bestmovies
Return-Path: news@bestmovies.com
Message-ID: <MC4-F1g6Ogkepi FvUGx0002ed1d@mc4-f1.hotmail.com>
X-OriginalArrivalTime: 11 Mar 2005 23:12:05.0875 (UTC) FILETIME=[BDF05430:01C5268F]

<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN"
        "http://www.w3.org/TR/html4/loose.dtd">
<html>
<head>
<title>BestMovies.com Member Newsletter</title>
<style type="text/css">
<!--
.table {
        border: 1px solid #000099;
}
-->
</style>
</head>
<body BGCOLOR="#FFFFFF" TEXT="#3366FF" LINK="#3366FF" ALINK="#3366FF"
VLINK="#3366FF">
<center>

<!--header begins-->
  <table WIDTH="630" BORDER="0" CELLPADDING="0" CELLSPACING="0" class="table">
    <tr>
      <td WIDTH="269" bgcolor="#0000CC"><img
SRC="http://www.bestmovies.com/newsletter_images/logo.jpg" ALT="" WIDTH="269"
HEIGHT="93" HSPACE="0" VSPACE="0" BORDER="0"></td>


      <td WIDTH="216" bgcolor="#0000CC"><img
src="http://www.bestmovies.com/newsletter_images/pix_hdr.jpg" width="216"
height="93"></td>
              <td WIDTH="1" BGCOLOR="#3366FF"><img
SRC="http://www.bestmovies.com/newsletter_images/space.gif" ALT="" WIDTH="1"
HEIGHT="1" HSPACE="0" VSPACE="0" BORDER="0"></td>

       <td WIDTH="143">
          <div align="center"><font SIZE="3" COLOR="#0000CC" FACE="verdana,
san-serif">BestMovies.com
           Weekly Newsletter<br>
          Issue 13, Vol. 1</font></div></td>
                       <td WIDTH="1" BGCOLOR="#3366FF"><img SRC="images/space.gif" ALT=""
WIDTH="1" HEIGHT="1" HSPACE="0" VSPACE="0" BORDER="0"></td>
      </tr>
```

```
                                  27457094.eml
          <tr>
                          <td COLSPAN="5" BGCOLOR="#0000CC"><img SRC="images/space.gif" ALT=""
WIDTH="1" HEIGHT="1" HSPACE="0" VSPACE="0" BORDER="0"></td>
          </tr>
</table>
  <!--header ends-->
  <p><font size="+1.5" face="Arial, Helvetica, sans-serif">Steamy Girl on Girl
Action on BestMovies!</font></p>
    <table BORDER="0" WIDTH="630" CELLSPACING="0" CELLPADDING="0">
          <tr VALIGN="top">
              <td WIDTH="384" ALIGN="center">
                  <div ALIGN="center">

                      <img
SRC="http://www.bestmovies.com/newsletter_images/hdr_featured.gif" ALT=""
WIDTH="341" HEIGHT="45" HSPACE="0" VSPACE="0" BORDER="0"><br>
                      <font SIZE="3" COLOR="#3366FF" FACE="verdana, san-serif"><b>Girl Fun
#10</b></font></div>

                                        <table BORDER="0" WIDTH="350" CELLSPACING="0"
CELLPADDING="10">
                          <tr>

            <td ALIGN="center"><font SIZE="3" COLOR="#3366FF" FACE="verdana,
san-serif">
                              <p ALIGN="left">Meet sexy sisters Angela and Sabrina. Big sister,
Angela shows baby sis Sabrina how to masturbate, first with her fingers and then
with a dildo. After both girls come, they hit the shower, and wash each other off.
Now that's sisterly love. Meet Nikki and Barbie! Ever wonder what two hot young
blondes do with a camcorder when mom and dad aren't home? They make a human sundae,
complete with whipped cream and chocolate syrup, and then they lick one another
clean! Then, they do some 69 while fingering and using vibrators on each other!
Next, we met 2 girls in Indiana that go at each other, kissing, tumbling, wide open
spread shots, fingering, pussy eating, 69, and more fingering! Lickety split!</p>
                              </font></td>

                          </tr>
                      </table>
                                        <a
href="http://www.bestmovies.com/?revid=26377&movie_id=3305"><img
src="http://www.bestmovies.com/newsletter_images/bt_watch.gif" alt="" width="171"
height="76" hspace="0" vspace="5" border="0" align="right"></a> </td>
          </td>
          <td ALIGN="left"><a
href="http://www.bestmovies.com/?revid=26377&movie_id=3305"><img
src="http://www.bestmovies.com/newsletter_images/girlfun10.jpg" width="208"
height="325"></a></td>
          </tr>
          <tr BGCOLOR="#0000CC">
                  <td COLSPAN="2" ALIGN="center"><img
src="http://www.bestmovies.com/newsletter_images/hdr_newreleases.gif" alt=""
width="200" height="37" hspace="0" vspace="0" border="0"></td>
          </tr>

</table>
<table BORDER="0" WIDTH="630" CELLSPACING="0" CELLPADDING="10">
      <tr>
          <td WIDTH="315" height="422" ALIGN="center" BGCOLOR="#E6EFFF"><a
href="http://www.bestmovies.com/?revid-26377&movie_id=4285"><img
src="http://www.bestmovies.com/newsletter_images/dykemanor.jpg" alt="" width="107"
height="167" hspace="10" vspace="0" border="0" align="left"></a><font SIZE="3"
                                       Page 2
```

```
                                 27457094.eml
COLOR="#3366FF" FACE="verdana, san-serif">
        </font>
        <p ALIGN="left"> <font color="#3366FF" size="3" face="verdana,
san-serif"><strong>The Girls of Dyke Manor </strong><br>
        The spirit of dirty fun haunts Dyke Manor. When the girls get slimed…they
know they're in for a good time. Don't you miss out on the fun. The finest all-girl
video in the known world. You'll cream your pants and want to cum and cum again when
you see what these
girls have in store for you.<br>
        <b>< <a HREF="http://www.bestmovies.com/?revid-26377&movie_id=4285">WATCH
        NOW</a></b> </font></p>

      </td>

        <td ALIGN="center" WIDTH="315"><a
href="http://www.bestmovies.com/?revid=26377&movie_id=3028"><img
src="http://www.bestmovies.com/newsletter_images/tit2tit.jpg" alt="" width="107"
height="167" hspace="10" vspace="0" border="0" align="left"></a>         <font
SIZE="3" COLOR="#3366FF" FACE="verdana, san-serif">
        </font>
        <p ALIGN="left"> <font color="#3366FF" size="3" face="verdana,
san-serif"><strong>Tit to Tit 2000<br>
        </strong></font><font color="#3366FF" size="3" face="verdana, san-serif">Oil
wrestling with Lisa Lipps and Kim Chambers, all natural tit action with Cassandra
and Nicky Tease, slim and stacked action with Playboy models Shay Sights and Tanya
Danielle plus foot fucking with Ava Lustra and Sana Fey. Four awesome big bust
couples in this scorching hot lesbian action.<br>
        <b>< <a HREF="http://www.bestmovies.com/?revid=26377&movie_id=3028">WATCH
        NOW</a></b></font></p>

      </td>
         </tr>
         <tr>
        <td ALIGN="center" WIDTH="315"><a
HREF="http://www.bestmovies.com/?revid=26377&movie_id=4264"><img
SRC="http://www.bestmovies.com/newsletter_images/lezcastle.jpg" ALT="" WIDTH="107"
HEIGHT="167" HSPACE="10" VSPACE="0" BORDER="0" ALIGN="right"></a>
        <font SIZE="3" COLOR="#3366FF" FACE="verdana, san-serif">
        </font>
        <p ALIGN="right"> <font color="#3366FF" size="3" face="verdana,
san-serif"><strong>Lesbian Castle - No Kings Allowed</strong><br>
        A double dildo becomes a pain in the ass! Princess Kelly is unhappy in 16th
Century Britain. Girls on girls was shunned by the royal family. Princess Kelly gets
her fondest wish and pops into into future -- to Hollywood, California. After
experiencing exciting Lesbian actresses, on the set and at the beach --all the girls
doing girls she could desire-- she returns to her 16th Century home. She brings with
her a totally new attitude and a double headed dildo to share with her maidens in
waiting. </font><font color="#3366FF" size="3" face="verdana, san-serif"><b><a
HREF="http://www.bestmovies.com/?revid=26377&movie_id=4264">WATCH
        NOW</a> ></b> </font></p>

      </td>

        <td ALIGN="center" BGCOLOR="#E6EFFF" WIDTH="315"> <a
HREF="http://www.bestmovies.com/?revid=26377&movie_id=3469"><img
SRC="http://www.bestmovies.com/newsletter_images/specialass4.jpg" ALT="" WIDTH="107"
HEIGHT="167" HSPACE="10" VSPACE="0" BORDER="0" ALIGN="right"></a>
        <font SIZE="3" COLOR="#3366FF" FACE="verdana, san-serif">
        </font>
        <p ALIGN="right"><font color="#3366FF" size="3" face="verdana,
san-serif"><strong>Special Assignment #4</strong><br>
        Steamy Hot Girl on Girl Action! Jessie can't wait to introduce Marie to
her massive dildo collection.  After a playful bubble bath, it doesn't take long for
                                    Page 3
```

```
                              27457094.eml
Jessie to strap on a fake cock, and then stick more dildos in every one of Marie's
holes in every way imaginable! Not to be outdone, Marie skillfully violates Jessie
vaginally and anally bringing her to a loud, wet orgasm. We have all the
unbelievable close-up angles including our favorite double-dildo anal action. These
girls both take it up the ass and give it to each other like they receive it - hard,
fast, and deep!<br>
          </font><font color="#3366FF" size="3" face="verdana, san-serif"><b><a
HREF="http://www.bestmovies.com/?revid=26377&movie_id=3469">WATCH
          NOW</a> ></b> </font></p>

        </td>
        </tr>
</table>
<p><font size="+1.5" face="Arial, Helvetica, sans-serif">Forgot your bestMovies
username or password? Have it e-mailed to you by going to <a
href="http://www.bestmovies.com/s1/index.html?r=password">http://www.bestmovies.com/
s1/index.html?r=password</a> </font></p>
<table BORDER="0" WIDTH="630" CELLSPACING="0" CELLPADDING="0">
        <tr BGCOLOR="#0000CC">
                <td HEIGHT="1"><img SRC="images/space.gif" ALT="" WIDTH="1"
HEIGHT="1" HSPACE="0" VSPACE="0" BORDER="0"></td>
        </tr>
</table>

<table BORDER="0" WIDTH="630" CELLSPACING="0" CELLPADDING="5">
        <tr BGCOLOR="#96B9FE">
        <td WIDTH="157" ALIGN="center"><font SIZE="2" COLOR="#0000CC" FACE="verdana,
san-serif">
          Stop Pop Up Ads</font><a
HREF="http://www.adwareremovergold.com/?revid=26377&s=1"><img
SRC="http://www.bestmovies.com/newsletter_images/ARG1.gif" ALT="" WIDTH="119"
HEIGHT="62" HSPACE="0" VSPACE="3" BORDER="0"></a>
          <font SIZE="2" COLOR="#0000CC" FACE="verdana, san-serif">AdWareRemoverGold
          </font></td>

        <td WIDTH="157" ALIGN="center"> <font SIZE="2" COLOR="#0000CC" FACE="verdana,
san-serif">Speed
          Up Your PC</font><a
HREF="http://www.pcspeedbooster.com/?revid=26377&s=1"><img
SRC="http://www.bestmovies.com/newsletter_images/pcspeedbooster-.gif" ALT=""
WIDTH="119" HEIGHT="62" HSPACE="0" VSPACE="3" BORDER="0"></a>
          <font SIZE="2" COLOR="#0000CC" FACE="verdana,
san-serif">PCSpeedBooster</font>
        </td>

        <td WIDTH="157" ALIGN="center"> <font SIZE="2" COLOR="#0000CC" FACE="verdana,
san-serif">Boost
          Internet Speed</font> <a
HREF="http://www.modemspeedbooster.com/?revid=26377&s=1"><img
SRC="http://www.bestmovies.com/newsletter_images/modemspeedbooster-.gif" ALT=""
WIDTH="119" HEIGHT="62" HSPACE="0" VSPACE="3" BORDER="0"></a>
          <font SIZE="2" COLOR="#0000CC" FACE="verdana,
san-serif">ModemSpeedBooster</font>
        </td>

        <td WIDTH="157" ALIGN="center"> <font SIZE="2" COLOR="#0000CC" FACE="verdana,
san-serif">Protect
          Your Privacy</font><a
HREF="http://www.evidencecleanergold.com/?revid=26377&s=1"><img
SRC="http://www.bestmovies.com/newsletter_images/evidencecleanergold.gif" ALT=""
WIDTH="119" HEIGHT="62" HSPACE="0" VSPACE="3" BORDER="0"></a>
          <font SIZE="2" COLOR="#0000CC" FACE="verdana,
                              Page 4
```

```
                                                27457094.eml
san-serif">EvidenceCleanerGold</font></td>
        </tr>
</table>


<br><br>
If you would like to be removed from this mailing list
<a href="http://216.158.129.50/cgi-bin/optout.cgi?email=al1996@hotmail.com">
Click Here
</a>
</font>
<br><br>
<font face="Arial, Helvetica, sans-serif" size=-2>
PMB #297 1517 N. Wilmot Tucson, AZ 85712
</font>
</center>
</body>
</html>
```