# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>   Plaintiff,<br><br>v.<br><br>**IMPULSE MEDIA GROUP, INC.,**<br><br>a Washington corporation,<br><br>   Defendant. | No. CV05-1285L<br><br>**JOINT MOTION FOR LEAVE TO EXTEND PRETRIAL ORDER DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>October 16, 2006 |

Plaintiff United States of America and Defendant Impulse Media Group, Inc., by and through their undersigned counsel, hereby file this Joint Motion for Leave to Extend Pretrial Order Deadlines. The scheduling order entered by the Court (Docket # 7) requires the parties to mediate the case pursuant to CR 39.1(c)(3) by November 4, 2006. The scheduling order also requires the parties to submit an agreed pretrial order by November 22, 2006, and trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits by November 29, 2006.

The parties have fully briefed Cross-Motions for Summary Judgment in this case. Consequently, Plaintiff and Defendant seek to extend the mediation deadline from November 4, 2006, to thirty days after the Court has ruled on the pending Cross-Motions for Summary Judgment. The parties also request that the remaining deadlines set forth in the scheduling order be deferred until after the Court rules on the pending Cross-Motions for Summary Judgment and

| | |
|---|---|
| JOINT MOTION FOR LEAVE TO<br>EXTEND PRETRIAL ORDER DEADLINES<br>CV05-1285L<br>-1- | Department of Justice<br>P.O. Box 386<br>Washington, DC 20044<br>(202) 353-1991 |

1  that the parties be given forty-five days after such ruling to jointly propose new deadlines for
2  these events.

3  Dated: October 16, 2006
4

5

| | |
|---|---|
| CarpeLaw PLLC<br>*s/ Robert S. Apgood*<br>Pro Hac Vice<br>2400 NW 80th Street #130<br>Seattle, WA 98117-4449<br>Telephone: (206) 624-2379<br>Facsimile: (206) 784-6305<br>E-mail: rob@carpelaw.com | Lauren E. Hash<br>*s/ Lauren E. Hash*<br>Trial Attorney<br>Department of Justice<br>Office of Consumer Litigation<br>P.O. Box 386<br>Washington, D.C. 20044<br>Tel: (202) 353-1991<br>Fax: (202) 514-8742<br>lauren.hash@usdoj.gov |

JOINT MOTION FOR LEAVE TO
EXTEND PRETRIAL ORDER DEADLINES
CV05-1285L

-2-

Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 353-1991