05-CV-01285-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMPULSE MEDIA GROUP, INC.,<br><br>a Washington corporation,<br><br>Defendant. | No. CV05-1285L<br><br>~~PROPOSED~~ ORDER |

**IT IS ORDERED** that the United States and Impulse Media Group, Inc., are granted an extension of the mediation deadline from November 4, 2006, to thirty days after the Court has ruled on the parties' Cross-Motions for Summary Judgment.

**IT IS FURTHER ORDERED** that the November 22, 2006, deadline for submission of an agreed pretrial order and the November 29, 2006, deadline for submission of trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits are deferred until the Court rules on the pending Cross-Motions for Summary Judgment. The parties shall propose new deadlines for the submission of an agreed pretrial order and submission of trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits within forty-five days of the Court's ruling on the pending Cross-Motions for Summary Judgment.

Dated this 18<sup>r</sup> day of Oct., 2006.

_/s/ Mrs S Lasnik_
UNITED STATES DISTRICT JUDGE

~~PROPOSED~~ ORDER ON JOINT
MOTION FOR LEAVE TO EXTEND
PRETRIAL ORDER DEADLINES
CV05-1285L                                    -1-

Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 353-1991

Dockets.Justia.com