1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.

**IMPULSE MEDIA GROUP, INC.,**

a Washington corporation,

    Defendant.

**No. CV05-1285L**

**NOTICE OF FILINGS**
**BY UNITED STATES**

Pursuant to the Court's request, Plaintiff United States of America hereby files this Notice of Filings in United States v. Cyberheat, Inc., No. 05-CV-457-DCB (D. Ariz.). The following documents from United States v. Cyberheat, are attached as Exhibits:

    1)    Order for additional briefing on Summary Judgment Motions;

    2)    United States' Submission Regarding Proposed Order for Permanent Injunction;

    3)    United States' Proposed Order for Permanent Injunction;

    4)    Defendant's Memorandum in Response to Plaintiff's Proposed Injunctive Relief;

    5)    United States' Reply in Support of Proposed Injunctive Relief; and

    6)    United States' Revised Proposed Order for Permanent Injunction.

Dated: January 23, 2007

Lauren E. Hash
*s/ Lauren E. Hash*
Department of Justice
Office of Consumer Litigation

Notice of Filings in a Related Proceeding
CV05-1285L

Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 353-1991

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

P.O. Box 386
Washington, D.C. 20044
Tel: (202) 353-1991
Fax: (202) 514-8742
lauren.hash@usdoj.gov

Notice of Filings in a Related Pro**ceeding**
CV05-1285L

Department of Justice
P.O. Box 386
Washington, DC  20044
(202) 353-1991

-2-

1

2

**CERTIFICATE OF SERVICE**

3        I hereby certify that on January 23, 2007, I electronically filed the
foregoing with the Clerk of the Court using the CM/ECF System which will send notification of
such to the following CM/ECF registrant:

4

5                    Robert S. Apgood
                     CarpeLaw PLLC
6                    2400 NW 80th Street #130
                     Seattle, WA 98117-4449

7

8

9

10                                    By:    /s/ Lauren E. Hash
                                             Lauren E. Hash
11                                           Trial Attorney
                                             Office of Consumer Litigation
12                                           U.S. Department of Justice
                                             P.O. Box 386
13                                           Washington, DC  20044
                                             Telephone: (202) 353-1991
14                                           Facsimile: (202) 514-8742
                                             Lauren.Hash@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28