```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ARIZONA
                       CIVIL MINUTES - GENERAL
```

Date: December 15, 2006

Civil Case No.   CV-05-457-TUC-DCB

Title   UNITED STATES   vs.   CYBERHEAT, INC.

========================================================================

Present:
                HON.   DAVID C. BURY

| Deputy Clerk: Sandra Fuller | Court Reporter: Michael Sears, ECRO |
|---|---|
| ATTORNEY(s) FOR PLAINTIFF<br>Lauren Hash<br>Jeffrey Steger | ATTORNEY(s) FOR DEFENDANT<br><br>Robert Apgood |

========================================================================

**PROCEEDINGS**:   XX   Open Court   _____ Chambers   _____ Other

CROSS MOTIONS FOR SUMMARY JUDGMENT

Pending before the Court are the parties' respective Motions for Summary Judgment. The parties argue their positions to the Court. IT IS ORDERED Plaintiff's Motion for Summary Judgment (No. 24) and Defendant's Motion for Partial Summary Judgment (No. 28) are hereby taken UNDER ADVISEMENT. IT IS FURTHER ORDERED that Plaintiff shall file an example of a permanent injunction with the Court within 10 days of today's oral argument. Defendant shall have 10 working days to file a memorandum regarding any and all provisions of the proposed injunction. The Plaintiff shall have 5 working days to file a reply.