# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br> **IMPULSE MEDIA GROUP, INC.,** <br><br> a Washington corporation, <br><br> Defendant. | No. CV05-1285L <br><br> **NOTICE OF FILING IN A RELATED PROCEEDING BY UNITED STATES** |

Pursuant to the Court's request, Plaintiff United States of America hereby files this Notice of Filing in United States v. Cyberheat, Inc., No. 05-CV-457-DCB (D. Ariz.). The Court's Order on Motions for Summary Judgment in United States v. Cyberheat is attached as Exhibit 1.

Dated: March 5, 2007

Lauren E. Hash
*s/ Lauren E. Hash*
Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044
Tel: (202) 353-1991
Fax: (202) 514-8742
lauren.hash@usdoj.gov

Notice of Filing in a Related Pro**ceeding**
CV05-1285L

-1-

Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 353-1991

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such to the following CM/ECF registrant:

        Robert S. Apgood
        CarpeLaw PLLC
        2400 NW 80th Street #130
        Seattle, WA 98117-4449

By: /s/ Lauren E. Hash
     Lauren E. Hash
     Trial Attorney
     Office of Consumer Litigation
     U.S. Department of Justice
     P.O. Box 386
     Washington, DC 20044
     Telephone: (202) 353-1991
     Facsimile: (202) 514-8742
     Lauren.Hash@usdoj.gov

Notice of Filing in a Related Pro**ceeding**
CV05-1285L

-2-

Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 353-1991

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**IMPULSE MEDIA GROUP, INC.,**<br><br>a Washington corporation,<br><br>    Defendant. | **No. CV05-1285L**<br><br>**NOTICE OF FILING<br>IN A RELATED PROCEEDING<br>BY UNITED STATES** |

   Pursuant to the Court's request, Plaintiff United States of America hereby files this Notice of Filing in United States v. Cyberheat, Inc., No. 05-CV-457-DCB (D. Ariz.). The Court's Order on Motions for Summary Judgment in United States v. Cyberheat is attached as Exhibit 1.

Dated: March 5, 2007

                    Lauren E. Hash
                    *s/ Lauren E. Hash*
                    Department of Justice
                    Office of Consumer Litigation
                    P.O. Box 386
                    Washington, D.C. 20044
                    Tel: (202) 353-1991
                    Fax: (202) 514-8742
                    lauren.hash@usdoj.gov

Notice of Filing in a Related Pro**ceeding**
CV05-1285L

-1-

Department of Justice
P.O. Box 386
Washington, DC  20044
(202) 353-1991

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such to the following CM/ECF registrant:

> Robert S. Apgood
> CarpeLaw PLLC
> 2400 NW 80th Street #130
> Seattle, WA 98117-4449

By:  /s/ Lauren E. Hash
     Lauren E. Hash
     Trial Attorney
     Office of Consumer Litigation
     U.S. Department of Justice
     P.O. Box 386
     Washington, DC  20044
     Telephone: (202) 353-1991
     Facsimile: (202) 514-8742
     Lauren.Hash@usdoj.gov

Notice of Filing in a Related Proceeding
CV05-1285L

-2-

Department of Justice
P.O. Box 386
Washington, DC  20044
(202) 353-1991