HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMPULSE MEDIA GROUP, INC.,<br><br>a Washington corporation<br><br>Defendant. | **No. CV05 1285 L**<br><br>NOTICE OF UNAVAILABILITY OF COUNSEL |

PLEASE BE ADVISED that Robert S. Apgood will be absent for the period of July 30, 2007 through August 10, 2007. The undersigned counsel requests that no motions be noted or proceedings be scheduled during the above period of time.

DATED this 27th day of July 2007.

s/ *Robert S. Apgood*
Robert S. Apgood, WSBA #31023
Attorney for Plaintiffs
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
Email: rob@carpelaw.com

NOTICE OF UNAVAILABILITY OF COUNSEL - 1

**CARPELAW PLLC**
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

# CERTIFICATE OF SERVICE

I, Robert S. Apgood, do hereby certify that on the 27th day of July 2007, I caused true and correct copies of the following:

1. NOTICE OF UNAVAILABILITY OF COUNSEL; and

2. this CERTIFICATE OF SERVICE

to be filed with the Clerk of the Court using the CM/ECF system. In accordance with their CM/ECF registration agreements and the court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys:

| | |
|---|---|
| Brian C. Kipnis | Jeffrey I. Steger |
| Asst. U.S. Attorney | Lauren Hash |
| District of the Western District of Washington | Office of Consumer Litigation |
| 700 Stewart Street | U.S. Dept. of Justice |
| Seattle, WA 98101-1271 | P.O. Box 386 |
| | Washington, D.C. 20044 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Seattle, Washington,

DATED this 27th day of July 2007.

                    CARPELAW PLLC

                    *s/ Robert S. Apgood*
                    Robert S. Apgood, WSBA # 31023
                    CARPELAW PLLC
                    2400 NW 80th Street #130
                    Seattle, WA 98117-4449
                    Telephone: (206) 624-2379
                    Facsimile: (206) 784-6305
                    E-mail: rob@carpelaw.com