# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        Plaintiff,<br><br>    v.<br><br>**IMPULSE MEDIA GROUP, INC.,**<br><br>a Washington corporation,<br><br>        Defendant. | No. CV05-1285L<br><br>**UNOPPOSED MOTION FOR DESIGNATION OF A MEDIATOR**<br><br>NOTE ON MOTION CALENDAR:<br>September 7, 2007 |

   Plaintiff United States of America hereby files this Motion for Designation of a Mediator pursuant to CR 39.1(c)(3). The parties have fulfilled their obligation under the Court's scheduling order to hold a settlement conference per CR 39.1(c)(2). The parties have since been unable to agree upon the selection of a mediator to fulfill their obligations under the Court's scheduling order to mediate the case by October 8, 2007. The Defendant is financially unable to pay half of the mediator's fee; therefore, the Government moves this Court to appoint a mediator pursuant to CR 39.1(c)(3). Defendant Impulse Media Group has reviewed this Motion and agrees with the relief requested.


Dated: September 7, 2007


                                                                Lauren E. Hash
                                                                *s/ Lauren E. Hash*

MOTION FOR
DESIGNATION OF A
MEDIATOR
CV05-1285L                                    -1-

Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 353-1991

Trial Attorney  
Department of Justice  
Office of Consumer Litigation  
P.O. Box 386  
Washington, D.C. 20044  
Tel: (202) 353-1991  
Fax: (202) 514-8742  
lauren.hash@usdoj.gov

MOTION FOR  
DESIGNATION OF A  
MEDIATOR  
CV05-1285L

-2-

Department of Justice  
P.O. Box 386  
Washington, DC  20044  
(202) 353-1991

**CERTIFICATE OF SERVICE**

I hereby certify that on September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such to the following CM/ECF registrant:

Robert S. Apgood
CarpeLaw PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449

By:   /s/ Lauren E. Hash
Lauren E. Hash
Trial Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044
Telephone: (202) 353-1991
Facsimile: (202) 514-8742
Lauren.Hash@usdoj.gov

MOTION FOR
DESIGNATION OF A
MEDIATOR
CV05-1285L

-3-

Department of Justice
P.O. Box 386
Washington, DC  20044
(202) 353-1991