**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No. CV05-1285L** |
| Plaintiff, | |
| v. | **PROPOSED ORDER** |
| **IMPULSE MEDIA GROUP, INC.,** | |
| a Washington corporation, | |
| Defendant. | |

The Court hereby designates _____ as mediator in United States v. Impulse Media Group, Inc.

Dated this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

Lauren E. Hash
*s/ Lauren E. Hash*
Trial Attorney
Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044
Tel: (202) 353-1991
Fax: (202) 514-8742
lauren.hash@usdoj.gov

PROPOSED ORDER ON UNOPPOSED
MOTION FOR DESIGNATION OF A
MEDIATOR                                           Department of Justice
CV05-1285L                                         P.O. Box 386
                              -1-                  Washington, DC 20044
                                                   (202) 353-1991