UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

      vs.

IMPULSE MEDIA GROUP, INC.,

         Defendant.

NO. C05-1285RSL

ORDER APPOINTING UNITED
STATES MAGISTRATE JUDGE
JAMES P. DONOHUE AS
SETTLEMENT JUDGE

     The Court has appointed U.S. Magistrate Judge James P. Donohue to act as settlement judge in this matter.  The Court hereby directs counsel to contact Judge Donohue's In-Court Deputy, Peter Voelker at 206-370-8422 to schedule a settlement conference.

     DATED this 17th day of September, 2007.

*MNS Lasnik*

Robert S. Lasnik
United States District Judge

ORDER -1

Dockets.Justia.com