HON. ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMPULSE MEDIA GROUP, INC. a Washington corporation<br><br>Defendant. | No. CV05-1285L<br><br>**AGREED MOTION TO AMEND ORDER SETTING TRIAL DATE & RELATED DATES**<br><br>NOTE ON MOTION CALENDAR: October 3, 2007 |

Plaintiff United States of America and Defendant Impulse Media Group, Inc., hereby file this Motion to Amend Order Setting Trial Date and Related Dates, and state as follows:

1) On June 16, 2007, this Court ordered that Mediation per CR 39.1(c)(3) be held no later than October 8, 2007. (Docket Entry ("D.E.") #39).

2) On September 7, 2007, Plaintiff filed an unopposed Motion for Designation of a Mediator. (D.E. #41).

3) On September 17, 2007, this Court appointed United States Magistrate Judge James P. Donohue as Settlement Judge. (D.E. #42).

AGREED MOTION TO AMEND ORDER SETTING
TRIAL DATE & RELATED DATES
NO. CV05-1285L – Page 1

Department of Justice
P.O. Box 386
Washington, D.C. 20044
202-307-0047

Dockets.Justia.com

4) Following consultation with the Parties, Magistrate Judge James P. Donohue has scheduled the Mediation for October 25, 2007.

The Parties move this Court to Amend its Order Setting Trial Date and Related Dates to allow that Mediation per 39.1(c)(2) be held no later than October 25, 2007.

Dated: October 3, 2007

FOR PLAINTIFF UNITED STATES OF AMERICA

  s/ Jeffrey I. Steger
Jeffrey I. Steger
Trial Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
Phone: 202-307-0047
Fax: 202-514-8742
Email: Jeffrey.steger@usdoj.gov

FOR DEFENDANT IMPULSE MEDIA GROUP, INC.

CARPELAW PLLC

  s/ Robert S. Apgood
Robert S. Apgood, WSBA #31023
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
Email: rob@carpelaw.com

AGREED MOTION TO AMEND ORDER SETTING
TRIAL DATE & RELATED DATES
NO. CV05-1285L – Page 2

Department of Justice
P.O. Box 386
Washington, D.C. 20044
202-307-0047

## DECLARATION OF SERVICE

I, Jeffrey I. Steger, hereby make the following Declaration from personal knowledge that on October 3, 2007, I electronically filed the foregoing **AGREED MOTION TO AMEND ORDER SETTING TRIAL DATE & RELATED DATES** with the Clerk of the Court using the CM/ECF system. In accordance with their ECF registration agreement, the Clerk of the Court will send e-mail notification of such filing to the following attorney:

> Robert S. Apgood, WSBA #31023
> CARPELAW PLLC
> 2400 NW 80th Street #130
> Seattle, WA 98117-4449
> Telephone: (206) 624-2379
> Facsimile: (206) 784-6305
> Email: rob@carpelaw.com

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 3, 2007, in Washington, D.C.

> s/ Jeffrey I. Steger
> Jeffrey I. Steger
> Trial Attorney
> Office of Consumer Litigation
> U.S. Department of Justice
> P.O. Box 386
> Washington, D.C. 20044
> Phone: 202-307-0047
> Fax: 202-514-8742
> Email: Jeffrey.steger@usdoj.gov

AGREED MOTION TO AMEND ORDER SETTING
TRIAL DATE & RELATED DATES
NO. CV05-1285L – Page 3

Department of Justice
P.O. Box 386
Washington, D.C. 20044
202-307-0047

1  IT IS SO ORDERED.
2
3  DATED the _____ day of October 2007.
4
5
6
7  
                                                      _____
                                                      Robert S. Lasnik
8                                                       United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

AGREED MOTION TO AMEND ORDER SETTING        Department of Justice
TRIAL DATE & RELATED DATES                            P.O. Box 386
NO. CV05-1285L – Page 4                                  Washington, D.C. 20044
                                                                                  202-307-0047