United States of America v. Impulse Media Group Inc — Doc. 44

Case 2:05-cv-01285-RSL   Document 44   Filed 10/05/2007   Page 1 of 3
Case 2:05-cv-01285-RSL   Document 43   Filed 10/03/2007   Page 1 of 4

HON. ROBERT S. LASNIK

05-CV-01285-BOND

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMPULSE MEDIA GROUP, INC. a Washington corporation<br><br>Defendant. | No. CV05-1285L<br><br>**AGREED MOTION TO AMEND ORDER SETTING TRIAL DATE & RELATED DATES**<br><br>NOTE ON MOTION CALENDAR:<br>October 3, 2007 |

Plaintiff United States of America and Defendant Impulse Media Group, Inc., hereby file this Motion to Amend Order Setting Trial Date and Related Dates, and state as follows:

1) On June 16, 2007, this Court ordered that Mediation per CR 39.1(c)(3) be held no later than October 8, 2007. (Docket Entry ("D.E.") #39).

2) On September 7, 2007, Plaintiff filed an unopposed Motion for Designation of a Mediator. (D.E. #41).

3) On September 17, 2007, this Court appointed United States Magistrate Judge James P. Donohue as Settlement Judge. (D.E. #42).

AGREED MOTION TO AMEND ORDER SETTING
TRIAL DATE & RELATED DATES
NO. CV05-1285L – Page 1

Department of Justice
P.O. Box 386
Washington, D.C. 20044
202-307-0047

Dockets.Justia.com

4) Following consultation with the Parties, Magistrate Judge James P. Donohue has scheduled the Mediation for October 25, 2007.

The Parties move this Court to Amend its Order Setting Trial Date and Related Dates to allow that Mediation per 39.1(c)(2) be held no later than October 25, 2007.

Dated: October 3, 2007

FOR PLAINTIFF UNITED STATES OF AMERICA

  s/ Jeffrey I. Steger
Jeffrey I. Steger
Trial Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
Phone: 202-307-0047
Fax: 202-514-8742
Email: Jeffrey.steger@usdoj.gov

FOR DEFENDANT IMPULSE MEDIA GROUP, INC.

CARPELAW PLLC

  s/ Robert S. Apgood
Robert S. Apgood, WSBA #31023
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
Email: rob@carpelaw.com

AGREED MOTION TO AMEND ORDER SETTING
TRIAL DATE & RELATED DATES
NO. CV05-1285L – Page 2

Department of Justice
P.O. Box 386
Washington, D.C. 20044
202-307-0047

IT IS SO ORDERED.

DATED the 4th day of October 2007.

_____
Robert S. Lasnik
United States District Judge

AGREED MOTION TO AMEND ORDER SETTING
TRIAL DATE & RELATED DATES
NO. CV05-1285L – Page 4

Department of Justice
P.O. Box 386
Washington, D.C. 20044
202-307-0047