# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.

**IMPULSE MEDIA GROUP, INC.,**

a Washington corporation,

    Defendant.

**No. CV05-1285L**

**United States' Request Regarding Attendance at the Court Ordered Settlement Conference**

NOTE ON MOTION CALENDAR:
(October 22, 2007)

    A Court-ordered Settlement Conference ("Conference") is scheduled in this case for October 25, 2007, before United States Magistrate Judge James P. Donohue. The government is prepared to engage in meaningful settlement talks at the Conference on October 25th.

    The government is aware that LR 39.1(c)(4)(E) requires that, "[i]n addition to counsel, parties . . . having authority to settle . . . must attend the mediation in person." As the Court may be aware, the Department of Justice brought this action on referral from the Federal Trade Commission ("FTC" or "Commission"), which will review and ultimately accept or reject any settlement. The decisions of the FTC are made collectively by five Commissioners. Only the Commissioners have "binding authority" to accept or reject a settlement on the Commission's behalf, and meetings of the Commissioners are governed by the Government in the Sunshine Act, 5 U.S.C. § 552b. Thus, no individual has binding settlement authority for the Commission. In other cases in which court orders require personal attendance by someone with full settlement

UNTED STATES' REQUEST
REGARDING ATTENDANCE
AT SETTLEMENT CONFERENCE
CV05-1285L                                      -1-

Department of Justice
P.O. Box 386
Washington, DC  20044
(202) 307-0047

Dockets.Justia.com

1 authority, the FTC has sent an official from the Commission who is familiar with Commission
2 policies and can speak authoritatively about Commission practice and policy regarding
3 settlement of the case in question.

4 The government can confirm that the United States will participate in person through the
5 lead attorney from the Department of Justice (the undersigned) and through the FTC's Regional
6 Director for the Northwest Region, Charles Harwood. The government respectfully asks the
7 Court, given the nature of the Commission, to enter the attached Order noting the government's
8 compliance with the Settlement Conference Order in this matter.

9 The Defendant opposes the relief requested in this Request.

Dated: October 11, 2007

FOR PLAINTIFF UNITED STATES OF AMERICA

Jeffrey I. Steger
*s/ Jeffrey I. Steger*
Trial Attorney
Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044
Tel: (202) 307-0047
Fax: (202) 514-8742
Jeffrey.steger@usdoj.gov

UNTED STATES' REQUEST
REGARDING ATTENDANCE
AT SETTLEMENT CONFERENCE
CV05-1285L

-2-

Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 307-0047

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such to the following CM/ECF registrant:

> Robert S. Apgood, WSBA #31023
> CarpeLaw PLLC
> 2400 NW 80th Street #130
> Seattle, WA 98117-4449
> Telephone: (206) 624-2379
> Facsimile: (206) 784-6305
> Email: rob@carpelaw.com

    By:    Jeffrey I. Steger
             *s/ Jeffrey I. Steger*
             Trial Attorney
             Department of Justice
             Office of Consumer Litigation
             P.O. Box 386
             Washington, D.C. 20044
             Tel: (202) 307-0047
             Fax: (202) 514-8742
             Jeffrey.steger@usdoj.gov

UNTED STATES' REQUEST
REGARDING ATTENDANCE
AT SETTLEMENT CONFERENCE
CV05-1285L

-3-

Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 307-0047