**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**IMPULSE MEDIA GROUP, INC.,**<br><br>a Washington corporation,<br><br>    Defendant. | **No. CV05-1285L**<br><br>**PROPOSED ORDER** |

The Court hereby grants the United States' request that the Federal Trade Commission ("FTC") be excused from the requirement of LR 39.1(c)(4)(E) that parties having authority to settle the case must attend mediation. It is ORDERED that the requirement of LR 39.1(c)(4)(E) will be fulfilled by the attendance of Charles Harwood, Federal Trade Commission Regional Director for the Northwest Region, at the October 25, 2007, mediation in United States v. Impulse Media Group.

Dated this _____ day of _____, 2007.

_____
UNITED STATES JUDGE

Presented by:

Jeffrey I. Steger
*s/ Jeffrey I. Steger*

PROPOSED ORDER ON UNITED STATES'
REQUEST REGARDING ATTENDANCE
AT SETTLEMENT CONFERENCE
CV05-1285L

-1-

Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 307-0047

```
1    Trial Attorney
     Department of Justice
2    Office of Consumer Litigation
     P.O. Box 386
3    Washington, D.C. 20044
     Tel: (202) 307-0047
4    Fax: (202) 514-8742
     Jeffrey.steger@usdoj.gov
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28   PROPOSED ORDER ON UNITED STATES'                          Department of Justice
     REQUEST REGARDING ATTENDANCE                              P.O. Box 386
     AT SETTLEMENT CONFERENCE                                  Washington, DC 20044
     CV05-1285L                        -2-                     (202) 307-0047
```