# EXHIBIT A

**ImpulseMedia-FTC**

Subject: United States v. Impulse Media Group
From: "Hash, Lauren" <Lauren.Hash@usdoj.gov>
To: "Robert Apgood" <rob@carpelaw.com>

Rob,

I am writing to ask your consent to file the attached motion as unopposed. We plan to file the motion by COB on Wednesday.

Sincerely,

Lauren Hash
United States Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, DC  20044
lauren.hash@usdoj.gov
202-353-1991

 05-1285L Motion regarding attendance at settlement conference.wpd