# EXHIBIT C

Dockets.Justia.com

**ImpulseMedia-FTC**

To: "Hash, Lauren" <Lauren.Hash@usdoj.gov>
From: Robert Apgood <rob@carpelaw.com>
Subject: Re: United States v. Impulse Media Group
Cc:

Lauren,

I have reviewed your client's motion.  The language of the motion is somewhat ambiguous, but a reasonable reading of it tends to indicate that the FTC's Regional Director for the Northwest Region, Charles Harwood, is NOT empowered to bind the Federal Trade Commission to a settlement on its behalf.  If this is an accurate reading of the motion, the defendant, Impulse Media Group, does not consent to the motion as unopposed.

Regards,

CarpeLaw PLLC
Robert S. Apgood

<rob@carpelaw.com>
206-624-2379

At 07:03 AM 10/9/2007, you wrote:
  Rob,

  I am writing to ask your consent to file the attached motion as unopposed.
  We plan to file the motion by COB on Wednesday.

  Sincerely,

  Lauren Hash
  United States Department of Justice
  Office of Consumer Litigation
  P.O. Box 386
  Washington, DC  20044
  lauren.hash@usdoj.gov
  202-353-1991

**ImpulseMedia-FTC**

Subject: Re: United States v. Impulse Media Group
From: "Hash, Lauren" <Lauren.Hash@usdoj.gov>
To: <rob@carpelaw.com>

Rob,

It is an accurate reading

>From: Robert Apgood <rob@carpelaw.com>
>To: Hash, Lauren
>Sent: Tue Oct 09 11:54:39 2007
>Subject: Re: United States v. Impulse Media Group
...snip...
>        Office of Consumer Litigation
>        P.O. Box 386
>        Washington, DC  20044
>        lauren.hash@usdoj.gov
>        202-353-1991

**ImpulseMedia-FTC**

Subject: Re: United States v. Impulse Media Group
From: "Hash, Lauren" <Lauren.Hash@usdoj.gov>
To: <rob@carpelaw.com>

Rob,

My last email was cut off.  It is an accurate reading that Charles Harwood
Is not empowered to bind the FTC.  To be clear, IMG will not consent to this motion as unopposed?

Thank you,
 Lauren Hash

>From: Robert Apgood <rob@carpelaw.com>
>To: Hash, Lauren
>Sent: Tue Oct 09 11:54:39 2007
>Subject: Re: United States v. Impulse Media Group
...snip...
>       Office of Consumer Litigation
>       P.O. Box 386
>       Washington, DC  20044
>       lauren.hash@usdoj.gov
>       202-353-1991