# EXHIBIT D

**ImpulseMedia-FTC**

To: "Hash, Lauren" <Lauren.Hash@usdoj.gov>
From: Robert Apgood <rob@carpelaw.com>
Subject: Re: United States v. Impulse Media Group
Cc:

Lauren,

IMG will not consent to the motion as unopposed.

Regards,
--Rob

At 10:35 AM 10/9/2007, you wrote:
 Rob,

 My last email was cut off.  It is an accurate reading that Charles Harwood
 Is not empowered to bind the FTC.  To be clear, IMG will not consent to this motion as unopposed?

 Thank you,
  Lauren Hash

 ----- Original Message -----
 From: Robert Apgood <rob@carpelaw.com>
 To: Hash, Lauren
 Sent: Tue Oct 09 11:54:39 2007
 Subject: Re: United States v. Impulse Media Group

 Lauren,

 I have reviewed your client's motion.  The language of the motion is somewhat ambiguous, but a reasonable reading of it tends to indicate that the FTC's Regional Director for the Northwest Region, Charles Harwood, is NOT empowered to bind the Federal Trade Commission to a settlement on its behalf.  If this is an accurate reading of the motion, the defendant, Impulse Media Group, does not consent to the motion as unopposed.

 Regards,

 CarpeLaw PLLC
 Robert S. Apgood
 <rob@carpelaw.com>
 206-624-2379

 At 07:03 AM 10/9/2007, you wrote:

         Rob,

**ImpulseMedia-FTC**

I am writing to ask your consent to file the attached motion as unopposed.
We plan to file the motion by COB on Wednesday.

Sincerely,

Lauren Hash
United States Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, DC  20044
lauren.hash@usdoj.gov
202-353-1991