**Steger, Jeffrey**

| | |
|---|---|
| **From:** | Steger, Jeffrey |
| **Sent:** | Tuesday, September 25, 2007 8:28 PM |
| **To:** | 'rob@carpelaw.com' |
| **Subject:** | Re: Scheduling Settlement Conference  USA v Impulse Media Group |

Rob:

I am checking with the FTC representative. How does Oct. 24 or 25 look for you?

- Jeff

----- Original Message -----
From: Peter_Voelker@wawd.uscourts.gov <Peter_Voelker@wawd.uscourts.gov>
To: rob@carpelaw.com <rob@carpelaw.com>; Steger, Jeffrey
Sent: Tue Sep 25 18:58:37 2007
Subject: Scheduling Settlement Conference  USA v Impulse Media Group

Mr Apgood & Mr Steger,

I am Magistrate Judge James P. Donohue's scheduling and in-court deputy.
Judge Donohue has agreed to conduct a settlement conference in C05-1285 RSL, USA vs Impulse Media Group, Inc., for Chief Judge Lasnik.

Judge Donohue is available the following dates to conduct a settlement conference --October 15 through October 19, October 24, October 25, November 13 through November 16, November 19, November 20, November 26 through November 30.

Would you confer prior to contacting me with a proposed settlement conference date.

My direct line is: (206) 370-8422.

I look forward to hearing from you.

Peter H. Voelker
Deputy Clerk