UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                      )
UNITED STATES OF AMERICA,             )
                                      )   No. C05-1285RSL
                    Plaintiff,        )
       v.                             )   ORDER DENYING DEFENDANT'S
                                      )   MOTION TO DISMISS
IMPULSE MEDIA GROUP, INC.,            )
                                      )
                    Defendant.        )
_____)

This matter comes before the Court on "Defendant's Motion for Entry of Judgment in Favor of Defendant Pursuant to Fed. R. Civ. P. 16, Local Rule CR 16, and Local Rule GR 3." Dkt. # 57. Having reviewed the memoranda, declarations, and exhibits submitted by the parties, the Court finds that dismissal is too harsh a sanction for plaintiff's failure to serve its pretrial statement on defendant in a timely manner. There is no indication that plaintiff's failure was willful or otherwise designed to gain an unfair advantage in this litigation. Defendant's motion is therefore DENIED.

Dated this 12th day of March, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S
MOTION TO DISMISS