UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

IMPULSE MEDIA GROUP, INC.,

                Defendant.

No. C05-1285RSL

ORDER

        This matter comes before the Court at the close of the jury trial in the above-captioned matter.  Given that the jury found that Impulse Media Group, Inc., did not intentionally pay or provide other consideration to, or intentionally induce, its affiliates to send the commercial e-mail messages at issue in this case, plaintiff shall, on or before Friday, April 4, 2008, notify the Court and opposing counsel in writing whether it intends to pursue its claim for injunctive relief.

        If the claim for injunctive relief will be pursued, plaintiff shall file a five page memorandum explaining why it is entitled to an injunction and the specific terms thereof no later than 4:30 pm on Friday, April 4, 2008.  Defendant may file a five page response memorandum no later than 4:30 pm on Friday, April 11, 2008.

ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Dated this 26th day of March, 2008.

*/s/ MWT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER                                         -2-